UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
CHARLES OAKLEY,

                Plaintiff,         Civil Case No.: 17-cv-6903 (RJS)

      v.

                                  **NOTICE OF APPEARANCE**

JAMES DOLAN, in his individual and professional capacities, MSG NETWORKS, INC., THE MADISON SQUARE GARDEN COMPANY and MSG SPORTS & ENTERTAINMENT, LLC,

                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Kenneth D. Walsh of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Charles Oakley in the above-captioned matter.

Dated: November 15, 2017
       New York, New York                      Respectfully submitted,

                                                  **WIGDOR LLP**

                                                  By: _____
                                                       Kenneth D. Walsh

                                                  85 Fifth Avenue
                                                  New York, NY 10003
                                                  Telephone: (212) 257-6800
                                                  Facsimile: (212) 257-6845
                                                  kwalsh@wigdorlaw.com

                                                  *Attorneys for Plaintiff*