UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

               Plaintiff,

-v-

JAMES DOLAN *et al.*,

               Defendants.

No. 17-cv-6903 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/18

RICHARD J. SULLIVAN, District Judge:

      The Court has reviewed the parties' joint letter proposing a briefing schedule and explaining the parties' respective positions on whether discovery should be stayed pending the disposition of Defendants' contemplated motion to dismiss. (Doc. No. 37.) Accordingly, IT IS HEREBY ORDERED THAT Defendants' opening brief is due by Friday, March 30, 2018, Plaintiff's opposition brief is due by Thursday, May 24, 2018, and Defendants' reply brief is due by Monday, June 11, 2018. IT IS FURTHER ORDERED THAT discovery will be stayed pending the disposition of Defendants' motion to dismiss the amended complaint. The Court is confident that neither party will be prejudiced by such a stay and that discovery will proceed more efficiently when there is greater clarity as to the viable causes of action in the amended complaint.

SO ORDERED.

Dated:     March 5, 2018
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE