# EXHIBIT 3

**(Video Filed And Served In Hard Copy)**