UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES OAKLEY,

                Plaintiff,                              1:17-CV-06903-RJS

    v.

JAMES DOLAN, in his individual and professional        **NOTICE OF**
capacities, MSG NETWORKS, INC., THE MADISON    **APPEARANCE**
SQUARE GARDEN COMPANY and MSG SPORTS &
ENTERTIANMENT, LLC,

                Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Nelson A. Boxer of Petrillo Klein & Boxer LLP hereby appears on behalf of Plaintiff Charles Oakley in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 4, 2019

                                          Respectfully submitted,

                                          PETRILLO KLEIN & BOXER LLP

                              By:  _/s/ Nelson A. Boxer_
                                          Nelson A. Boxer
                                          655 Third Avenue, 22nd Floor
                                          New York, NY 10017
                                          Tel.: 212-370-0338
                                          nboxer@pkbllp.com