USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHARLES OAKLEY,

                Plaintiff,

   -against-

JAMES DOLAN, ET AL.,

                Defendants.
------------------------------------------------------------X

17 CIVIL 6903 (RJS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2020, Defendants' motion to dismiss is GRANTED. Oakley's request for leave to file another amended complaint is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
        February 20, 2020

                                          **RUBY J. KRAJICK**

                                            **Clerk of Court**

                   **BY:**

                                            **Deputy Clerk**