UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY, <br><br> Plaintiff, <br><br> -v- <br><br> JAMES DOLAN *et al.*, <br><br> Defendants. | No. 17-cv-6903 (RJS) <br> <u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of Defendants' letter requesting a pre-motion conference in connection with their anticipated motion for summary judgment in this matter. (Doc. No. 75.) In accordance with Rule 2.A. of the Court's Individual Rules and Practices, IT IS HEREBY ORDERED THAT Plaintiff shall file a responsive letter by Friday, December 11, 2020. IT IS FURTHER ORDERED THAT the parties shall appear for a video conference on Friday, December 18, 2020 at 11:00 a.m. The Court will issue a separate order containing instructions for the parties to access the video conference and for members of the public to monitor the proceedings.

SO ORDERED.

Dated:   December 8, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation