# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell:        (917) 273-2693
nboxer@pkbllp.com

December 8, 2020

**By ECF**

The Hon. Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2530
New York, New York 10007

    Re:    *Oakley v. Dolan, et al., 17-cv-06903 (RJS)*

Dear Judge Sullivan:

    We represent Plaintiff Charles Oakley in the above-referenced action and write to inform the Court that, unless there is objection from the Court, a new associate at our firm, John "Jack" Allen, will be working with me on (and will file a Notice of Appearance in) this matter. Mr. Allen was a student extern (two days a week) in Your Honor's chambers from September until December 2015. I have informed Defendant's counsel, Randy Mastro, about Mr. Allen's prior position as a student extern, and he informed me that he has no objection to Mr. Allen working with me on this matter.

                      Respectfully submitted,

                      Nelson A. Boxer
                      Petrillo Klein & Boxer LLP
                      *Co-counsel for Plaintiff Charles Oakley*