UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                              Plaintiff,

-v-                                            No. 17-cv-6903 (RJS)

JAMES DOLAN *et al.*,                    ORDER

                              Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      As indicated in the Court's previous order (Doc. No. 76), a conference in this matter is scheduled for Friday, December 18, 2020 at 11:00 a.m.  In light of the ongoing COVID-19 pandemic and Chief Judge McMahon's most recent order regarding the curtailment of proceedings at the Courthouse (Standing Order at 1, Nov. 30, 2020), the conference shall take place via Skype for Business videoconference.  No later than 5:00 p.m. on Wednesday, December 16, 2020, the parties shall jointly email to the Court a list of the names and email addresses of persons who anticipate speaking during the videoconference, as well as the phone numbers of those who will be participating via telephone conference.  Chambers will email the parties directly in due course with further instructions for accessing the videoconference.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     December 9, 2020
             New York, New York

                                                   RICHARD J. SULLIVAN
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation