**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

December 9, 2020

VIA ECF AND E-MAIL (CA02_RJSChambers@ca2.uscourts.gov)

Hon. Richard J. Sullivan
United States Circuit Judge
500 Pearl St., Room 2530
New York, New York 10007

Re:   *Oakley v. MSG Networks, Inc.,* et al., 17-cv-6903 (RJS)

Dear Judge Sullivan:

I write as Defendants' counsel to ask the Court to please reschedule the pre-motion video conference on Defendants' proposed motion for summary judgment that has been set for Friday, December 18, 2020, at 11:00 a.m.  *See* Dkt. No. 76.  Unfortunately, on that same date, I already have two other hearings previously scheduled that I am unable to move:  the first before the Second Circuit in *The Roman Catholic Diocese of Brooklyn v. Cuomo*, No. 20-3590 (2d Cir. 2020), and the second before Judge Alvin Hellerstein in *SEC v. Akazoo*, No. 20-cv-08101 (S.D.N.Y. 2020).  I therefore respectfully request that, if the Court's schedule permits, this pre-motion conference be rescheduled for any time on either December 22 or 23, which are dates on which Plaintiff's counsel have confirmed their availability.

As always, I appreciate the Court's consideration of this request.

Respectfully,

*/s/ Randy M. Mastro*


cc:  All Counsel of Record (via ECF)

```
IT IS HEREBY ORDERED THAT the pre-motion conference in this matter will instead
take place on Tuesday, December 22, 2020 at 10:00 a.m. via the Skype for Business
videoconference system. No later than 5:00 p.m. on Friday, December 18, 2020, the
parties shall jointly email to the Court a list of the names and email addresses
of persons who anticipate speaking during the videoconference, as well as the
phone numbers of those who will be participating via telephone conference.
Chambers will email the parties directly in due course with further instructions
for accessing the videoconference. Members of the public may monitor the
conference via the Court's free audio line by dialing 1-888-363-4749 and using
access code 3290725#.
SO ORDERED.

Dated:    December 10, 2020
          New York, New York
                                              _____
                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation
```

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.