UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                        Plaintiff,

   -v-                                    No. 17-cv-6903 (RJS)
                                            ORDER

JAMES DOLAN *et al.*,

                        Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

       As discussed on the record at the pre-motion conference held earlier today, IT IS HEREBY ORDERED THAT the parties shall comply with the following briefing schedule on their contemplated motions: (1) by Friday, January 22, 2021, Plaintiff shall file his motion to amend his complaint and supporting brief, and Defendants shall file their motion for summary judgment and supporting brief and Rule 56.1 statement; (2) by Friday, February 19, 2021, each party shall file its opposition to the relevant motions; and (3) by Tuesday, March 2, 2021, each party shall file its reply brief. In the event that any party wishes to submit video evidence in connection with the motion for summary judgment, such videos shall be submitted in one of the following readily accessible file formats: MP4, MOV, WMV, FLV, or AVI.

       IT IS FURTHER ORDERED THAT discovery will be stayed pending the disposition of Defendants' motion for summary judgment. The Court finds that neither party will be prejudiced by such a stay, as Plaintiff may oppose summary judgment on the grounds that additional discovery is necessary, pursuant to Federal Rule of Civil Procedure 56(d). *See, e.g.*, *Papazian v. Sony Music Ent.*, No. 16-cv-07911 (RJS), 2017 WL 4339662, at *2 (S.D.N.Y. Sept. 28, 2017) ("Under Rule 56(d), the Court may order a continuance if a party opposing summary judgment shows by affidavit

that it cannot present facts essential to justify its opposition to the motion." (internal quotation marks and alteration omitted)).

SO ORDERED.

Dated:        December 22, 2020
              New York, New York

*[signature]*

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation