# EXHIBIT 1

**(Video Filed And Served In Hard Copy)**