# EXHIBIT 2.a-2.b.

**(Video Filed And Served In Hard Copy)**