# EXHIBIT 5.a-5.d.

**(Video Filed And Served In Hard Copy)**