UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHARLES OAKLEY,              :
                             :
              Plaintiff,       :   Civil Case No.: 17-cv-6903 (RJS)
                             :
      v.                     :
                             :
JAMES DOLAN, in his individual and professional  :
capacities, MSG NETWORKS, INC., THE MADISON      :
SQUARE GARDEN COMPANY and MSG SPORTS &           :
ENTERTAINMENT, LLC,          :
                             :
             Defendants.      :
------------------------------------------------------------------------X

## DECLARATION OF RENAN F. VARGHESE

      I, Renan F. Varghese, an attorney at law, duly licensed to practice law before the Courts of the State of New York, hereby declare the following statements under penalties of perjury:

      1.      I am an attorney at the law firm Wigdor LLP, attorneys for Plaintiff Charles Oakley in the above-captioned matter.  I have personal knowledge of the facts set forth herein and submit this declaration in support of Plaintiff's Motion to File a Second Amended Complaint.

      2.      Attached hereto as Exhibit A is a copy of Plaintiff's proposed Second Amended Complaint with the proposed amendments redlined, filed on December 11, 2020 (Dkt. No. 83-1).

      3.      Attached hereto as Exhibit B is a clean version copy of Plaintiff's proposed Second Amended Complaint, filed on December 11, 2020 (Dkt. No. 83-2).

Dated:  January 22, 2021
           New York, New York

                                                  By: _____
                                                                   Renan F. Varghese