**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHARLES OAKLEY,

                          Plaintiff,                          17 **CIVIL** 6903 (RJS)

        -against-                                **JUDGMENT**

MSG NETWORKS, *ET AL.*,

                          Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 8, 2021, Defendants' motion for summary judgment is GRANTED. IT IS FURTHER ORDERED THAT Oakley's request for leave to file another amended complaint is DENIED; accordingly, this case is closed.

**Dated:**  New York, New York
            November 22, 2021

                                          **RUBY J. KRAJICK**
                                _____
                                       **Clerk of Court**
                     **BY:**
                                        **Deputy Clerk**