**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

CHARLES OAKLEY,

                     Plaintiff,          Civil Case No.: 17-cv-6903 (RJS)

     v.

                                          **NOTICE OF APPEAL**

JAMES DOLAN, in his individual and professional
capacities, MSG NETWORKS, INC., THE MADISON
SQUARE GARDEN COMPANY and MSG SPORTS &
ENTERTAINMENT, LLC,

                     Defendants.

------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Plaintiff Charles Oakley appeals to the United States Court of Appeals for the Second Circuit from the Opinion & Order dated November 8, 2021 and the Judgment entered on November 22, 2021 granting Defendants' motion for summary judgment (see Dkt. Nos. 121 and 122).

Dated: November 24, 2021
      New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Douglas H. Wigdor
    Renan F. Varghese

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dwigdor@wigdorlaw.com
rvarghese@wigdorlaw.com

*Attorneys for Plaintiff*

**PETRILLO KLEIN & BOXER LLP**

By: _____/s/_____
    Nelson A. Boxer

655 Third Avenue
New York, NY 10017
Telephone:  (212) 370-0330
Facsimile:   (212) 370-0391
nboxer@pkbllp.com

*Attorney for Plaintiff*