# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell: (917) 273-2693
nboxer@pkbllp.com

December 3, 2021

The Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Oakley v. Dolan, et al.*; Civil Case No. 17-cv-06903 (RJS)

Dear Judge Sullivan:

    We respectfully request that the Court strike from the docket Defendants' counsel's letter filed this afternoon, at Doc. 126; it was not permitted by the Court's rules, and it was submitted without request to the Court to be excepted from those rules. We of course would be prepared to further address the issue of the timeliness of the Defendants' requested Rule 11 motion if and when asked to do so by the Court.

    Respectfully submitted,

Nelson A. Boxer
Petrillo Klein & Boxer LLP
*Co-counsel for Plaintiff Charles Oakley*