UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                          Plaintiff,

-v-                                                                                              No. 17-cv-6903 (RJS)
                                                                                                       ORDER

JAMES DOLAN *et al.*,

                        Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of Defendants' letter, dated November 29, 2021, requesting a conference to discuss a potential motion for sanctions (Doc. No. 124), as well as Plaintiff's response, dated December 2, 2021 (Doc. No. 125), and additional letters by both parties dated December 3, 2021 (Doc Nos. 126, 127). IT IS HEREBY ORDERED that the parties shall appear before the Court on Monday, January 3, 2022, at 11:00 a.m., for a pre-motion conference. The conference shall take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:      December 20, 2021
                New York, New York

                                                                            RICHARD J. SULLIVAN
                                                                            UNITED STATES CIRCUIT JUDGE
                                                                             Sitting by Designation