UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>                              Plaintiff,<br><br>   -v-<br><br>JAMES DOLAN *et al.*,<br><br>                              Defendants. | No. 17-cv-6903 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      As previously ordered (Doc. No. 128), the Court will conduct a pre-motion conference on Monday, January 3, 2022 at 11:00 a.m. in connection with Defendants' contemplated motion for sanctions.  In light of the recent surge in COVID-19 cases, IT IS HEREBY ORDERED THAT the conference will take place via ZoomGov videoconference.  The Court will email the parties directly with instructions for accessing the conference in due course.  No later than 9:00 a.m. on January 3, 2022, the parties shall email to the Court a list of the names and email addresses of persons who anticipate speaking during the videoconference, as well as the phone numbers of those who will be participating via telephone conference.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    December 30, 2021
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation