# MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE:  RICHARD J. SULLIVAN, U.S.C.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY<br><br>                        Plaintiff,<br><br>      -v-<br><br>JAMES DOLAN *et al.*,<br><br>                        Defendants. | No. 17-cv-6903 (RJS)<br><br>CONTESTED ISSUE:  [ X ]YES  [ ]NO |

## Select the type of Hearing or Trial.

[ ]Allocution Hearing
[ ]Appearance Through Counsel
[ ]Appearance Without Counsel
[ ]Arbitration Hearing
[ ]Argument on Bankruptcy Appeal
[ ]Arraignment
[ ]Attorney Appointment Hearing
[ ]Bench Trial
[ ]Bond Forfeiture Hearing
[ ]Bond Hearing
[ ]Bond Revocation Hearing
[ ]Case Management Conference
[ ]Change of Plea Hearing
[ ]Competency Hearing
[ ]Confirmation Hearing
[ ]Contempt Hearing
[ ]Curcio Hearing
[ ]Default Hearing
[ ]Detention Hearing
[ ]Discovery Hearing

[ ]Dispositional Hearing (Juvenile)
[ ]Early Neutral Evaluation
[ ]Evidentiary Hearing
[ ]Extradition Hearing
[ ]Fatico Hearing
[ ]Final Pretrial Conference
[ ]Forfeiture Hearing
[ ]Franks Hearing
[ ]Hearing In-Aid-Of Judgment
[ ]Hearing Out of Jury Presence
[ ]Hearing re Pro Se Status
[ ]In Camera Hearing
[ ]In Chambers Conference
[ ]Initial Appearance
[ ]Initial Appearance – Revocation Proceedings
[ ]Initial Appearance – Rule 40
[ ]Initial Conference
[ ]Initial Pretrial Conference
[ ]Inquest Hearing
[ ]James Hearing

[ ]Judgment Debtor Exam
[ ]Jury Selection
[ ]Jury Trial
[ ]Material Witness Hearing
[ ]Mediation Conference
[ ]Motion Hearing
[ ]Nara Report Hearing
[ ]Nebbia Hearing
[ ]Omnibus Hearing
[ ]Oral Argument
[ ]Plea Agreement Hearing
[ ]Plea and Sentence
[ ]Preliminary Examination
[ ]Preliminary Revocation Hearing
**[X]Pre-Motion Conference**
[ ]Pretrial Conference
[ ]Pre Se (Faretta) Hearing
[ ]Psychiatric Report Hearing
[ ]Remand Hearing
[ ]Removal Hearing

[ ]Revocation of Probation –
    Final Hearing
[ ]Revocation of Supervised
    Release – Final Hearing
[ ]Rule 44(c) Hearing
[ ]Scheduling Conference
[ ]Sentencing
[ ]Settlement Conference
[ ]Show Cause Hearing
[ ]Status Conference
[ ]Summary Jury Trial
[ ]Suppression Hearing
**[X](video)Telephone Conference**
[ ]Trial Ready Hearing
[ ]Voir Dire
[ ]Writ Hearing
[ ]Other:

## Select the action.

[ ]Began    [X]Held    [ ]Continued    [ ]Completed

Date: 1/3/2022  Time: 11:11 [X]AM [ ]PM  Duration:   0 Hr. 38 Mins.

Pre-motion conference held via ZoomGov videoconference. Attorneys Nelson Boxer, Michael Ross, Eugene Gormakh, Renan Varghese, and John Allen present on behalf of Plaintiff (by video). Attorneys Randy Mastro, Akiva Shapiro, and Declan T. Conroy present on behalf of Defendants (by video). Court reporter present (by telephone). The parties addressed Defendants' contemplated motion for sanctions. The Court directed the parties to submit a joint letter within seven days of the 2nd Circuit's resolution of Plaintiff's pending appeal.

Submitted by:  Arielle Miller
               Judicial Assistant to the Hon. Richard J. Sullivan