# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

January 4, 2022

VIA ECF AND E-MAIL  (CA02_RJSChambers@ca2.uscourts.gov)

Hon. Richard J. Sullivan
U.S. Court of Appeals for the Second Circuit
500 Pearl Street, New York, NY 10007

Re:   *Oakley v. MSG Networks, et al.*, 17-cv-6903 (RJS)

Dear Judge Sullivan:

In response to the question that arose during yesterday's pre-motion conference, I write as Defendants' counsel to confirm that Defendants are willing to delay the formal filing of their planned motion for sanctions until after Plaintiff's pending appeal is decided, provided that Defendants would not be prejudiced by any such delay in later filing the motion, and that the timeliness of the motion would not be brought into question because of Defendants' forbearance.

Respectfully,

*/s/ Randy M. Mastro*

Randy M. Mastro

cc:  All Counsel of Record (via ECF)