UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                Plaintiff,

-v-                                                    No. 17-cv-6903 (RJS)
                                                            ORDER

MSG NETWORKS, INC. *et al.*,

                Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      In light of the Second Circuit's decision in *Oakley v. Dolan*, No. 21-2939, 2023 WL 3263618 (2d Cir. May 5, 2023), IT IS HEREBY ORDERED THAT the parties shall submit a joint letter proposing next steps in this case. To the extent the parties disagree on one or more issues, the parties should set forth their respective positions as to each disputed issue in separately designated sections of the joint letter. The letter shall be filed on the docket no later than Friday, June 16, 2023.

SO ORDERED.

Dated:      May 30, 2023
                 New York, New York

                                                                                  _____
                                                                                  RICHARD J. SULLIVAN
                                                                                   UNITED STATES CIRCUIT JUDGE
                                                                                   Sitting by Designation