# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
Direct Fax: +1 212 556 2222
RMastro@kslaw.com

April 2, 2024

**VIA ECF AND EMAIL**

The Honorable Richard J. Sullivan
U.S. Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2530
New York, NY 10007 (212) 857-2450
CA02_RJSChambers@ca2.uscourts.gov

  Re: *Oakley v. MSG Networks, Inc., et al.*, **17-cv-6903 (RJS) (S.D.N.Y.)**

Dear Judge Sullivan,

We represent MSG Networks, Inc., Madison Square Garden Company, and MSG Sports and Entertainment, LLC in the above-captioned case. Pursuant to Rule 1.C of Your Honor's Individual Rules & Practices, the parties jointly request, on consent of both parties, short extensions of the two deadlines in Your Honor's April 1, 2024 Order (entered April 2, 2024), requiring Plaintiff Charles Oakley ("Plaintiff") to submit a second amended complaint by April 5, 2024, and requiring the parties to jointly submit an updated case management plan by April 8, 2024. Due to long-scheduled hearings this week and next, the parties respectfully request an extension of the deadline for Plaintiff to file his second amended complaint to and including April 19, 2024, and an extension of the deadline for the parties to submit an updated case management plan to and including April 29, 2024. This is the first request for an extension of these deadlines and these extensions will not affect any other scheduled dates.

              Respectfully,

              */s/ Randy M. Mastro*
              Randy M. Mastro

cc: All Counsel of Record (ECF)