IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>  Plaintiff,<br><br>v.<br><br>MSG NETWORKS, INC., THE MADISON SQUARE GARDEN COMPANY, and MSG SPORTS & ENTERTAINMENT, LLC,<br><br>  Defendants. | Case No. 17-cv-6903 (RJS)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OR, IN THE ALTERNATIVE, A PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated September 24, 2024, and the accompanying declaration of Randy M. Mastro, dated September 24, 2024, together with the exhibits attached thereto, as well as all prior pleadings and proceedings had herein, Defendants MSG Networks Inc., Madison Square Garden Sports Corp. (f/k/a The Madison Square Garden Company), and Sphere Entertainment Group, LLC (f/k/a MSG Sports & Entertainment, LLC) (collectively, "Defendants" or "MSG") through their undersigned attorneys, move this Court, before the Honorable Richard J. Sullivan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2530, New York, New York 10007, on a date and at a time designated by the Court, for an Order granting partial reconsideration of the Court's order dated September 10, 2024 (ECF No. 181) granting the deposition of James Dolan, MSG's Chairman and Chief Executive Officer. In the alternative, Defendants move the Court for a

1

protective order limiting the scope of Mr. Dolan's deposition, and for Court supervision or the appointment of a Special Master to oversee Mr. Dolan's deposition.

Dated:   September 24, 2024

                                                      Respectfully submitted,

                                                     */s/ Randy M. Mastro*
                                                     Randy M. Mastro
                                                     Jessica Benvenisty
                                                     Lauren Myers
                                                   KING & SPALDING LLP
                                                   1185 Avenue of the Americas,
                                                   34th Floor
                                                   New York, NY 10036
                                                   Tel. (212) 556-2100
                                                   Fax (212) 556-2222

                                                   *Attorneys for Defendants*