UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                Plaintiff,

-v-

MSG NETWORKS, INC., *et al.*,

                Defendants.

No. 17-cv-6903 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of Defendants' October 18 Letter requesting that James Dolan be terminated as a party, the case caption be amended to remove Dolan, and the names of various defendant companies be updated to reflect changes in their corporate structure. (*See* Doc. No. 193.) Oakley does not oppose this request, without prejudice to his appellate rights. (*See id.*) IT IS HEREBY ORDERED THAT the Clerk of Court shall (1) terminate James Dolan as a party; (2) amend the case caption to read, *Oakley v. MSG Networks Inc., et al.*; (3) replace The Madison Square Garden Company with Madison Square Garden Sports Corp.; and (4) replace MSG Sports & Entertainment, LLC with Sphere Entertainment Group, LLC.

SO ORDERED.

Dated:    October 24, 2024
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation