UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                  Plaintiff,

-v-                                         No. 17-cv-6903 (RJS)
                                               ORDER

MSG NETWORKS, INC., *et al.*,

                  Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Defendants' letter, dated October 21, 2024, requesting a pre-motion conference to discuss their intention to file a motion for sanctions (Doc. No. 194), as well as Plaintiff's response, dated October 24, 2024 (Doc. No. 196), and an additional letter by Defendants, dated October 29, 2024 (Doc. No. 197). IT IS HEREBY ORDERED that the parties shall appear before the Court on Wednesday, November 20, 2024, at 4:00 p.m., for a pre-motion conference in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    November 1, 2024
               New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                     Sitting by Designation