UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                          Plaintiff,

        -v-                                                    No. 17-cv-6903 (RJS)
                                                                      ORDER
MSG NETWORKS, INC., *et al.*,

                          Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

        The Court is in receipt of plaintiff Charles Oakley's supplemental letter, dated November

1, 2024, opposing reconsideration of this Court's September 10, 2024 memorandum and order

(Doc. No. 181).  Oakley's letter was submitted via email in both redacted and unredacted forms to

account for purportedly confidential information provided by a third party that is referenced in the

letter.  The Court is also in receipt of the Defendants' letter, dated November 5, 2024 and submitted

via email, requesting the opportunity to move to seal certain portions of Oakley's November 1,

2024 letter.  IT IS HEREBY ORDERED that both Oakley and the Defendants shall file on the

docket by Tuesday, November 12, 2024 an affidavit or affidavits and memorandum of law of no

more than ten double-spaced pages setting forth the reasons why the presumption of open records

set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) has or has not been

overcome.   To the extent that the parties seek to redact portions of their affidavit(s) and

memoranda, they may file redacted versions of those documents but shall explain the basis for the

proposed redactions in those documents; the parties shall also submit unredacted copies of those

documents to the Court's chambers email address at CA02_RJSChambers@ca2.uscourts.gov.

SO ORDERED.

Dated:       November 6, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation