UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                         Plaintiff,

   -v-                                              No. 17-cv-6903 (RJS)
                                                             ORDER

MSG NETWORKS, INC., *et al.*,

                         Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      Earlier this month, two cases (Nos. 24-cv-8384 and 24-mc-518) were transferred to the Southern District of New York and reassigned to my docket as related to this matter. Each involves motions by plaintiff Charles Oakley to compel former employees of defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group to comply with subpoenas and participate in depositions. (*See* Case No. 24-cv-8384, Doc. No. 1; Case No. 24-mc-518, Doc. No. 14.) IT IS HEREBY ORDERED that Oakley shall refile his motions to compel in the main case, No. 17-cv-6903, and that all future motions related to these discovery disputes shall be filed in the main case. The Clerk of Court is respectfully directed to close Case Nos. 24-cv-8384 and 24-mc-518.

SO ORDERED.

Dated:      November 15, 2024
                New York, New York

                                                          RICHARD J. SULLIVAN
                                                           UNITED STATES CIRCUIT JUDGE
                                                           Sitting by Designation