

**Valdi Licul**
vlicul@wigdorlaw.com

November 22, 2024

The Honorable Richard J. Sullivan
United States District Court, Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

      Re:    Oakley v. MSG Networks, *et al.*; Civil Case No. 17-cv-06903 (RJS)

Dear Judge Sullivan:

The parties are available on December 19, 2024, for a hearing on Defendants' motion for sanctions.

Respectfully submitted,

Valdi Licul

cc:  All Counsel of Record (*via* ECF)

---

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday, December 19, 2024 at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, for a hearing on Defendants' contemplated motion for spoliation sanctions. The parties shall submit to the Court an exhibit list and copies of all exhibits and excerpts of deposition transcripts they intend to introduce during the hearing by Thursday, December 12, 2024.

SO ORDERED:
Dated: 11/25/24

RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation