

**Valdi Licul**
vlicul@wigdorlaw.com

December 13, 2024

**VIA ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States District Court, Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

    Re:    <u>Oakley v. MSG Networks, *et al.*; Civil Case No. 17-cv-06903 (RJS)</u>

Dear Judge Sullivan,

We represent Plaintiff Charles Oakley ("Plaintiff" or "Oakley") in this matter and write in accordance with the Court's December 10, 2024 Order. In light of the Court's Order limiting Oakley to ten depositions in total, Plaintiff intends to call Kori Keaton to sit for a deposition. Accordingly, Plaintiff's motion to compel Jayson Jacknow to comply with the deposition subpoena is moot (ECF No. 211) but Plaintiff's motion with respect to Kori Keaton is not moot (ECF No. 213). Defendants continue to object to Mr. Keaton's deposition pending further Order by the Court.

Respectfully submitted,

Valdi Licul