# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

December 16, 2024

**VIA ECF AND E-MAIL**

Hon. Richard J. Sullivan, U.S. Circuit Court Judge
U.S. Court of Appeals for the Second Circuit
500 Pearl Street, New York, NY 10007

Re:  *Oakley v. MSG Networks, et al.*, No. 17-cv-6903 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

We represent Defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC (collectively, "MSG" or the "Defendants").

During the upcoming December 19, 2024 hearing, Defendants intend to display videos of deposition testimony and other videos and exhibits.  Defendants respectfully request leave to allow Randall Carter, a trial graphics specialist from Impact Trial Consulting LLC, to bring a laptop to the hearing and to utilize the technology available in Courtroom 21C to project Defendants' exhibits and videos.  Defendants also respectfully request leave for an attorney on our team to bring a laptop into the hearing.  To that end, please find attached a proposed order authorizing Mr. Carter and one of Defendants' attorneys to bring electronic devices into the Courthouse on December 19, 2024.

As always, we appreciate the Court's consideration.

Respectfully,

*/s/ Randy M. Mastro*

Randy M. Mastro