UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                Plaintiff,

  -v-                                      No. 17-cv-6903 (RJS)
                                            ORDER

MSG NETWORKS, INC., *et al.*,

                Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC (collectively, "MSG") seeking clarification regarding the scope of the hearing on spoliation sanctions scheduled for December 19, 2024 (the "December 19 Hearing"). (*See* Doc. No. 234.) At the pre-motion conference held on November 20, 2024, the parties agreed that plaintiff Charles Oakley would be the sole witness to testify at the December 19 Hearing (*see, e.g.*, Doc. No. 225 at 37, 39) and that it was not necessary for either Oakley's counsel (*see id.* at 39, 53) or an expert witness (*see id.* at 45, 62) to testify. Accordingly, Oakley will remain, as planned, the sole witness to testify at the December 19 Hearing. At the conclusion of the hearing, the Court will then discuss with the parties whether they wish to submit expert witness reports along with any post-hearing briefing.

SO ORDERED.

Dated:    December 16, 2024
             New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation