IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MSG NETWORKS, INC., *et al.*,<br><br>    Defendants. | Case No. 17-cv-6903 (RJS)<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' NOTICE OF MOTION FOR SPOLIATION SANCTIONS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated January 9, 2025, and the accompanying Declaration of Randy M. Mastro, dated January 9, 2025, Declaration of Jessica Benvenisty, dated January 9, 2025, and Declaration of Philip Favro, dated December 27, 2024, together with the exhibits attached thereto, as well as all prior pleadings and proceedings had herein, Defendants MSG Networks Inc., Madison Square Garden Sports Corp. (f/k/a The Madison Square Garden Company), and Sphere Entertainment Group, LLC (f/k/a MSG Sports & Entertainment, LLC) (collectively, "Defendants" or "MSG") through their undersigned attorneys, will move this Court, before the Honorable Richard J. Sullivan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2530, New York, New York 10007, on a date and at a time designated by the Court, for an Order imposing spoliation sanctions against Plaintiff and Plaintiff's counsel.

Dated: January 9, 2025

/s/ Randy M. Mastro

Randy M. Mastro
Jessica Benvenisty
John Goodwin
Lauren K. Myers
1185 Avenue of the Americas,
34th Floor
New York, NY 10036
Tel. (212) 556-2100
Fax (212) 556-2222

*Attorneys for Defendants*