# EXHIBIT 13

 

Buy your gift and enjoy an extended return period on orders made through Dec 20, 2024.
See details

# My orders & returns

Don't see your order? or call for **888.562.8862** for claims.

**Ordered on:** Sun, Jul 7, 2024
**Order:** 51-408000044157807                                    >

 **Trade-in devices**

  Trade-in for REDACTED
**Wireless device**
Status: **Trade-in started**

**Ordered on:** Sun, Jul 7, 2024
**Order:** 51-408000044157401                                    >

  **In-store order: Wireless**

ACCESSORY
**Samsung Galaxy Buds FE - Graphite**
**Quantity:** 1
**Delivery:** Store purchase
Status: **Purchased**
Start return or exchange by:  Sun, Jul 21, 2024

**Ordered on:** Sun, Jul 7, 2024
**Order:** 51-408000044156504                                    >

 **In-store order: Wireless**

ACCESSORY
**Speck Presidio2® Grip Black Case – Samsung Galaxy S24 Ultra**
**Quantity:** 1
**Delivery:** Store purchase
Status: **Purchased**
Start return or exchange by:  Sun, Jul 21, 2024

 REDACTED
**Samsung Galaxy S24 Ultra - 256GB - Titanium Black**
**Delivery:** Store purchase
Status: **Purchased**
Start return or exchange by:  Sun, Jul 21, 2024

CHAT

 **Trade-in devices**



Trade-in for <mark>REDACTED</mark>

**Wireless device**

Confirmation #: 30070724001003

Status: **Trade-in completed**

---

**Ordered on:** Mon, Aug 22, 2022
**Order:** 50-306000041255825

>

 **In-store order: Wireless**

---



ACCESSORY

**Samsung Galaxy Buds Live Wireless Earbuds - Black**

**Quantity:** 1

**Delivery:** Store purchase

**Status: Hooray! We're so glad you got your new stuff.**

Start return or exchange by: Mon, Sep 5, 2022



ACCESSORY

**Speck Presidio2 Grip Case - Black - Samsung Galaxy S22 Ultra**

**Quantity:** 1

**Delivery:** Store purchase

**Status: Hooray! We're so glad you got your new stuff.**

Start return or exchange by: Mon, Sep 5, 2022

---

**Ordered on:** Mon, Aug 22, 2022
**Order:** 50-306000041255752

>

 **In-store order: Wireless**

---



**SIM VAR VAR UICC | 3**

**Wireless #** <mark>REDACTED</mark>

**Quantity:** 1

**Delivery:** Store purchase

**Status: Hooray! We're so glad you got your new stuff.**

---

**Ordered on:** Mon, Aug 22, 2022
**Order:** 50-306000041255680

>

 **In-store order: Wireless**

---



<mark>REDACTED</mark>

**Samsung Galaxy S22 Ultra - 512GB - Phantom Black**

**Delivery:** Store purchase

**Status: Hooray! We're so glad you got your new stuff.**

Start return or exchange by: Mon, Sep 5, 2022

---

**Ordered on:** Mon, Aug 1, 2022

**Order:** 51-705000010826311 

 **In-store order: Wireless**

 **SIM VAR VAR UICC I 3**
**Wireless #:** <span style="background:black;color:white">REDACTED</span>
**Quantity:** 1
**Delivery:** Store purchase
**Status: Hooray! We're so glad you got your new stuff.**

**Ordered on:** Mon, Dec 6, 2021
**Order:** 50-306000038682827 

 **In-store order: Wireless**

 ACCESSORY
**CAS SPK PRESGRP SMGS21 BLK**
**Quantity:** 1
**Delivery:** Store purchase
**Status: Hooray! We're so glad you got your new stuff.**

 ACCESSORY
**Samsung Galaxy Buds Live Wireless Earbuds - Black**
**Quantity:** 1
**Delivery:** Store purchase
**Status: Hooray! We're so glad you got your new stuff.**

 <span style="background:black;color:white">REDACTED</span>
**Samsung Galaxy S21 5G - 128GB - Phantom Gray**
**Delivery:** Store purchase
**Status: Hooray! We're so glad you got your new stuff.**

**Ordered on:** Mon, Jul 12, 2021
**Order:** 51-712000004999488 

 **In-store order: Wireless**

 <span style="background:black;color:white">REDACTED</span>
**Samsung Galaxy Note20 Ultra 5G - 128GB - Mystic Black**
**Delivery:** Store purchase
**Status: Hooray! We're so glad you got your new stuff.**

 ACCESSORY
**BodyGuardz Ace Pro Case - Smoke/Black - Samsung Galaxy Note20 Ultra 5G**
**Quantity:** 1
**Delivery:** Store purchase
**Status: Hooray! We're so glad you got your new stuff.**

**Ordered on:** Mon, Jul 12, 2021
**Order:** 51-712000004999257

>

 **In-store order: Wireless**

**SIM VAR UICC-H CONSUM UICC-H C**
**Wireless #:** REDACTED
**Quantity:** 1
**Delivery:** Store purchase
**Status: Hooray! We're so glad you got your new stuff.**

Find a store

Make a store appointment

Fiber Internet

Unlimited phone plans

Contact us

Help & info

Credit Card

   

Currently.com

TechBuzz blog

Feedback

FREE AT&T Email with 1TB storage

| | |
|---|---|
| Ver en español | New Apple iPhones |
| New Samsung Galaxy phones | New Google Pixel phones |
| Internet speed test | Newsroom |
| Careers | |

| | |
|---|---|
| Site map | Coverage maps |
| Terms of use | Accessibility |
| Broadband details | Legal policy center |
| Advertising choices | Privacy center |
| Your Privacy Choices | Health Privacy Notice |
| Cyber Security | FCC public files |

©2024 AT&T Intellectual Property. All rights reserved.