# EXHIBIT 31

| | |
|---|---|
| From: | John S. Crain |
| To: | Lauren Myers; Douglas Wigdor; Valdi Licul; Nelson Boxer |
| Cc: | Randy Mastro; Jessica Benvenisty; Maria Henain; Sarah Moseley |
| Subject: | RE: Oakley v. MSG Correspondence |
| Date: | Friday, September 13, 2024 2:16:16 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image090143.png |
| | image264662.png |
| | image007739.png |
| | image748131.png |
| | image796532.png |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

We will be prepared to fully discuss the questions on Monday.

John

**John S. Crain**
Senior Associate

212 257 6800
85 Fifth Avenue
New York, NY 10003

wigdorlaw.com





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Lauren Myers <LMyers@KSLAW.com>
**Sent:** Friday, September 13, 2024 2:13 PM
**To:** John S. Crain <jcrain@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Valdi Licul <vlicul@wigdorlaw.com>; Nelson Boxer <nboxer@pkbllp.com>
**Cc:** Randy Mastro <RMastro@KSLAW.com>; Jessica Benvenisty <JBenvenisty@KSLAW.com>; Maria Henain <MHenain@KSLAW.com>; Sarah Moseley <SMoseley@kslaw.com>
**Subject:** RE: Oakley v. MSG Correspondence

Hi John,

Acknowledging receipt of the revised subpoenas and incorporating our continued objections.

We also wanted to follow-up on the questions in our letter about Mr. Oakley's text messages. We would appreciate written responses to our questions as early as possible on Monday so that we can ensure the meet and confer is productive as to that issue.

Thanks,
Lauren

**Lauren Myers**
*Senior Associate*

T: +1 212 790 5379  |  E: LMyers@KSLAW.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**From:** John S. Crain <jcrain@wigdorlaw.com>
**Sent:** Friday, September 13, 2024 9:58 AM
**To:** Lauren Myers <LMyers@KSLAW.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Valdi Licul <vlicul@wigdorlaw.com>; Nelson Boxer <nboxer@pkbllp.com>
**Cc:** Randy Mastro <RMastro@KSLAW.com>; Jessica Benvenisty <JBenvenisty@KSLAW.com>; Maria Henain <MHenain@KSLAW.com>; Sarah Moseley <SMoseley@kslaw.com>
**Subject:** RE: Oakley v. MSG Correspondence

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Lauren—Sending versions with new dates on the document subpoenas.

John

**John S. Crain**
Senior Associate

212 257 6800
85 Fifth Avenue
New York, NY 10003

wigdorlaw.com





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or

responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Lauren Myers <LMyers@KSLAW.com>
**Sent:** Wednesday, September 11, 2024 4:08 PM
**To:** John S. Crain <jcrain@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Valdi Licul <vlicul@wigdorlaw.com>; Nelson Boxer <nboxer@pkbllp.com>
**Cc:** Randy Mastro <RMastro@KSLAW.com>; Jessica Benvenisty <JBenvenisty@KSLAW.com>; Maria Henain <MHenain@KSLAW.com>; Sarah Moseley <SMoseley@kslaw.com>
**Subject:** RE: Oakley v. MSG Correspondence

Hi John,

We can accept service of the subpoenas but reserve all rights and reiterate the objections set forth in our August 29 letter and discussed in our meet and confer on September 4.

We are not available on Friday, but we are available on Monday from 12-1:30 or after 2:30 pm.

**Lauren Myers**
*Senior Associate*

T: +1 212 790 5379  |  E: LMyers@KSLAW.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**From:** John S. Crain <jcrain@wigdorlaw.com>
**Sent:** Wednesday, September 11, 2024 12:12 PM
**To:** Lauren Myers <LMyers@KSLAW.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Valdi Licul <vlicul@wigdorlaw.com>; Nelson Boxer <nboxer@pkbllp.com>
**Cc:** Randy Mastro <RMastro@KSLAW.com>; Jessica Benvenisty <JBenvenisty@KSLAW.com>; Maria Henain <MHenain@KSLAW.com>; Sarah Moseley <SMoseley@kslaw.com>
**Subject:** RE: Oakley v. MSG Correspondence

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel—

Acknowledging receipt of your correspondence. I am also attaching updated subpoenas to the third-party witnesses in Louisiana and Florida. Please let me know if you can accept service. (For avoidance of doubt, we will withdraw the prior subpoenas to them once we have served them.)

There are several other issues to discuss at this point including deposition scheduling, the ESI searches, and plaintiff's productions. Are you available to speak on Friday?

John

**John S. Crain**
Senior Associate

212 257 6800
85 Fifth Avenue
New York, NY 10003

[wigdorlaw.com](wigdorlaw.com)





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Lauren Myers <LMyers@KSLAW.com>
**Sent:** Tuesday, September 10, 2024 11:45 AM
**To:** Douglas Wigdor <dwigdor@wigdorlaw.com>; Valdi Licul <vlicul@wigdorlaw.com>; John S. Crain <jcrain@wigdorlaw.com>; Nelson Boxer <nboxer@pkbllp.com>
**Cc:** Randy Mastro <RMastro@KSLAW.com>; Jessica Benvenisty <JBenvenisty@KSLAW.com>; Maria Henain <MHenain@KSLAW.com>; Sarah Moseley <SMoseley@kslaw.com>
**Subject:** Oakley v. MSG Correspondence

Counsel,

Please see the attached correspondence.

Thanks,
Lauren

---

**Lauren Myers**
*Senior Associate*

T: +1 212 790 5379  |  E: LMyers@KSLAW.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.