

**Valdi Licul**
vlicul@wigdorlaw.com

January 26, 2025

**VIA ECF & EMAIL**

The Honorable Richard J. Sullivan
United States District Court, Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

      Re:    <u>Oakley v. MSG Networks, *et al.*</u>; Civil Case No. 17-cv-06903 (RJS)

Dear Judge Sullivan:

We represent Plaintiff Charles Oakley and write regarding the deposition of non-party John McEnroe. Mr. McEnroe's deposition was scheduled for January 30, 2025, before the close of fact discovery on January 31, 2025. However, Mr. McEnroe recently informed us that he may now have a work-related conflict and has requested that his deposition be rescheduled for the following week. In the interest of accommodating Mr. McEnroe, Plaintiff respectfully requests that he be permitted until February 6, 2025, to complete Mr. McEnroe's deposition. Defendants have consented to this request.

Respectfully submitted,

Valdi Licul

cc: All Counsel of Record (*via* ECF)

```
Plaintiff's motion, on consent, to be
permitted until February 6, 2025 to complete
the deposition of John McEnroe is GRANTED.
The Clerk of Court is respectfully directed to
terminate the motion pending at Doc. No. 278.

SO ORDERED: _____
Dated: 1/27/2025    RICHARD J. SULLIVAN
                    U.S.C.J., Sitting by Designation
```