# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

February 10, 2025

**VIA ECF AND E-MAIL**

Hon. Richard J. Sullivan, U.S. Circuit Court Judge
U.S. Court of Appeals for the Second Circuit
500 Pearl Street, New York, NY 10007

Re: *Oakley v. MSG Networks, et al.*, No. 17-cv-6903 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

In light of the discovery extensions previously granted in this matter—which have pushed the close of expert discovery from January 31 to March 20, 2025—Defendants respectfully request that the Court reschedule the post-discovery conference from Tuesday, March 4 to Tuesday, April 22, 2025 (or such other date after the close of expert discovery as the Court sees fit). Defendants further request that the deadline to file dispositive pre-motion conference letters in advance of that conference be rescheduled from Friday, February 14 to Friday, April 4, 2025 (or such other date after the close of expert discovery, but before the post-discovery conference, as the Court sees fit). Plaintiff has informed Defendants that he does not object to this request.

Respectfully,
*/s/ Randy M. Mastro*
Randy M. Mastro

---

Defendants' motion, on consent, to adjourn the post-discovery conference originally scheduled for March 4, 2025 is GRANTED. The parties shall appear for a post-discovery conference on Wednesday, April 23, 2025 at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan U.S. Courthouse. Any dispositive pre-motion conference letters shall be submitted by Friday, April 4, 2025. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 312.

SO ORDERED: _____
Dated: 2/11/2025       RICHARD J. SULLIVAN
                       U.S.C.J., Sitting by Designation