UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                          Plaintiff,

   -v-                                         No. 17-cv-6903 (RJS)
                                                      ORDER
MSG NETWORKS, INC., *et al.*,

                          Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      Before the Court is a letter from plaintiff Charles Oakley, which the Court has construed as a motion to file the unredacted version of Oakley's February 13, 2025 letter under seal. (*See* Doc. No. 319.) Oakley indicated that he does not wish to maintain the redacted information under seal. (*See id.*) Defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC (collectively, "MSG") have also filed a letter, arguing that Oakley's February 13, 2025 letter mischaracterized aspects of MSG CEO James Dolan's deposition testimony but indicating that MSG does not object to the public filing of the redacted information contained in Oakley's letter. (*See* Doc. No. 322.) Accordingly, Oakley's motion to seal is DENIED as moot.

      The parties are reminded that letters regarding sealing motions are *not* to be used as an opportunity to litigate substantive disputes or to circumvent the Court's prior orders. (*See* Doc. No. 302 at 3 ("Neither party shall file a response, reply, or sur-reply without *express* authorization from the Court.").)

IT IS HEREBY ORDERED THAT Oakley's motion to seal is DENIED as moot. Oakley shall file the unredacted version of his February 13, 2025 letter on the public docket. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 319.

SO ORDERED.

Dated:      February 21, 2025
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation