UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                Plaintiff,

-v-                                       No. 17-cv-6903 (RJS)
                                                ORDER

MSG NETWORKS, INC., *et al.*,

                Defendants.

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

      In anticipation of the hearing scheduled for Friday, March 21, 2025 regarding Defendants' motion for spoliation sanctions, IT IS HEREBY ORDERED THAT the parties shall submit to the Court by Wednesday, March 19, 2025 a final witness list, a list of any exhibits that they wish to introduce during the hearing, and a copy of those exhibits.

SO ORDERED.

Dated:      March 17, 2025
              New York, New York

                                                           RICHARD J. SULLIVAN
                                                           UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation