UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                          Plaintiff,

  -v-                                                   No. 17-cv-6903 (RJS)
                                                             ORDER

MSG NETWORKS, INC., *et al.*,

                          Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      Before the Court is Plaintiff's letter requesting a pre-motion conference regarding his contemplated motion under Federal Rule of Civil Procedure 37(c) to strike the declarations of six defense witnesses and preclude Defendants from relying on those witnesses or, in the alternative, to reopen discovery. (*See* Doc. No. 333.) Defendants have also filed a letter in response to Plaintiff's request for a pre-motion conference. (*See* Doc. No. 336.) IT IS HEREBY ORDERED THAT the parties shall submit to the Court by April 4, 2025 a joint letter, not to exceed two single-spaced pages, addressing the following topics: (1) when Defendants learned of Officer Robin Kraemer's identity; (2) when Plaintiff informed Defendants that the contact information for Officer John Maher was incorrect; (3) what, if any, steps Defendants took to locate the correct contact information for Maher; (4) when Defendants learned the current contact information for Maher; and (5) whether Plaintiff served any interrogatories or requests for document production that would have required Defendants to disclose Timothy Oberweger's declaration. With respect

to item (5), the parties shall include a copy of any relevant interrogatories or requests for document production, which may be included as an exhibit to the joint letter.

SO ORDERED.

Dated:     March 28, 2025
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation