# EXHIBIT 6

# Video marked as MSG_OAKLEY_0000007