UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES OAKLEY,                              :
                                             :    Civil Action No. 17 Civ. 6903 (RJS)
                     Plaintiff,              :
                                             :
         v.                                  :
                                             :
MSG NETWORKS, INC., *et al.*                 :
                                             :
                     Defendants.             :
------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF MOTION FOR SPOLIATION SANCTIONS

**PLEASE TAKE NOTICE** that, upon this motion and the accompanying Memorandum of Law; the Declaration of Valdi Licul and the exhibits attached thereto; and the Declaration of Larry B. Perkins, Plaintiff Charles Oakley ("Plaintiff" or "Oakley") will move this Court, at the United States Court of Appeals for the Second Circuit, 500 Pearl St., Room 2530, New York, NY 10007, before The Honorable Richard J. Sullivan, to respectfully request an Order imposing Spoliation Sanctions under Fed. R. Civ. P. 37 against Defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC, and Defendants' counsel Randy M. Mastro and King & Spalding LLP.

1

Dated: April 18, 2025
       New York, New York

**WIGDOR LLP**

By: _____
    Valdi Licul
    Douglas H. Wigdor
    John S. Crain
    Katherine Vask

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
vlicul@wigdorlaw.com
dwigdor@wigdorlaw.com
jcrain@wigdorlaw.com
kvask@wigdorlaw.com


**PETRILLO KLEIN & BOXER LLP**

Nelson A. Boxer
Marcelo Triana

655 Third Avenue
New York, NY 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
nboxer@pkbllp.com
mtriana@pkbllp.com

*Counsel for Plaintiff*