UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES OAKLEY,

                      Plaintiff,

-v-

MSG NETWORKS, INC., *et al.*,

                      Defendants.

No. 17-cv-6903 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

    Before the Court is Defendants' motion to exclude Plaintiff's expert witness (*see* Doc. No. 356) as well as Defendants' motion to seal the unredacted copies of certain exhibits submitted in connection with their motion to exclude (*see* Doc. No. 355). In order for the Court to evaluate Defendants' motions, IT IS HEREBY ORDERED THAT Defendants shall submit the unredacted copies of the relevant exhibits to the Court's Chambers email address.

SO ORDERED.

Dated:     May 19, 2025
            New York, New York

                                                    RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation