**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CHARLES OAKLEY,

                 Plaintiff,

v.

MSG NETWORKS, INC., *et al.*,

                 Defendants.

Case No. 17-cv-6903 (RJS)

<u>Oral Argument Requested</u>

**MSG'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**
**<u>IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT</u>**

Defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC (collectively, "MSG"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1(a) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, submit the following statement of material facts as to which there can be no genuine dispute.

## I.    The Parties

1.     Plaintiff Charles Oakley ("Oakley") is a former All-Star power forward with the New York Knicks (the "Knicks"). Second Amended Complaint, ECF 164 ("SAC") ¶ 6.[1]

2.     Defendant Madison Square Garden Sports Corp. was, in 2017, known as The Madison Square Garden Company.  The Madison Square Garden Company was a publicly traded corporation which, in 2017, indirectly owned and operated both the Madison Square Garden Arena located at 4 Pennsylvania Plaza in New York City (the "Garden") and the Knicks. ECF 170 (Supp. Corporate Disclosure); SAC ¶ 8; *see also* ECF 1 (Complaint) ¶ 10.[2]

3.     Defendant Sphere Entertainment Group, LLC was, in 2017, formally known as MSG Sports & Entertainment, LLC, a wholly-owned subsidiary of The Madison Square Garden Company.  ECF 170 (Supp. Corporate Disclosure); SAC ¶ 9.

---

[1] The allegations in Oakley's Second Amended Complaint are "judicial admission[s]" by which Oakley is "bound throughout the course of the proceeding." *Bellefonte Re Ins. Co. v. Argonaut Ins. Co.*, 757 F.2d 523, 528 (2d Cir. 1985). MSG is entitled to rely on those judicial admissions as a basis for its Rule 56.1 Statement and summary judgment motion. *See, e.g.*, *Brown v. Gen. Instrument Corp.*, 2000 WL 1855134, at *1–2 (S.D.N.Y. Dec. 19, 2000) (Mukasey, C.J.) (noting that "[w]hen making a motion for summary judgment, a party may 'take advantage of any admissions' in the opposing party's complaint," and that a plaintiff may not "create a genuine issue of material fact by contradicting herself" in later allegations inconsistent with the complaint (citations omitted)).

[2] Defendant MSG Networks Inc., which was a separate publicly traded corporation in 2017, had no role in operating the Garden or the Knicks and was thus improperly named as a defendant in this action. ECF 170 (Supp. Corporate Disclosure).

II.    **MSG Security Is Trained to Ensure the Safety and Security of All at the Garden.**

4.    At the Garden, the security team consists of employees of MSG who are responsible for the security and safety of the guests who attend events as well as of the employees who work there. Ex. 1 (Event Security Operations Manual) at MSG_OAKLEY_0000671.[3]

5.    MSG security officers are typically members of a labor union, Local 177 of the Service Employees International Union, and it is mandated by MSG that each officer maintains a valid NY State Security Guard License. Ex. 1 (Event Security Operations Manual) at MSG_OAKLEY_0000671.

6.    In New York State, security officer candidates are required to pass an eight-hour training class, followed by a 16-hour period of on-the-job training specific to duties the officer will perform at a particular site or for a particular client. Security officers are also required to take an eight-hour in-service training class every calendar year to maintain their licenses. 9 NYCRR §§ 6027.3, 6027.4., 6027.6.

7.    MSG security staff receive use of force training from their supervisors as on-the-job-training. Ex. 2 (Antonio Dep.) at 98:13–21; Ex. 3 (Mongelli Dep.) at 29:8–21; Ex. 4 (Ortiz Dep.) at 22:19–23:19.

8.    MSG security staff are also trained to seek voluntary compliance from unruly guests through de-escalation techniques. Ex. 5 (Conroy Dep.) at 87:22–89:2; Ex. 2 (Antonio Dep.) at 67:10–19, 101:24–102:10.

9.    MSG maintains an Event Security Operations Manual and an Ejection Policy to provide best practices for security staff when handling unruly guests at the Garden. Ex. 1 (Event

---

[3] References to "Ex." refer to exhibits to the accompanying Declaration of Damien Marshall in support of MSG's motion for summary judgment, dated May 30, 2025.

Security Operations Manual) at MSG_OAKLEY_0000675; Ex. 6 (Ejection Policy) at MSG_OAKLEY_0000713–716.

10.    New York City Police Department ("NYPD") Police Officers that sign up for the City of New York's NYPD Paid Detail program—through which off-duty NYPD Police Officers perform police and security work while in uniform at private companies—augment security at each event at the Garden. Ex. 7 (NYPD Paid Detail Policy) at MSG_OAKLEY_0000717.

III.    **Oakley Obtains a Ticket to the February 8, 2017 Knicks Game Free of Charge.**

11.    On the night of February 8, 2017, Oakley attended a New York Knicks vs. Los Angeles Clippers basketball game in New York at the Garden. SAC ¶ 27.

12.    Oakley obtained his ticket to the February 8, 2017 Knicks game free of charge from Timothy Oberweger and Sonia Bain. Oberweger Decl. ¶ 1;[4] Ex. 10 (Oakley Dep.) at 184:20–187:25.

13.    Printed on Oakley's ticket was the following language: "This ticket is a personal license revocable in MSG's sole discretion and is issued pursuant to and is subject to the terms and conditions of the applicable Madison Square Garden season subscription agreement." Ex. 8 (Oakley's Ticket) at PL00003109; Ex. 9 (Oakley Response to MSG RFAs) at RFA No.18.

14.    Also printed on Oakley's ticket was the following language: "Madison Square Garden ('MSG') reserves the right, without refund of the purchase price, to refuse admission or to eject any person whose conduct MSG deems disorderly, who uses vulgar or abusive language or who fails to comply with these terms." Ex. 8 (Oakley's Ticket) at PL00003109; *see also* Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 19.

---

[4] References to "Decl." refer to the accompanying declarations of fact witnesses filed in support of MSG's motion for summary judgment.

IV.    **Prior to the Game, Oakley Consumes Multiple Alcoholic Beverages.**

15.    On the afternoon of February 8, 2017, Oakley had a "couple of meetings" during which he had "1 or 2, maybe 3 or 4" drinks. Ex. 10 (Oakley Dep.) at 383:20–384:16.

16.    After his meetings, around 7:45pm, Oakley met up with Oberweger at the American Whiskey bar on 33rd Street. Ex. 10 (Oakley Dep.) at 383:13–19; Oberweger Decl. ¶ 3.

17.    At American Whiskey, Oakley, Oberweger, and at least two other individuals shared a round of whiskey at the table. Oberweger Decl. ¶ 3.

18.    Oakley admitted in a February 9, 2017 interview on Fox 5 News that he "had a couple of drinks" prior to arriving at the Garden, "but I ain't had no drinks at the Garden." Ex. 11 (Fox 5 Interview) MSG_OAKLEY_0000725 at 7:20–7:25.

V.    **Immediately Upon Arriving at the Garden, Oakley Enters through the VIP Entrance Despite Lacking Authorization, Behaves Rudely, and Uses Offensive Language.**

19.    Oakley's ticket to the February 8, 2017 Knicks game did not permit him to make use of the Garden VIP Entrance known as "4 Penn," nor was he on the list to access the luxury suite area known as "Suite 200."   Ex. 8 (Oakley's Ticket) at PL00003109; Ex. 12 (Witness Statements of Robert Yost, Brett Heffernan, and Bernadette Andrews).

20.    Regardless, Oakley entered MSG through the VIP entrance at 4 Penn at 8:04pm EST. Ex. 25 (Investigation Timeline) at MSG_OAKLEY_0000069; Oberweger Decl. ¶ 4; Ex. 13 (4 Penn Entrance Security Camera) MSG_OAKLEY_0000047 at 8:04:10.

21.    As Oakley arrived at the 4 Penn doors, he loudly and clearly announced: "Tell Dolan I'm f*cking here!" Kraemer Decl. ¶ 5.

22.    An NYPD Officer stationed by the 4 Penn doors observed that Oakley "sounded aggressive" and "did not appear, like a typical fan, to be happy or excited to be attending a Knicks game. He appeared to be angry about something." Kraemer Decl. ¶¶ 6, 8.

23.     MSG employees permitted Oakley to pass through the 4 Penn entrance as a courtesy because they recognized him, and to avoid embarrassing him. Ex. 12 (Witness Statement of Robert Yost).

24.     After passing through the 4 Penn entrance, Oakley "had an attitude problem," was "annoyed he couldn't get on the elevator because it was full," and "started being rude." Ex. 12 (Witness Statements of Mary Miller, Brett Heffernan, and Jamieson Antonio); *see also* Ex. 14 (4 Penn Elevator Security Camera) MSG_OAKLEY_0000048 at 8:04:57–8:05:30.

