# **EXHIBIT 38**

**THE MADISON SQUARE GARDEN COMPANY**

**Distribution:**
1. Sign original and promptly and email to EmployeeInjury@msg.com
2. Forward original to Department Head for review and signature
3. Forward signed copy from Department Head to Safety Department

## Employee Accident Report

*All incidents must be reported within 24 hours by immediate supervisor*

### PART 1 – GENERAL INFORMATION

| | | |
|---|---|---|
| NAME OF INJURED: JAYSON K JACKNOW | DEPARTMENT: EVENT OPERATIONS | DATE AND TIME INCIDENT OCCURRED: 8-15 2-8-17 ☐AM ☒PM |
| HOME ADDRESS (INCLUDE ZIP CODE): 553122 | | DAY OF WEEK INCIDENT OCCURRED: 2-8-17 |
| SPECIFIC EQUIPMENT INVOLVED: | OCCUPATION: Supervisor Event Staff | DATE AND TIME FIRST REPORTED TO COMPANY: 10:50 ☐AM ☒PM |
| LOCATION OF INCIDENT: 7/8 | | |

**LOCATION OF INCIDENT:**
☒ MSG   ☐ 2 PENN   ☐ RADIO CITY   ☐ BEACON   ☐ TRAINING CTR   ☐ CHICAGO   ☐ FORUM

**SPECIFIC LOCATION ON PREMISES:**
☒ ARENA   ☐ B.O.H.   ☐ CATERING   ☐ CONCESSION   ☐ CONCOURSE
☐ DRESSING RM   ☐ EXPO   ☐ KITCHEN   ☐ LOBBY   ☐ MARSHALLING
☐ RAMP/DOCK   ☐ REHEARSAL   ☐ STAGE   ☐ THEATER
☐ OTHER LOCATION:

| | |
|---|---|
| TELEPHONE: ( ) | ADDRESS WHERE INCIDENT OCCURRED, IF NOT ON PREMISES: |
| EMPLOYEE ID NUMBER: 553122 | |
| DATE OF BIRTH: | JOB OR ACTIVITY AT TIME OF INCIDENT: |
| AGE: | |
| GENDER: ☐M ☐F | |
| DATE OF HIRE: | WAS EMPLOYEE TRANSPORTED BY AMBULANCE? ☐YES ☐NO |
| WEEKLY / HOURLY WAGE: | EMPLOYEE LOST ONE FULL DAY OR MORE ☐YES ☐NO |
| ☐ FULL-TIME  ☒ PART-TIME  ☐ PER DIEM | IF YES, DATE STOPPED WORK: |
| SHIFT START TIME: | EMPLOYEE RETURNED TO WORK ☐YES ☐NO |
| WAS EMPLOYEE TREATED? ☒YES ☐NO | IF YES, DATE OF RETURN: |

**IF YES, COMPLETE BELOW:**

| LEVEL OF CARE: | | | NAME OF MEDICAL PROVIDER (DOCTOR / HOSPITAL) |
|---|---|---|---|
| Self-administered | ☐YES | ☐NO | |
| 1st aid / Responder | ☐YES | ☐NO | |
| Occupational Therapy | ☐YES | ☐NO | MEDICAL FACILITY ADDRESS |
| Doctor / Physician | ☒YES | ☐NO | |
| Hospital (Scheduled) | ☐YES | ☐NO | |
| Hospital (Emergency / Urgent Care) | ☐YES | ☐NO | |
| None | ☐YES | ☐NO | PHONE ( ) |

| JOB CIRCUMSTANCES: | | | | |
|---|---|---|---|---|
| Doing Normal Job | ☐YES | ☐NO | ☐TBD | Identify all other current employers and venues where employee is working: |
| Performing in a Show | ☐YES | ☐NO | ☐TBD | Identify all previous employers / venues where employee worked in the last five years: |
| Incident Involving a Patron | ☐YES | ☐NO | ☐TBD | |
| Overtime | ☐YES | ☐NO | ☐TBD | |

Number of Injuries Employee has had (Last 24 Months): | List Relevant Training Received by employee (Last 12 months):

### PART 2 – DESCRIPTION OF INCIDENT (WHAT HAPPENED?)
*(If Motor Vehicle Related, Complete Motor Vehicle Accident Report Form)*

**DESCRIBE INCIDENT:**

Employee was injured during a altercation.