## VI.     Oakley Attempts to Push His Way Past MSG Staff to Get to MSG's Luxury Suite Floor Despite Lacking Authorization.

25.     Oakley rode one of the elevators within the 4 Penn entrance and chose to exit at Level 3, which houses Suite 200.  Ex. 12 (Witness Statements of Brett Heffernan, Bernadette Andrews, and Kim Gambino); Ex. 14 (4 Penn Elevator Security Camera) MSG_OAKLEY_0000048 at 8:05:47–8:06:04; Ex. 15 (Elevator Internal Security Camera) MSG_OAKLEY_0000049 at 8:05:47–8:06:38.

26.     MSG elevator operator Bernadette Andrews told Oakley that he was not entitled to enter Suite 200 after VIP Escort Brett Heffernan determined that Oakley was not on the list of attendees for that evening's game. Ex. 12 (Witness Statements of Brett Heffernan and Bernadette Andrews); Ex. 15 (Elevator Internal Security Camera) MSG_OAKLEY_0000049 at 8:06:13–8:07:10.

27.     Regardless, Oakley was "extremely pushy" and his group "tried to push past" Heffernan, who was "trying to hold this crowd back" with the help of MSG Suite 200 Concierge Kimberly Gambino. Ex. 12 (Witness Statements of Brett Heffernan and Kim Gambino).

28.     While trying to push past Heffernan, Oakley stated "something about Dolan" like "'I need to see him' or 'I'm with him.'" Ex. 12 (Witness Statement of Brett Heffernan).

29.     Heffernan and Gambino told Oakley he had to return to the elevator and go through the main concourse, and Oakley responded by shouting "oh come on man!" Ex. 12 (Witness Statement of Kim Gambino).

30.     During his time on the Suite 200 level, Oakley was "extremely pushy" and "very rude," and he took Heffernan's attention away from the VIP guests that Heffernan had been assigned to help at the time. Ex. 12 (Witness Statements of Brett Heffernan and Kim Gambino); Ex. 17 (Level 3 Lobby Security Camera) MSG_OAKLEY_0000051 at 8:06:56–8:07:07.

## VII.    Oakley Takes His Seat Near the Knicks Bench, MSG VIPs, James Dolan, and a Child.

31.     After being denied entry to Suite 200, Oakley, Oberweger, and the rest of their group returned to the elevator bank and rode up to Level 6, the main concourse within the Garden, where they walked down the corridor to the entrance to their section. Ex. 15 (Elevator Internal Security Camera) MSG_OAKLEY_0000049 at 8:07:15–8:07:53; Ex. 16 (Level 6 Hallway Security Camera 1) MSG_OAKLEY_0000050 at 8:07:58–8:08:425; Ex. 18 (Level 6 Hallway Security Camera 2) MSG_OAKLEY_0000052 at 8:08:45–8:10:15; Ex. 19 (Level 6 Hallway Security Camera 3) MSG_OAKLEY_0000053 at 8:10:26–8:10:38; Ex. 20 (Section 7 Entrance Security Camera) MSG_OAKLEY_0000054 at 8:10:42–8:10:49; Ex. 24 (Keaton Dep.) at 47:17–49:12.

32.     Midway through the first quarter of the game, at around 8:11pm EST, Oakley, Oberweger, and others entered the Garden bowl and took their seats.  Oakley sat in the first row of Section 7, in the seat closest to the aisle at the end of the row. Ex. 25 (Investigation Timeline) at MSG_OAKLEY_0000069; Redmond Decl. ¶ 7; Ex. 21 (Arena Cam Close Up) MSG_OAKLEY_0000007 at 0:00–0:25.

33.     The first row of Section 7 is on a riser and not on the same level as the basketball court floor.  In order to sit in that row, if coming from the court level, one must step up from the court level onto the riser where Section 7 starts. Redmond Decl. ¶ 7.

34.     Frank Isola, a sports journalist who has extensive experience covering events at the Garden, observed that Section 7 is "aluminum and it could be slick when it gets wet." Ex. 22 (Isola Dep.) at 144:24–145:14.

35.     A child was seated two seats away from Oakley. Ex. 21 (Arena Cam Close Up) MSG_OAKLEY_0000007 at 1:55; Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 8.

36.     MSG CEO and Chairman James Dolan and other VIPs, including tennis legend John McEnroe, were seated in the courtside seats, which were flush with the basketball court floor, one row in front of Oakley and to Oakley's right. Ex. 21 (Arena Cam Close Up) MSG_OAKLEY_0000007 at 1:55; McEnroe Decl. ¶ 2; Ex. 23 (Dolan Dep.) at 138:6–18.

37.     Oakley was seated across and to the left of the Knicks bench. Ex. 21 (Arena Cam Close Up) MSG_OAKLEY_0000007 at 1:55; Jackson Decl. ¶ 3.

## VIII.    Oakley Curses Profusely at MSG Security While Seated.

38.     Shortly after taking his seat, Oakley was visibly upset and agitated, and expressed frustration to his seatmates about not being granted access to the Suite 200 floor. Oberweger Decl. ¶ 5.

39.     Within minutes of taking his seat, Oakley looked in the direction of several MSG security officers, gestured towards them, and began to yell at them. Ex. 21 (Arena Cam Close Up) at 2:15–2:35, 3:41–3:49; Redmond Decl. ¶ 5; Jackson Decl. ¶ 4; Ex. 4 (Ortiz Dep.) at 45:15–46:12, 53:5–12, Ex. 12 (Witness Statements of Lateasha Watson, Gene Perrotto, and Jayson Jacknow); Ex. 3 (Mongelli Dep.) at 84:10–20, 128:16–129:3.

40.     Oakley yelled, among other things: "What the f*ck are you looking at?"; "Why are you looking at me?"; "Stop f*cking looking at me!"; "Watch the f*cking game!"; "These f*cking people are always watching me;" and "I'm tired of this f*cking shit," as well as words to the effect of: "F this one, F that one. Dolan this, Dolan that, what the hell you security guards gonna do." Redmond Decl. ¶ 4; Ex. 4 (Ortiz Dep.) at 46:3–12, 53:5–12, Ex. 12 (Witness Statements of Lateasha Watson, Gene Perrotto, and Jayson Jacknow); Ex. 3 (Mongelli Dep.) at 84:10–20, 128:16–129:3.

41.     Oakley admitted at his deposition that, around this time, he said "why are you all looking over at me?" to the person seated next to him. Ex. 10 (Oakley Dep.) at 210:16–211:09.

42.     When MSG club seat order taker Lateasha Watson came to take Oakley's food order, Oakley asked her: "Where Dolan at?" and "Do you know who I am? Why the hell these f'n security guards in my face, why they looking at me." Ex. 12 (Witness Statement of Lateasha Watson).

43.     Oakley testified at his deposition that he could not recall whether or not he said these things to Watson. Ex. 10 (Oakley Dep.) at 278:17–279:25.

44.     During a timeout, at around 8:16pm EST, MSG security officer Anthony Mongelli took up his post, which was in the aisle, directly in front and to the right of Oakley. Ex. 25 (Investigation Timeline); Oberweger Decl. ¶ 5; Ex. 12 (Witness Statements of Anthony Mongelli and Gene Perrotto); Ex. 3 (Mongelli Dep.) at 54:7–10; Ex. 21 (Arena Cam Close Up) at 4:35.

45.     Prior to Mongelli reporting to his assigned time out post, no member of MSG's security team approached or spoke to Oakley at all. Ex. 21 (Arena Cam Close Up) at 0:00–4:35.

46.     Oakley repeatedly asked Mongelli "Why are you standing here?" Ex. 3 (Mongelli Dep.) at 56:12–24; Ex. 21 (Arena Cam Close Up) at 5:22–5:35.

47.     Mongelli responded "Look, I am here during the time-out. Once the time-out is over, I will go back to my spot in the corner." Ex. 3 (Mongelli Dep.) at 56:25–57:5.

48.     At his deposition, Oakley testified that he couldn't recall what he said to Mongelli. Ex. 10 (Oakley Dep.) 301:24–303:04.

49.     Oakley then loudly said to his seatmates: "You got all these f*ckin' security here looking at me, I don't know that the f*ck they're looking at, but they're getting on my f*ckin' nerves." Ex. 12 (Witness Statement of Thomas Ortiz); Ex. 4 (Ortiz Dep.) at 52:11–20.

50.     Oakley made eye contact with MSG security officer Thomas Ortiz, who was seated at his post approximately six feet from Oakley's seat, and said "What the f*ck are you looking at?" Ortiz responded "I'm not looking at you," and Oakley began to curse, saying "f'ing this, f'ing that." Ex. 12 (Witness Statement of Thomas Ortiz); Ex. 4 (Ortiz Dep.) at 47:5–22, 49:7–11.

## IX.     Oakley Begins Cursing Directly at MSG Director of Executive Protection Kori Keaton and MSG CEO and Chairman James Dolan.