**WITNESS TO INCIDENT (Attach Statement If Possible)**

| Name | Department | Address | Phone / Extension | Date | Statement? |
|---|---|---|---|---|---|
| | | | ( ) | | ☐YES ☐NO |
| | | | ( ) | | ☐YES ☐NO |

### PART 3 – THE CAUSE OF THE INCIDENT

**A – DESCRIBE ANY UNSAFE ACTS:**

**B – DESCRIBE ANY CONDITIONS (E.G., EQUIPMENT, SUBSTANCE, ETC.) WHICH MAY HAVE CONTRIBUTED TO THE INCIDENT:**

Confidential — MSG_OAKLEY_0000348

Case 1:17-cv-06903-RJS   Document 400-38   Filed 05/30/25   Page 3 of 6



**THE MADISON SQUARE GARDEN COMPANY**

**Employee Accident Report**

Distribution:
1. Sign original and promptly and email to EmployeeInjury@msg.com
2. Forward original to Department Head for review and signature
3. Forward signed copy from Department Head to Safety Department

*All incidents must be reported within 24 hours by immediate supervisor*

## PART 4 – INCIDENT DETAILS (For Each Section, Mark the Boxes that Best Apply)

| BODY PART | SIDE OF BODY | CAUSE OF INJURY / ILLNESS |
|---|---|---|
| ☐ Abdomen Including Groin | ☒ Both | ☐ Abnormal Air Pressure |
| ☐ Ankle | ☐ Left | ☐ Absorption, Inhalation, Ingestion, NOC |
| ☒ Arm | ☐ Right | ☐ Animal or Insect |
| ☐ Artificial Appliance | ☐ N/A | ☐ Broken Glass |
| ☐ Brain | **INJURY / ILLNESS TYPE** | ☐ Caught In, Under or Between |
| ☐ Buttocks | ☐ Amputation | ☐ Chemicals or Radiation |
| ☐ Chest (Incl: Ribs, Sternum) | ☐ Burn | ☐ Collision |
| ☐ Disc (Neck) | ☒ Contusion | ☐ Contaminated Needle or Sharp Device |
| ☐ Ear(s) | ☐ Crushed | ☐ Continual Noise |
| ☐ Elbow | ☐ Cumulative Trauma | ☐ Dust, Fumes, Gases or Vapors |
| ☐ Eye(s) | ☒ Cut, Laceration | ☐ Electrical Current |
| ☐ Facial | ☐ Death | ☐ Explosion or Flare Back |
| ☐ Finger(s) | ☐ Dislocation | ☐ Electrical Current |
| ☐ Foot | ☐ Electric Shock | ☐ Falling or Flying Object |
| ☒ Hand | ☐ Foreign Body | ☐ Fire or Flame |
| ☐ Heart | ☐ Fracture | ☐ Foreign Matter (Body) in Eye(s) |
| ☐ Hip | ☐ Hearing Loss | ☐ Had Tool or Machine Use |
| ☐ Internal Organs | ☐ Infection | ☐ Hand Tool, Utensil, Not Powered |
| ☐ Knee | ☐ Inflammation, Swelling | ☐ Holding or Carrying |
| ☐ Lower Back Area | ☒ Pain, Soreness | ☐ Jumping |
| ☐ Lower Leg | ☐ Poisoning | ☐ Lifting |
| ☐ Lungs | ☐ Puncture | ☐ Machine or Machinery |
| ☐ Mouth | ☐ Respiratory Issue | ☐ Moving Parts of Machine |
| ☐ Multiple Head Injuries | ☐ Skin Irritation | ☐ Objects Being Lifted or handled |
| ☐ Multiple Lower Extremities | ☐ Strain / Sprain | ☐ Overexertion |
| ☐ Multiple Trunk | ☐ Tear | ☐ Person in Act of a Crime |
| ☐ Multiple Upper Extremities | ☐ Multiple Injuries | ☐ Powered Hand Tool |
| ☐ Nose | ☐ Unknown | ☐ Pushing or Pulling |
| ☐ Pelvis | ☐ Other: | ☐ Reaching |
| ☐ Shoulder(s) | | ☐ Repetitive Action |
| ☐ Soft Tissue | **BEHAVIORAL CONDITIONS** | ☐ Sanding, Scraping, Cleaning Operations |
| ☐ Teeth | ☐ Horseplay | ☐ Sharp Object |
| ☐ Thumb | ☐ Improper Apparel / Equipment | ☐ Temperature Extremes |
| ☐ Toe(s) | ☐ Improper PPR / Equipment Used | ☐ Tripped / Slipped Fall |
| ☐ Trachea | ☐ Not Properly Trained | ☐ Tripped / Slipped, Did Not Fall |
| ☐ Upper Arm | ☐ Failed to Follow Procedures | ☐ Twisting |
| ☐ Upper Back Area | ☐ Failed to Follow Safe Work Practice | ☐ Using Tool or Machine |
| ☐ Upper Leg | ☐ Failed to Identify Risk | ☐ Violence |
| ☐ Vertebrae | ☐ Multiple: | ☐ Welding Operations |
| ☐ Wrist | ☐ N/A | ☐ |
| ☐ Other: | ☐ Other: | ☐ Other: ALTERCATION |