51.     MSG Director of Executive Protection Kori Keaton, who heard much of Oakley's cursing and yelling, walked over to James Dolan to speak to him about Oakley's behavior. Dolan left the decision on how to address the situation to Keaton. Ex. 23 (Dolan Dep.) at 154:7–11, 176:10–17, 178:16–179:19; Ex. 24 (Keaton Dep.) at 81:14–82:12; Ex. 21 (Arena Cam Close Up) at 6:20–7:09.

52.     When Oakley saw Keaton looking at him, he called Kori a "rat bastard" and said Keaton was "always sucking on Dolan's dick." Ex. 12 (Witness Statement of Thomas Ortiz); Ex. 23 (Dolan Dep.) at 152:21–153:9.

53.     Dolan told Keaton that he and the MSG security team should "do what they have to do" regarding Oakley's behavior. Ex. 23 (Dolan Dep.) at 154:7–11.

54.     Keaton made the decision to ask Oakley to leave the Garden on his own. Ex. 24 (Keaton Dep.) at 82:9–10; Claffey Decl. ¶ 9.

55.     Dolan did not give any signal to Keaton regarding the ejection of Oakley. Ex. 24 (Keaton Dep.) at 99:14–24; Ex. 23 (Dolan Dep.) at 222:6–12.

56.     As Keaton returned to his post, he heard Oakley cursing at him and leaned in to listen. Oakley yelled obscenities at Keaton, including calling him Dolan's "b*tch," and "a f*cking snitch," and saying words to the effect of "you're a rat, you rat f*ck, you snitch," and "You're a f*ggot p*ssy rat, are you going to do something?" Jackson Decl. ¶ 7; McEnroe Decl. ¶ 6; Ex. 12 (Witness Statement of Jayson Jacknow); Ex. 24 (Keaton Dep.) at 79:12–23; Ex. 21 (Arena Cam Close Up) at 7:13–7:22.

57.     John McEnroe, who was seated directly in front of Oakley, has sworn that he "was not paying attention to what was going on behind" him, and "was focused on watching the game" until he heard Oakley call Keaton a "f*cking snitch." McEnroe Decl. ¶¶ 3, 6.

58.     Oakley testified at his deposition that he "could have" called a security officer "a snitch." Ex. 10 (Oakley Dep.) at 44:20–22.

59.     At around 8:18pm EST, as Keaton was returning to his post, Oakley made an obscene gesture at Keaton—holding his thumb and index finger close together, to suggest that represented the size of Keaton's genitalia—while continuing to yell at Keaton. Ex. 25 (Investigation Timeline); Ex. 21 (Arena Cam Close Up) at 7:10–7:14.

60.     Oakley testified that he "could have" used "foul and abusive language" like "that's some f*cking bullshit," and "made an obscene gesture" that evening. Ex. 10 (Oakley Dep.) at 10:23–11:05, 21:20–25, 26:2–7.

61.     At around 8:19 pm EST, Oakley directed his yelling and cursing at Dolan. Ex. 25 (Investigation Timeline); Claffey Decl. ¶ 3; Ex. 24 (Keaton Dep.) at 51:10–52:04, 69:13–22.

62.     Oakley called Dolan and Keaton "p*ssies," "f*ggots," and "f*cking rats," among other things. Jackson Decl. ¶ 4.

63.     NYPD Officer John Maher, who was working paid detail at the Garden that evening and stationed on the court level near the "Zamboni Gate," which is an Arena exit used by visiting NBA teams and leads to MSG's back of house area (situated directly to the left of Oakley's section), observed that Oakley was "loud and yelling in a manner consistent with him being intoxicated" based on his "experience over the years as a Police Officer observing intoxicated individuals." Maher Decl. ¶ 4.

64.     Knicks security official Todd Jackson also believed that Oakley was "inebriated" based on observations of "him shouting obscenities in a manner unlike a typical fan watching a live basketball game" and Oakley's "increasingly belligerent behavior after that." Jackson Decl. ¶ 6.

65.     In a witness statement provided in the hours following Oakley's ejection, MSG security officer Jayson Jacknow also observed that Oakley "definitely seemed intoxicated" that evening. Ex. 12 (Witness Statement of Jayson Jacknow).

## X.     MSG Security and an NYPD Officer Approach Oakley Consistent With MSG Policy.

66.     At around 8:19pm EST, Keaton approached Oakley along with six other MSG security officers and Officer Maher. Ex. 25 (Investigation Timeline); Maher Decl. ¶ 5; Jackson Decl. ¶ 8; Ex. 21 (Arena Cam Close Up) at 7:50.

67.     In both his SAC and his prior declaration opposing summary judgment, Oakley did not claim to be in imminent fear of harmful and/or offensive conduct due to the appearance of the MSG security but rather claims only to have been "confused."  SAC ¶ 37; ECF 114 ¶ 8.

68.    Officer Maher "was not surprised by the number of security personnel who approached Mr. Oakley" with him, because "[i]t is a police and security best practice to outnumber anyone who is at risk of being noncompliant, both because it often helps deescalate a situation and because, if the situation does escalate, having more police and security presence is often necessary."  Maher Decl. ¶ 7.

69.    Consistent with Officer Maher's understanding, MSG's Event Security Operations Manual states that "Security officers should always attempt other means of influencing a person's behavior before using force, such as overwhelming presence (a visible number of personnel)[.]" Ex. 1 (Event Security Operations Manual) at MSG_OAKLEY_0000675.

70.    Officer Maher also understood that "[a]n individual's behavior and size may also affect the number of officers and police that assist with an incident—here Mr. Oakley was extremely large in stature—much larger than me or the MSG security officers—and behaving very aggressively." Maher Decl. ¶ 7.

71.    Oakley was six foot nine inches tall and weighed approximately 265 to 270 lbs on February 8, 2017. Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 28; Ex. 10 (Oakley Dep.) at 315:7–11.

72.    Officer Maher also understood that "[a] substantial security presence is also important to protect against potential danger to others, particularly here, where the area in which Mr. Oakley was sitting was very crowded with many people sitting close to one another, including a young child sitting very close to Mr. Oakley." Maher Decl. ¶ 8.

73.    When Keaton and other security officers approached Oakley, Oakley was cursing profusely (specifically, "throwing the f bomb around"). Ex. 4 (Ortiz Dep.) at 60:5–10; Ex. 3 (Mongelli Dep.) at 128:18–129:15.

74.    When asked at his deposition if he used abusive language or made obscene gestures when the officers approached him, Oakley testified multiple times that "anything could have happened." Ex. 10 (Oakley Dep.) at 10:23-11:5, 21:5–24:17, 26:2-20.

**XI.    MSG Security Asks Oakley to Leave the Arena, and Oakley Refuses.**

75.    Upon reaching Oakley, Keaton first asked him to "settle down," and, when he was clearly not being compliant, eventually requested that he leave. Oberweger Decl. ¶ 6.

76.    Keaton told Oakley in a direct and calm manner that "This is over. You need to come with us to the back and talk." Jackson Decl. ¶ 9.

77.    Keaton explained to Oakley that "he can't curse like that in the arena" because it is an "NBA policy," and "told him that he was going to have to leave." Ex. 24 (Keaton Dep.) at 102:15–20; Ex. 12 (Witness Statement of Jayson Jacknow).

78.    The NBA Fan Code of Conduct states that "Guests will enjoy the basketball experience free from disruptive behavior, including foul or abusive language or obscene gestures." Ex. 26 (Email from R. Alexander to C. Oakley) at PL00000080.

79.    The NBA Fan Code of Conduct further provides that "Guests will not engage in fighting, throwing objects or attempting to enter the court, and those who engage in any of these actions will immediately be ejected from the game," and "[g]uests who choose not to adhere to [the Code] will be subject to ejection without refund." Ex. 26 (Email from R. Alexander to C. Oakley) at PL00000080.

80.    MSG's Ejection Policy lists reasons for which a guest may be ejected from the Garden as including, but not limited to, disorderly conduct, fighting, foul and/or offensive language, foul language and gestures, and code of conduct violations. Ex. 6 (MSG Arena Standard Operating Procedures) at MSG_OAKLEY_0000713.

81.    Oakley admitted in his SAC that "members of Madison Square Garden's security team [] ordered [Oakley] to leave the arena[.]" SAC ¶ 36.

82.    Oakley admitted in his previous declaration opposing summary judgment that MSG security personnel "demanded that I leave MSG[.]" ECF 114 ¶ 7.

83.    Oakley admitted in an interview with Fox 5 New York News on February 9, 2017, that while he was "sitting down," before any physical interaction took place, MSG security "told me I had to leave" the Garden, and his reaction was not to comply, but rather to "think[] to myself, if I'm going to leave the gym, there's New York police right there. Won't he come over and tell me I have to leave the gym, not seven guys, eight guys in a suit." Ex. 11 (Fox 5 Interview) MSG_OAKLEY_0000725 at 0:22–1:13.