## PART 5 – CORRECTIVE ACTION TAKEN
*(This section to be completed by employee's Supervisor or Department Head, as applicable)*

DESCRIBE CORRECTIVE ACTION:

INDICATE BY WHOM:

| Immediate Supervisor | | | | | |
|---|---|---|---|---|---|
| | Name *Mike [illegible]* | Signature | Title *Supervisor* | Phone / Extension ( ) | Date *2-8-17* |
| Department Head | | | | | |
| | Name | Signature | Title | Phone / Extension ( ) | Date |

Version 10/23/15    Page 2 of 3    Employee-Accident-Report-1

Confidential    MSG_OAKLEY_0000349



# MADISON SQUARE GARDEN
### THE WORLD'S MOST FAMOUS ARENA
## INCIDENT REPORT

| GUEST'S NAME / EMPLOYEE'S NAME: JAYSON JACKNOW | EVENT: KNICKS - CLIPPERS |
|---|---|
| HOME ADDRESS (INCLUDE ZIP CODE): Employee # 533122 | DATE AND TIME OF INCIDENT: 2-8-17  8:15 PM |
| TELEPHONE AREA CODE ( ) | SEASON SUBSCRIBER? ☐Y ☐N ☐UNKNOWN | DATE AND TIME REPORTED: |
| DATE OF BIRTH: 10-24-67 | AGE: 49 | SEX: ☒M ☐F | TICKET LOCATION: SEC ___ ROW ___ SEAT ___ | VENUE: ☐ARENA ☐THEATER ☐EXPO ☐OTHER: |

### SUPERVISOR INVESTIGATION - LOCATIONS & CONDITIONS

LOCATION OF INCIDENT: ☐CHASE SQUARE ☐BOX OFFICE LOBBY ☐ELEVATOR ☐ESCALATOR ☐STAIRWELL ☐DELTA CLUB ☐SUITES ☐MAD CLUB ☐BOH ☐BRIDGE ☒ARENA BOWL ☐CONCOURSE ☐INNER THEATER ☐THEATER LOBBY ☐TERRACE ☐CLUB B&G ☐1879 ☐OTHER

Employee was struck by a Guest - Charles Oakley in Section 7 during a altercation with other guests the employee was injured during the altercation recieving a cut on his left hand and a bruised right forearm. Employee was taken to 5th floor medical office where EMTS checked the employee for his injuries.

| DISPOSITION OF INCIDENT: | ☐ GUEST TAKEN TO HOSPITAL | ☐ REMAINED AT FACILITY | ☐ LEFT VOLUNTARILY | ☐ EJECTED | ☐ ARRESTED |
|---|---|---|---|---|---|

WITNESS TO INCIDENT: Jamieson Antonio / Thomas Redmond
☐ GUEST ☒ EMPLOYEE    NAME    DEPARTMENT (IF APPLICABLE)    ADDRESS    PHONE

WITNESS TO INCIDENT: _____
☐ GUEST ☐ EMPLOYEE    NAME    DEPARTMENT (IF APPLICABLE)    ADDRESS    PHONE

CROSS REFERENCE WITH:

EMPLOYEE COMPLETING INVESTIGATION & TAKING REPORT: (PRINT)
Mike Morgan

EMPLOYEE'S SIGNATURE
[signature]

**GUEST / EMPLOYEE STATEMENT - HOW INCIDENT / ACCIDENT OCCURRED:**

NAME OF EMPLOYEE TAKING STATEMENT: (PRINT)
Mike Morgan

GUEST'S SIGNATURE / EMPLOYEE'S SIGNATURE
[signature]

**DESCRIPTION OF INJURY (TO BE COMPLETED BY MEDICAL OFFICE)**

M security employee was struck by a guest twice, injuries to Ⓡ forearm & Ⓛ hand.
Exam: A/O, ambulatory, well appearing.
⊕ erythema to Ⓡ forearm, no sig tenderness.
⊕ excoriation & abrasion to dorsal Ⓛ hand just proximal to first digit. Pt has FROM of all extremities.
T/P: motrin, bacitracin, bandaid.

CAME TO TREATMENT AREA: ☒ ON OWN ☐ WHEELCHAIR ☐ STRETCHER ☐ ESCORTED BY: _____

MEDICAL REPORT COMPLETED BY: ☐ EMT ☒ DOCTOR

DOCTOR / EMT'S SIGNATURE
[signature] MD

DOCTOR / EMT'S NAME (PRINT)
Rachel Felber MD

**ATTACH ADDITIONAL PAGES OR EVIDENCE TO THIS REPORT IF NECESSARY**

Confidential

MSG_OAKLEY_0000352