84.    Oakley testified at his deposition that he did not remember what MSG security said to him when they approached him, that they "could have said anything," that he "could have been asked" to leave the building, and that he "wasn't listening" to them. Ex. 10 (Oakley Dep.) at 45:25–46:14, 54:6–55:25, 174:08, 323:09–324:18.

85.    Oakley refused to comply with Keaton's request that he leave, responding: "F*ck you, I ain't leaving," "f*ck you, I'm not going anywhere," "I'm not f*cking going anywhere," and "This is bullshit, I'm not going f*cking nowhere, I'm not going nowhere." McEnroe Decl. ¶ 7; Jackson Decl. ¶ 9; Ex. 12 (Witness Statements of Jayson Jacknow and Kevin Huessler); Ex. 24 (Keaton Dep.) at 103:21–24.

86.    Keaton and other members of MSG's security team continued to request that Oakley leave the Arena, and Oakley repeatedly refused those requests, saying, among other things, "I'm not f*cking leaving." Maher Decl. ¶ 9.

87.    Keaton then motioned for Officer Maher to come closer to Oakley. Ex. 21 (Arena Cam Close Up) at 8:11; Jackson Decl. ¶ 10.

88.    Oakley admits in his SAC that rather than comply with MSG security's requests that he leave, and rather than take advantage of the opportunity he was being given to leave of his own volition, Oakley instead "asked these [] security guards why he was being forced to leave the area[.]" SAC ¶ 37.

89.    Oakley admits in his SAC that rather than comply with MSG security's requests that he leave, and rather than taking advantage of the opportunity he was being given to leave of his own volition, Oakley instead claimed to MSG security "that he had done nothing wrong and simply wanted to watch the game[.]" SAC ¶ 39.

90.    Oakley admitted in the final version of his autobiography, *The Last Enforcer*, that MSG security told him that he "had to leave the building," and Oakley "asked why." Oakley further claims in his final published book that MSG security responded that "they had been ordered to make me leave." While "more and more guards and cops kept coming," Oakley "was standing [his] ground," and he "asked again, 'Why do I have to leave?'" Oakley admits that MSG security then "repeated" that he had to leave.  Ex. 27 (*The Last Enforcer*) at PL00001247.

91.    Oakley admitted in a February 4, 2022 interview on the Rich Eisen Show that when MSG security told him "you gotta leave," he responded "for what? I have a ticket." MSG security then repeated "you gotta leave" to which Oakley responded, "I'm not leaving." Ex. 28 ("Rich Eisen Show") MSG_OAKLEY_0000723 at 0:58–1:07.

**XII.    Oakley Stands and Lunges at Kori Keaton, Who Does Not Touch Oakley.**

92.    During his conversation with Keaton, Oakley said "FU. I'm not F-ing going anywhere," and "I'm not leaving," and then he stood up. Ex. 21 (Arena Cam Close Up) at 8:14–

8:16; Ex. 24 (Keaton Dep.) 103:21–24; Jackson Decl. ¶ 11; Ex. 12 (Witness Statements of Gene Perotto and Thomas Ortiz).

93.      Oakley thrust his arm and hand outward and toward Keaton's face immediately upon standing. Ex. 21 (Arena Cam Close Up) at 8:17; Jackson Decl. ¶¶ 11, 13; Ex. 24 (Keaton Dep.) at 106:13–23; Maher Decl. ¶ 9.

94.      In response, Keaton put his hands up in a defensive manner and stepped backwards, then stepped forward with his arm out to regain balance. Ex. 21 (Arena Cam Close Up) at 8:18–8:19; Ex. 24 (Keaton Dep.) at 104:14–105:2, 106:13–107:15; Jackson Decl. ¶ 11.

95.      Keaton never touched Oakley during the entire interaction and did not push him. Ex. 21 (Arena Cam Close Up) at 8:15–8:20; Ex. 24 (Keaton Dep.) at 104:14–105:2, 106:13–107:15; Jackson Decl. ¶ 12.

96.      MSG security officer Thomas Ortiz, who was among the security team responding to Oakley's behavior, did not see Keaton push Oakley. Ex. 4 (Ortiz Dep.) at 60:16–61:08.

97.      Officer Maher, who was front and center for the entire interaction, observed that Keaton did not push or shove Oakley, nor did any other member of MSG security or Officer Maher himself. Maher Decl. ¶ 11.

98.      Oakley does not allege that Keaton pushed Oakley in his SAC, but rather alleges: "As he rose from his seat, the security personnel grabbed Mr. Oakley and *roughly pulled him backwards*[.]" SAC ¶ 40 (emphasis added).

99.      Keaton did not grab Oakley or pull him backwards. Keaton was positioned in front of Oakley, not behind him. Ex. 21 (Arena Cam Close Up) at 8:15–8:25.

100.     In fact, upon observing that "Oakley appeared as though he was about to strike" Keaton, Officer Maher—who is not an MSG employee—restrained Oakley from behind, moving

Oakley backwards, and then positioned himself in front of Oakley. Maher Decl. ¶ 9; Ex. 21 (Arena Cam Close Up) at 8:15–8:25

101.   After Officer Maher had moved Oakley backwards, Jacknow (MSG security) joined Office Maher in restraining Oakley from behind for a few seconds, while Jackson (MSG security) stepped in between Oakley and Keaton. Officer Maher and Jacknow then released Oakley. Ex. 21 (Arena Cam Close Up) at 8:20–8:30.

102.   Jackson repeatedly told Oakley: "Come on, Oak. Come on," to which Oakley responded: "I'm not f*cking leaving," "f*ck you," and "I'm staying right here." Jackson Decl. ¶¶ 14–15.

103.   No witness in this case has testified that Keaton pushed Oakley during this interaction, nor has any discovery been adduced to substantiate such an allegation.

104.   At his deposition, Oakley himself did not claim that Keaton pushed him.   In response to the question: "did you swear that immediately after you stood up the security guard who had initially approached you pushed you away from him?" Oakley responded: "*It's the guy behind* who pushed." Ex. 10 (Oakley Dep.) at 346:25–347:14 (emphasis added).

105.   In response to the question: "[Keaton] is not pushing you. He is moving away and putting his hands up in a defensive posture?" Oakley responded: "Right," and then added "I have six or eight other guys *pushing me from the back*." Ex. 10 (Oakley Dep.) at 348:113–20 (emphasis added).

106.   No witness in this case has testified that any MSG employee pushed Oakley during this interaction or at any other point during the evening of February 8, 2017.

107.   When presented with security camera footage of this moment during his deposition, Oakley could not answer "who are the people pushing you in this group," could not identify "any

individual in this video, front, side, or behind, who you say was exercising force as you got up from your seat," and could not identify where he felt that force was being applied on him. Ex. 10 (Oakley Dep.) at 351:14–352:17, 353:8–18.

108.    When, during his deposition, Oakley was shown this footage and directed to Keaton (who is bald) and asked: "[A]re you saying that bald guy there is touching you?" Oakley responded: "I don't know what he is doing." Ex. 10 (Oakley Dep.) at 355:21–356:15.

109.    When asked at his deposition: "And the bald security guard who had approached you twice, what does he do in response to you standing up?" Oakley responded: "I don't know. I'm trying to worry about what I got to do." Ex. 10 (Oakley Dep.) at 334:17–21.

110.    When asked at his deposition if he agreed that Keaton was not touching him when he stood up, Oakley responded: "The other guy is touching me." Ex. 10 (Oakley Dep.) at 337:19–338:19). When then asked to confirm that Keaton wasn't touching him, Oakley responded "It don't matter, they together." Ex. 10 (Oakley Dep.) at 337:19–338:3.

**XIII.**    **Oakley is Again Asked to Leave the Arena and Continues to Refuse, Instead Attempting to Return to His Seat While Continuing to Curse at Security.**

111.    Following Oakley's confrontation of Keaton, then-MSG Director of Arena Operations Thomas Redmond walked toward Oakley to speak with him. Redmond Decl. ¶ 6.

112.    When Redmond arrived, he was standing directly behind Oakley. At that time, Oakley was standing, shouting, and flailing his arms. Redmond Decl. ¶ 7; Ex. 4 (Ortiz Dep.) at 102:13–16.

113.    From behind, Redmond placed one hand on Oakley's back and another on Oakley's left arm to get his attention. Redmond Decl. ¶ 7; Jackson Decl. ¶ 16; Ex. 22 (Arena Cam Close Up) at 8:28; Ex. 29 (MSG_OAKLEY_0000008) (YouTube Video 1) at 0:01–0:07; Ex. 30 (MSG_OAKLEY_0000834) (YouTube Video 2) at 0:00–0:10.

114.    Redmond asked Oakley to walk to MSG's back of house area where the two of them could talk. Redmond Decl. ¶ 7; Ex. 12 (Witness Statement of Gene Perrotto).

115.    Oakley refused to comply with Redmond's request, instead walking away from Redmond (who was still behind Oakley) toward his seat and claiming that he was going to sit back down. Redmond Decl. ¶ 7; Maher Decl. ¶ 11; Ex. 21 (Arena Cam Close Up) at 8:39–8:42; Ex. 29 (YouTube Video 1) at 0:08–0:15; Ex. 30 (YouTube Video 2) at 0:07–0:15

116.    In his SAC, Oakley admits that rather than comply with MSG security's requests that he leave, and rather than take advantage of the opportunity he was being given to leave of his own volition, Oakley instead "turn[ed] around and [] return[ed] to his seat." SAC ¶ 43.

117.    In his SAC, Oakley admits that rather than comply with MSG security's requests that he leave, and rather than take advantage of the opportunity he was being given to leave of his own volition, Oakley instead "sought an explanation for why he was" allegedly "being treated differently." SAC ¶ 44.

118.    As Oakley was walking back towards his seat, he flailed his arms and raised his hands in the air while continuing to curse at the MSG security team. Ex. 21 (Arena Cam Close Up) at 8:30–8:40; Ex. 4 (Ortiz Dep.) at 101:10–102:16.

119.    Jackson, who was standing directly in front of Oakley, did not view Oakley's gesture of putting his hands in the air as indicating any willingness to compromise, considering that Oakley was moving toward his seat rather than the exit and continuing to curse at members of the MSG security team.  Jackson viewed this gesture as an attempt to say, "Don't touch me." Jackson Decl. ¶ 16.

120.    Ortiz, who was standing to Oakley's left side and was separated from Oakley only by one row of chairs at this time, also viewed Oakley's gesture of raising his hands in the air to be

"flailing his hands and being uncooperative." Ex. 4 (Ortiz Dep.) at 102:13–16; Ex. 21 (Arena Cam Close Up) at 8:30–8:40.

**XIV.    <u>Oakley Slips on a Riser While Trying to Return to His Seat.</u>**

121.    While Oakley was moving back toward his seat, after cursing profusely and stating repeatedly that he was not leaving or complying with MSG security's request, he slipped on the riser and fell to the floor. McEnroe Decl. ¶ 8; Maher Decl. ¶ 11; Redmond Decl. ¶ 8; Jackson Decl. ¶ 17; Ex. 12 (Witness Statement of Thomas Ortiz); Ex. 4 (Mongelli Dep.) 123:14–18, 125:8–9; Ex. 21 (Arena Cam Close Up) at 8:39–8:42; Ex. 29 (YouTube Video 1) at 0:08–0:15; Ex. 30 (YouTube Video 2) at 0:07–0:15.

122.    Oakley was not pushed by any member of MSG security or Officer Maher, and his fall was not caused by MSG security or Officer Maher. Maher Decl. ¶ 11; Redmond Decl. ¶ 8; Jackson Decl. ¶ 17.

123.    Rather, Oakley fell because he caught his foot on the lip of the riser next to Section 7, as evidenced by video showing that Oakley fell straight down without any forward momentum, and that his feet and lower legs were pressed up against the elevated metal riser during and immediately after his fall. Ex. 30 (YouTube Video 2) at 0:07–0:22; Redmond Decl. ¶ 8; Jackson Decl. ¶ 17.

124.    Jacknow, who was standing behind Oakley, did not push Oakley forward. His hand was on Oakley's front torso immediately before Oakley's fall. Ex. 30 (YouTube Video 2) at 0:07–0:20; Ex 31 (Jimmy's Instagram Video) at 0:02–0:11.

125.    Redmond, who was also standing behind Oakley and next to Jacknow, did not push Oakley.  His left hand was holding onto Oakley's left bicep when Oakley fell forward and to the right, in the direction of the riser. Moreover, the video does not show Redmond applying any force

to Oakley's bicep or otherwise demonstrate any effort by Redmond to push him. Redmond Decl. ¶ 8; Ex. 30 (YouTube Video 2) at 0:07–0:20; Ex. 31 (Jimmy's Instagram Video) at 0:02–0:11.

126.    Redmond himself was pulled towards the floor with Oakley due to his hand being on Oakley's bicep and the force of Oakley's fall. Ex. 31 (Jimmy's Instagram Video) at 0:02–0:11.

127.    Oakley's counsel has admitted in open court that "there is no other witness," aside from Oakley, "who says that [Oakley] was pushed" during this encounter. Ex. 32 (4/23/25 Conf. Tr.) at 48:05.

128.    Oakley's counsel has also admitted in open court that "There's no other witness who is going to say, yeah, he was definitely pushed, or he was tripped or he was thrown" at any time on February 8, 2017. Ex. 32 (4/23/25 Conf. Tr.) at 49:16–19.

129.    During his deposition, Oakley could not identify who supposedly pushed him during this encounter. Ex. 10 (Oakley Dep.) at 441:17–442:4.

130.    During his deposition, Oakley testified that it was possible that he was pushed from the front despite falling forward. Ex. 10 (Oakley Dep.) at 444:4–6.

131.    Oakley has previously admitted on multiple occasions that he slipped, rather than being pushed, during this encounter:

132.    In a July 20, 2020 draft of his autobiography, *The Last Enforcer*, Oakley stated "One security guard placed his hand on my right arm and I pushed him away. I never should have touched anyone but there were eight guys in front of me and on both sides. When I slipped they began to carry me out." Ex. 49 (July 20, 2020 Draft of *The Last Enforcer*) at PL00000174.

133.    In an April 15, 2021 draft of *The Last Enforcer*, Oakley stated "I didn't like that Dolan's guys were touching me. I never should have touched them, but there were so many guys

21

in front of me and on both sides. I slipped and ended up on my back. They carried me out." Ex. 33 (April 15, 2021 Draft of *The Last Enforcer*) at PL00000240.

134.    The above-quoted language from the April 15, 2021 draft of *The Last Enforcer* remained unchanged in a June 16, 2021 draft. Ex. 34 (June 16, 2021 Draft of *The Last Enforcer*) at PL0000480.

135.    Isola, Oakley's ghostwriter for *The Last Enforcer*, testified that the book was informed by extensive conversations he had with Oakley over the phone, which he transcribed into verbatim notes that formed the basis of the draft book. Ex. 22 (Isola Dep.) at 76:0–23, 77:15–78:21 80:06–10, 159:02–06.

136.    Isola did not recall ever being told by Oakley that he was pushed to the floor by MSG security during these extensive interviews in connection with drafting the book. Ex. 22 (Isola Dep.) at 172:5–173:10.

137.    At his deposition, Oakley confirmed that he reviewed the first and second drafts of *The Last Enforcer* "to make sure it was right before it go out." Ex. 10 (Oakley Dep.) at 37:03–10.

138.    In a February 4, 2022 interview on the Rich Eisen Show, Oakley stated that he "slipped down and fell" when describing this incident. Ex. 28 (Rich Eisen Show) at 1:13–1:14.

**XV.    Instead of Complying with MSG Security's Directives to Leave, Oakley Again Attempts to Return to his Seat while Continuing to Act Menacingly Toward Security.**

139.    After Oakley fell, Redmond moved around Oakley to face him from the front, asked him if he was okay, and attempted to help him back up from the floor. Oakley refused Redmond's offer of assistance. Redmond Decl. ¶ 9; Maher Decl. ¶ 12.

140.    Oakley stood up and pointed to his seat, saying "I'm going to sit here." Redmond Decl. ¶ 9; Ex. 29 (YouTube Video 1) at 0:26–0:28; Ex. 35 ("New York Times Video") at 0:07–0:11.

141.    Officer Maher repeatedly told Oakley to accompany him "to an exit gate," where Officer Maher and Oakley "could speak one-on-one." Maher Decl. ¶ 12; Redmond Decl. ¶ 10.

142.    Oakley ignored Officer Maher's requests and refused to comply. Maher Decl. ¶ 12; Redmond Decl. ¶ 10.

143.    Meanwhile, Redmond repeatedly asked Oakley to "walk with him" so they could talk elsewhere. Redmond Decl. ¶10; Maher Decl. ¶ 13.

144.    While Redmond made these requests, he placed an open hand on Oakley's arm in an attempt to lead Oakley out of the arena. Maher Decl. ¶ 13; Ex. 29 (YouTube Video 1) at 0:28; Ex. 30 (YouTube Video 2) at 0:28–0:30; Ex. 35 (New York Times Video) at 0:10.

145.    Oakley refused to comply with Redmond's requests and began to shout at him and other members of MSG security, repeatedly saying "f*ck you," "don't f*cking touch me," and "get the f*ck out of my face." Redmond Decl. ¶ 10; Maher Decl. ¶ 13; Jackson Decl. ¶ 18; Ex. 35 (New York Times Video) at 0:18–0:22; Ex. 30 (YouTube Video 2) at 0:35–0:40.

146.    In his SAC, Oakley claims that, rather than comply with MSG security's requests that he leave at this time, and rather than take advantage of the additional opportunity he was being given at this time to leave of his own volition, Oakley instead "continued to request an explanation" for his ejection. SAC ¶ 48.

147.    Oakley then pointed his finger toward Redmond's face, touching Redmond's forehead, while continuing to shout. "get the f*ck out of my face." Redmond Decl. ¶ 11; Ex. 29 (YouTube Video 1) at 0:38–0:41; Ex. 30 (YouTube Video 2) at 0:37–0:40; Ex. 35 (New York Times Video) at 0:20–0:23.

148.    Redmond took a step backward to create distance from Oakley, and Oakley responded by standing up taller and shoving his chest into Redmond's, pointing his finger near

23

Redmond's eye. Redmond Decl. ¶ 11, Ex. 29 (YouTube Video 1) at 0:42; Ex. 30 (YouTube Video 2) at 0:40–0:43; Ex. 35 (New York Times Video) at 0:23–0:25.

149.    Redmond turned his face away from Oakley, allowing Oakley to yell directly at him without any reaction. Redmond Decl. ¶ 11, Ex. 29 (YouTube Video 1) at 0:42–0:46; Ex. 30 (YouTube Video 2) at 0:43–0:45; Ex. 35 (New York Times Video) at 0:25–0:28.

## XVI.    Oakley Assaults Multiple Members of MSG Security.

150.    At around 8:20pm EST, Oakley shoved Redmond's face backward by pushing his fingers and applying force against Redmond's left temple. Investigation Timeline; Redmond Decl. ¶ 12; Maher Decl. ¶ 14; Jackson Decl. ¶ 19; Ex. 21 (Arena Cam Close Up) at 9:16; Ex. 29 (YouTube Video 1) at 0:48–0:49; Ex. 30 (YouTube Video 2) at 0:49; Ex. 35 (New York Times Video) at 0:29–0:31; Ex. 12 (Witness Statements of Kevin Heussler, Jayson Jacknow, Gene Perrotto, and Thomas Ortiz).

151.    When asked at his deposition if he struck a security officer in the face, Oakley responded that "[a]nything could have happened." Ex. 10 (Oakley Dep.) at 73:9–13.

152.    Oakley admitted at his deposition that he "mush[ed]" Redmond "in the face." Ex. 10 (Oakley Dep.) at 218:19–219:07.

153.    Oakley's shove bruised Redmond's face, and Redmond was later advised by a doctor to take pain medication for his injury. Redmond Decl. ¶ 12; Ex. 36 (Redmond Injury Report) at MSG_OAKLEY_0000345.

154.    After attacking Redmond, Oakley turned around and brought his hands down in a chopping motion on the right forearm of Jacknow, who had just placed his right hand openly on Oakley's back in an effort to guide him to the exit. Redmond Decl. ¶ 13; Maher Decl. ¶ 14; Jackson Decl. ¶ 19; Ex. 21 (Arena Cam Close Up) at 9:20; Ex. 29 (YouTube Video 1) at 0:53–0:54; Ex. 30

(YouTube Video 2) at 0:52–54; Ex. 35 (New York Times Video) at 0:34–0:36; Ex. 12 (Witness Statements of Gene Perrotto, Thomas Ortiz, Jayson Jacknow, and Kevin Heussler).

155.    Oakley admitted in his previous declaration opposing summary judgment that he "slapped one of the security guard's arms off of [his] side." ECF 114 ¶ 16.

156.    Oakley admitted at his deposition that he "chopped down" on Jacknow. Ex. 10 (Oakley Dep.) at 396:25–397:07.

157.    Oakley proceeded to shove Jacknow in the chest twice, pushing him backward. Redmond Decl. ¶ 13; Maher Decl. ¶ 14; Oberweger Decl. ¶ 7; Jackson Decl. ¶ 19; Ex. 21 (Arena Cam Close Up) at 9:22–9:25; Ex. 29 (YouTube Video 1) at 0:54–0:58; Ex. 30 (YouTube Video 2) at 0:54–0:58; Ex. 35 (New York Times Video) at 0:36–0:40; Ex. 37 (ESPN Video) at 0:08–0:12, 1:00–1:06; Ex. 12 (Witness Statements of Gene Perrotto, Thomas Ortiz, Jayson Jacknow, and Kevin Heussler).

158.    At his deposition, after being shown video of the incident, Oakley admitted that he "shoved" Jacknow. Ex. 10 (Oakley Dep.) at 402:12–13.

159.    Jacknow was injured by Oakley's actions, receiving a cut on his left hand and a bruised right forearm, for which he received medical treatment. Ex. 12 (Witness Statement of Jayson Jacknow); Ex. 38 (Jacknow Injury Report) at MSG_OAKLEY_0000350.

160.    After attacking Jacknow, Oakley attempted to remove his watch and hand it to Oberweger, who declined to take it.  Oberweger Decl. ¶ 8; Redmond Decl. ¶ 13; Ex. 29 (YouTube Video 1) at 0:58–1:04; Ex. 30 (YouTube Video 2) at 0:58–1:02; Ex. 35 (New York Times Video) at 0:41–0:46.

**XVII.  The NYPD Officer on Scene Decides to Arrest Oakley, and He Assists MSG Security in Escorting Oakley to the Exit.**

161.    Officer Maher determined that Oakley had committed criminal assault after he saw Oakley's attacks on Redmond and Jacknow firsthand. Maher Decl. ¶ 14.

162.    Officer Maher decided to arrest Oakley and remove him from the Arena immediately for the safety of those around Oakley. Maher Decl. ¶ 14.

163.    Officer Maher and members of MSG's security team took hold of Oakley's arms and torso and began to escort him to the nearest Arena exit, the "Zamboni Gate." Maher Decl. ¶ 15; Redmond Decl. ¶ 14; Jackson Decl. ¶ 20; Ex. 21 (Arena Cam Close Up) at 9:30–9:39; Ex. 29 (YouTube Video 1) at 1:00–1:08; Ex. 30 (YouTube Video 2) at 1:00–1:09; Ex. 35 (New York Times Video) at 0:42–0:51; Ex. 37 (ESPN Video) at 0:16–0:23.

164.    To effectuate Oakley's removal, Redmond and MSG Security Supervisor Kevin Heussler held Oakley's right arm, Jacknow held Oakley's front torso, and Officer Maher and Jackson held Oakley's left arm. Ex. 35 (New York Times Video) at 0:46–0:51; Maher Decl. ¶ 15; Redmond Decl. ¶ 14; Jackson Decl. ¶ 20; Ex. 12 (Witness Statement of Kevin Heussler).

**XVIII. Oakley Throws Himself to the Floor as He is Being Escorted Out of the Arena.**

165.    Oakley resisted the efforts of Officer Maher and MSG security to escort him to the Zamboni Gate. Maher Decl. ¶ 15; Redmond Decl. ¶ 15; McEnroe Decl. ¶ 9.

166.    Rather than walk with Officer Maher and MSG security to the exit, Oakley refused to pick up his feet. Redmond Decl. ¶15; Jackson Decl. ¶ 22.

167.    Oakley also used his body weight to impede the efforts of Officer Maher and MSG security to escort him out of the Arena. Redmond Decl. ¶ 15; Jackson Decl. ¶ 22.

168.    Oakley's legs eventually became tangled with those of the security team, and he threw himself to the floor in front of the Zamboni Gate, pulling Officer Maher towards the floor

with him. Maher Decl. ¶ 15; Redmond Decl. ¶ 15; Jackson Decl. ¶ 22; Ex. 12 (Witness Statements of Anthony Mongelli, Jayson Jacknow, and Thomas Ortiz); Ex. 29 (YouTube Video 1) at 1:08–1:15; Ex. 30 (YouTube Video 2) at 1:09–1:13; Ex. 35 (New York Times Video) at 0:52–0:55; Ex. 37 (ESPN Video) at 0:23–0:28.

169.    Oakley was not pushed to the floor in front of the Zamboni Gate but rather threw himself to the floor. Maher Decl. ¶ 15; Redmond Decl. ¶ 15; Jackson Decl. ¶ 23; Ex. 12 (Witness Statements of Anthony Mongelli, Jayson Jacknow, and Thomas Ortiz); Ex. 29 (YouTube Video 1) at 1:08–1:15; Ex. 30 (YouTube Video 2) at 1:09–1:13; Ex. 35 (New York Times Video) at 0:52–0:55; Ex. 37 (ESPN Video) at 0:23–0:28.

170.    In drafts of *The Last Enforcer* dated April 15, 2021 and June 16, 2021, Oakley did not claim to have been pushed, dragged, held down, or otherwise assaulted near the Zamboni Gate, but rather claimed only that MSG security "carried me out." Ex. 33 (April 15, 2021, Draft of *The Last Enforcer*); Ex. 34 (June 16, 2021, Draft of *The Last Enforcer*).

171.    In the final, published version of *The Last Enforcer*, Oakley does not claim to have been pushed, dragged, held down, or otherwise assaulted near the Zamboni Gate, but rather claimed only that "they handcuffed me and took me away from the court, near the loading dock." Ex. 27 (June 13, 2022, Manuscript of *The Last Enforcer*).

172.    In a February 4, 2022 interview on the Rich Eisen Show, when discussing the incident, Oakley did not claim to have been pushed, dragged, held down, or otherwise assaulted near the Zamboni Gate, but rather claimed only that "a few more guys came, they took me to the back, da da da, next thing I know, I'm down there, they put the handcuffs on me." Ex. 28 (Rich Eisen Show) at 1:14–1:23.

**XIX.    Oakley Refuses to Stand for Over One Full Minute while the NYPD Officer Handcuffs Him.**

173.    While Oakley was on the floor in front of the Zamboni Gate, Redmond and other members of MSG security repeatedly asked him to get up from the floor, but Oakley refused to do so. Redmond Decl. ¶ 15; Jackson Decl. ¶ 24; Ex. 29 (YouTube Video 1) at 1:15–1:25

174.    When playing the video of this moment at his deposition, Oakley acknowledged that he heard security officers asking him to get up. Ex. 10 (Oakley Dep.) at 420:03–06.

175.    While on the floor, Oakley verbalized that he wanted to get up, but he did not make any attempt to stand. Ex 2 (Antonio Dep.) at 253:24–254:2; Redmond Decl. ¶ 16; Jackson Decl. ¶ 24; Ex. 29 (YouTube Video 1) at 2:00–2:20.

176.    Oakley did not get up from the floor by the Zamboni Gate for over one full minute. Redmond Decl. ¶ 16; Ex. 29 (YouTube Video 1) at 1:15–2:30; Ex. 35 (New York Times Video) at 0:55–2:10.

177.    No one from MSG was holding Oakley down while he was on the floor by the Zamboni Gate. Redmond Decl. ¶ 16; Ex. 29 (YouTube Video 1) at 1:15–2:30.

178.    In fact, Oakley rejected the offers of MSG security to help him get up. Redmond Decl. ¶ 16; Jackson Decl. ¶ 24; Ex. 29 (YouTube Video 1) at 2:20–2:22.

179.    A member of MSG's security team told Oakley that he was "not cooperating" while Oakley remained on the floor. Ex. 29 (YouTube Video 1) at 2:09–2:13.

180.    Oakley admitted in his previous declaration opposing summary judgment that while he was on the floor in front of the Zamboni Gate, he "told the security guards behind the NYPD officer" that "they were not 'tough.'" ECF 114 ¶ 23.

181.    While Oakley was on the floor in front of the Zamboni Gate, Officer Maher attempted to place a handcuff on Oakley's wrist. Maher Decl. ¶ 16; Redmond Decl. ¶ 16; Jackson

Decl. ¶ 25; Ex. 29 (YouTube Video 1) at 1:58–2:30; Ex. 12 (Witness Statement of Jamieson Antonio).

182.    Oakley resisted Officer Maher's efforts to attach a handcuff to his wrist by flailing his arms and moving his hands erratically. Maher Decl. ¶ 16; Ex. 29 (YouTube Video 1) at 1:58–2:30.

183.    Oakley finally stood back up as Officer Maher attached a handcuff to Oakley's right wrist. Maher Decl. ¶ 16; Ex. 29 (YouTube Video 1) at 2:28.

184.    By this time, a second NYPD Officer had joined Officer Maher and MSG security by the Zamboni gate. Maher Decl. ¶ 16; Ex. 29 (YouTube Video 1) at 1:28.

## XX.    Oakley Continues to Physically Resist the NYPD and MSG Security's Efforts to Escort Him Out of the Arena By Swinging at an Officer and Holding Onto a Removable Railing.

185.    Immediately upon standing, Oakley pulled back his (non-handcuffed) left hand, balled it into a fist, and swung it at Officer Maher's face, stopping inches short of striking Officer Maher. Maher Decl. ¶ 17; Redmond Decl. ¶ 17; Ex. 29 (YouTube Video 1) at 2:30–2:31; Ex. 35 (New York Times Video) at 2:12–2:14.

186.    Oakley then latched onto the raised railing separating the Zamboni gate area from spectators seated above with both of his hands. Maher Decl. ¶ 18; Redmond Decl. ¶ 18; Ex. 12 (Witness Statement of Gene Perrotto); Ex. 29 (YouTube Video 1) at 2:35–2:37.

187.    Oakley admitted at his deposition that he grabbed onto the railing while security was attempting to escort him out of the Arena. Ex. 10 (Oakley Dep.) at 426:9–16.

188.    While gripping the railing, Oakley repeatedly shouted "That's some bullshit!" Ex. 29 (YouTube Video 1) at 2:35–2:58.

189.    At this point in time, only one of Oakley's wrists was handcuffed, and the other end of the handcuff was dangling freely, creating a potentially dangerous weapon and a security risk.

Ex. 2 (Antonio Dep.) at 281:9–17; Ex. 12 (Witness Statement of Jamieson Antonio); Ex. 29 (YouTube Video 1) at 2:46–2:48.

190.    Furthermore, the railing that Oakley was holding on to was "bolted at the bottom," with fans immediately behind it. If Oakley had managed to pry that railing off its bolts, or if the situation escalated such that spectating fans pushed the railing off its bolts, there could have been a "catastrophic collapse of the railing." Ex. 2 (Antonio Dep.) at 273:4–274:7.

191.    Officer Maher was eventually able to pry Oakley's right hand off the railing. Maher Decl. ¶ 18; Redmond Decl. ¶ 18; Ex. 29 (YouTube Video 1) at 2:53–2:54.

192.    Meanwhile, MSG security officer Jamieson Antonio (who was standing on the other side of Oakley and attempting to remove Oakley's left hand from the railing) aggravated a finger injury and cried out in pain when Oakley squeezed Antonio's hand beneath his on the railing. Ex. 2 (Antonio Dep.) at 270:6–14, 271:4–272:8; Redmond Decl. ¶ 18; Ex. 29 (YouTube Video 1) at 2:43–2:45; Ex. 35 (New York Times Video) at 2:24–2:27.

193.    Antonio was finally able to remove Oakley's left hand from the railing by applying a downward force to Oakley's left arm. Ex. 2 (Antonio Dep.) at 273:4–274:7; Ex. 29 (YouTube Video 1) at 2:49–2:51.

194.    In his previous declaration opposing summary judgment, Oakley did not discuss the conduct of MSG security during this portion of the incident other than to say that a security officer "removed my left hand from the railing[.]" ECF 114 ¶ 25.

195.    Oakley's SAC does not contain any allegations about the conduct of MSG security during the portion of the incident when Oakley was holding onto the railing.

196.    Once Oakley had been separated from the railing, MSG security, Officer Maher, and a second NYPD officer continued to escort him through the Zamboni Gate tunnel to MSG's

back-of-house area. Redmond Decl. ¶ 19; Maher Decl. ¶ 18; Ex. 29 (YouTube Video 1) at 2:58–3:02.

197.    In the Zamboni Gate tunnel, Oakley smashed Antonio's hand against a piece of sharp metal attached to the tunnel, cutting Antonio's right wrist (for which Antonio later received medical treatment). Ex. 2 (Antonio Dep.) at 385:6–12; Ex. 39 (Antonio Injury Report) at MSG_OAKLEY_0000355; Ex. 12 (Witness Statement of Jamieson Antonio).

## XXI.    Oakley is Escorted by the NYPD to a Nearby Police Station, Where He is Charged with Multiple Crimes.

198.    Once in MSG's back-of-house area, Officer Maher handcuffed both of Oakley's hands behind his back. Maher Decl. ¶ 18; Redmond Decl. ¶ 19; Ex. 40 (Back of House Security Camera) at 0:20–0:26.

199.    Oakley was escorted down a ramp to a holding area, where MSG security and NYPD officers waited with him until an NYPD van arrived to take Oakley to the local police precinct. Redmond Decl. ¶ 19; Maher Decl. ¶ 19; Ex. 41 (Top of Ramp Security Camera) at 3:50–4:10; Ex. 42 (Ramp Security Camera) at 0:10–0:50; Ex. 43 (Bottom of Ramp Security Camera) at 0:20–15:30.

200.    At around 8:45pm EST, Oakley was loaded onto the NYPD van and driven off of MSG property. Ex. 25 (Investigation Timeline); Maher Decl. ¶ 19; Redmond Decl. ¶ 19; Ex. 43 (Bottom of Ramp Security Camera) at 17:00–18:43.

201.    Oakley was taken to the NYPD Midtown South Precinct, where he was charged with multiple crimes for his conduct at the Arena that evening. Maher Decl. ¶ 19; Ex. 44 (Criminal Complaint).

202.    Oakley admits in his SAC that "Mr. Oakley was ultimately taken outside of the arena, arrested and charged with assault." SAC ¶ 55.

31

**XXII. <u>MSG Security Used Only the Minimum Amount of Force Necessary to Remove Oakley, Given His Violent and Combative Behavior.</u>**

203.    Officer Maher swore in his declaration that "based on [his] personal observations and professional experience," he believes that "the MSG security team acted with remarkable professionalism under all of the surrounding circumstances and used the minimum amount of force needed to remove Mr. Oakley after he refused to leave, became violent, and continued to resist leaving." Maher Decl. ¶ 21.

204.    Officer Maher further swore that from his "vantage point standing so close to Mr. Oakley, he was given multiple opportunities to leave and was treated respectfully, reasonably, and responsibly," to the point where Officer Maher and MSG security officers put themselves "at risk of injury." Maher Decl. ¶ 21.

205.    Redmond swore in his declaration that, based on his "substantial experience working with and managing private security related to NBA basketball games and otherwise," he believes that "the MSG security team handled the situation with Mr. Oakley in a completely professional and proper manner, and the force we used to remove Mr. Oakley was the minimum amount necessary given his violent and aggressive behavior as well as the threat that he posed to those around him." Redmond Decl. ¶ 22.

206.    Antonio, a former police officer himself, noted in his witness statement that Oakley is "a big strong guy," and yet MSG security "tried to put our hands on him without hurting him." Ex. 12 (Witness Statement of Jamieson Antonio).

207.    MSG retained Timothy Gallagher, a former Special Agent in Charge of the Federal Bureau of Investigation ("FBI") Newark Division with over thirty years of experience conducting criminal and civil use of force investigations, as an expert witness to review the record of Oakley's ejection. Ex. 45 (Gallagher Report) at 2.

208.    Gallagher concluded upon a review of the record that "[t]he use of force employed by MSG security staff during the ejection of Charles Oakley on February 8, 2017 was at all times objectively reasonable, not excessive, and well within, and indeed below, the levels of force set forth in the FLETC [Federal Law Enforcement Training Center] Use of Force Model," which is the model used to train federal law enforcement officers (as well as local law enforcement officers and private security guards) to distinguish levels of force. Ex. 45 (Gallagher Report) at 8–10, 19–21.

**XXIII. Oakley's Counsel Drafted a False Declaration to Survive MSG's Initial Motion for Summary Judgement, then Substantively Rewrote Key Aspects of Oakley's Autobiography to Comport with the False Narrative.**

209.    On February 19, 2021, Oakley's counsel filed a declaration, signed by Oakley himself, in opposition to MSG's first motion for summary judgment. MSG was not provided with this declaration prior to it being filed on the docket in this case. ECF 114.

210.    The February 19, 2021 declaration was drafted for Oakley by his counsel. Ex. 10 (Oakley Dep.) at 367:24–368:2.

211.    In this declaration, Oakley's counsel wrote "I did not lunge at the security guards" and "I was not attempting to make contact with any of Defendants' security personnel nor was I gesturing in their direction." ECF 114 ¶¶ 10–11.

212.    In this declaration, Oakley's counsel wrote "I felt a security guard push me from behind, which caused me to fall and feel pain," and "I did not trip and fall on my own." ECF 114 ¶¶ 13–14.

213.    On June 21, 2021, Oakley's counsel Doug Wigdor personally re-wrote sections of the pre-publication manuscript of Oakley's autobiography, *The Last Enforcer*. Ex. 46 (Wigdor Email).

214.    Wigdor only re-wrote the section of *The Last Enforcer* addressing Oakley's ejection

from Madison Square Garden on February 8, 2017. Ex. 46 (Wigdor Email) at PL00002581–82.

215.    A chart reflecting Wigdor's re-write of sentences in this section is below:

| Previous Language | Wigdor Re-Written Language |
|---|---|
| I was asked to leave the building. I asked why, and they said, []you have to leave because someone ordered you to leave. | I was told that I had to leave the building. I asked why, and they said, You have to leave because Dolan ordered you to leave. |
| They said they were carrying out an order. | They said they were carrying out Dolan's order. |
| I didn't like that Dolan's guys were touching me. I never should have touched them, but there were so many guys in front of me and on both sides. | Security started grabbing at me and it made me uncomfortable. I didn't know what was going to happen. I am not a violent person, but there were so many guys in front of me and on both sides and I needed to defend myself so something really bad didn't happen to me. |
| I slipped and ended up on my back. | I was eventually pushed down by Dolan's guys and ended up on my back. |

PL00002581–82.

216.    Wigdor attached these revisions to an email to Oakley's manager, Alex Koblenz, in

which Wigdor claimed that he "spoke with Charles who is copied in this email and the changes

accurately reflect what happened on the night in question.  I did not review the entire manuscript

– only the sections that apply to our case." Ex. 46 (Wigdor Email) at PL00002350.

217.    Isola testified that he only reviewed the "final manuscript" of *The Last Enforcer*—

which he defined as the final draft of the book before copyediting and legal review— "before there

were those changes that were made that added in the language 'I'm not a violent person'" and the

other revisions made by Wigdor on June 21, 2021. Ex. 22 (Isola Dep.) at 161:21–162:13, 184:5–

17, 223:8–224:2.

XXIV. **Oakley Has Produced No Evidence of Any Damages Stemming from the February 8, 2017 Incident.**

218.    Oakley has "produced no documentation in this Action of any physical injury resulting from what occurred at the Garden on February 8, 2017." Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 32.

219.    Oakley has "produced no documentation in this Action of any emotional distress resulting from what occurred at the Garden on February 8, 2017." Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 36.

220.    Oakley is "not pursuing damages for reputational injury in this Action." Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 39.

221.    Oakley is "not pursuing damages for any financial loss in this Action." Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 41.

222.    Oakley is "not pursuing damages for any lost business opportunity in this Action." Ex. 9 (Oakley Response to MSG RFAs) at RFA No. 43.

223.    In this case, Oakley is seeking only "garden-variety emotional distress damages and punitive damages" and "intends to rely on his testimony" alone to support these damages. Ex. 48 (Oakley Response to MSG Contention Interrogatories) at Interrogatory No. 18; ECF 242.

224.    Oakley's SAC does not allege that Oakley suffered any emotional distress as a result of the alleged assault and battery but rather focuses on Oakley's reaction to post-incident statements that are irrelevant to Oakley's claims. SAC ¶¶ 86–94 ("The Effect of Defendants' Statements on Mr. Oakley").

225.    Oakley's sole testimony regarding emotional distress relating to this incident was to state that he went to see his wife's therapist (alongside his wife) because "my wife, she is going through stuff, and then this happened," and that he "felt like something when that happened, the

stress and the aftereffect." Oakley's wife's therapist did not prescribe Oakley with any medication. Ex. 10 (Oakley Dep.) at 77:3–81:23.

226.    Oakley's SAC does not allege that Oakley sustained any physical injuries whatsoever from the entire event.

227.    When asked at his deposition if the security officers touching him at the beginning of the encounter hurt him, Oakley did not state that he was hurt, but only that he was "touched" and "threatened." Ex. 10 (Oakley Dep.) at 393:12–20, 395:6–17, 396:21–24.

228.    When asked at his deposition if anything happened during his encounter with MSG security where he was physically injured, Oakley responded "It don't matter." Ex. 10 (Oakley Dep.) at 397:23–398:3.

229.    Oakley confirmed at his deposition that he did not see a doctor or receive any medical treatment during the five days after the incident when he was still in New York, aside from using a heat pack on his back. Ex. 10 (Oakley Dep.) at 399:25–400:6, 401:11–14, 466:9–24.

230.    Oakley testified that the only medical treatment he ever received following the incident was a "heat pack" he got from a physical therapist, who he saw for "two or three days" after returning home to Atlanta following the incident. Oakley testified that he received this treatment for free. Ex. 10 (Oakley Dep.) at 398:24–401:14.


Dated: May 30, 2025                              Respectfully submitted,
      New York, New York

                                                 */s/ Damien Marshall*
                                                 Damien Marshall
                                                 Jessica Benvenisty
                                                 John Goodwin
                                                 Lauren Myers
                                                 KING & SPALDING LLP
                                                 1185 Avenue of the Americas,
                                                 34th Floor

New York, NY 10036
Tel. (212) 556-2100
Fax (212) 556-2222
DMarshall@kslaw.com
JBenvenisty@kslaw.com
JGoodwin@kslaw.com
LMyers@kslaw.com

*/s/ Randy M. Mastro*
Randy M. Mastro, Esq.
21 East 83rd Street
New York, N. Y. 10028
rndmastro@gmail.com
(212) 671-0029

*Counsel for Defendants*