IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>MSG NETWORKS, INC., MADISON SQUARE GARDEN SPORTS CORP., and SPHERE ENTERTAINMENT GROUP, LLC,<br><br>  Defendants. | Case No. 17-cv-6903 (RJS) |

## DECLARATION OF TODD JACKSON

I, Todd Jackon, hereby declare as follows:

  1.  I am a former employee of MSG Entertainment LLC (n/k/a Sphere Entertainment Group, LLC) ("MSG"). In February 2017, I worked for an independent contractor that provided team security for the New York Knicks. I became a full-time employee of MSG in June 2017. I left MSG in December 2023.

  2.  I was working the evening of February 8, 2017 at a New York Knicks game. As a security officer, my role that evening was to make sure that the Knicks players and staff were safe from any and all threats.

  3.  During the first quarter of that night's game, I observed former Knicks player Charles Oakley take a seat in Section 7, which was directly visible from my station near the Knicks' bench. I was familiar with Mr. Oakley due to my role with the Knicks organization, and I had met him on several previous occasions, including at his car wash in Yonkers and at NBA events such as "All-Star" weekend and "Summer League" games. While I don't believe Mr. Oakley was likely

to have remembered my name that evening, I believe he knew me or would have recognized me as an individual associated with the Knicks organization based on these prior meetings.

4. Shortly after Mr. Oakley took his seat, I heard him begin to shout obscenities at James Dolan and MSG security officers, including MSG's then-Director of Executive Protection, Kori Keaton. I recall that Mr. Oakley was calling Mr. Dolan and Mr. Keaton "p*ssies," "f*ggots," and "f*cking rats," among other things.

5. Based on my experience providing security in sports arena settings, Mr. Oakley's language and tone of voice were far more obscene than that of a passionate fan.

6. I believe that Mr. Oakley was inebriated during the game. I came to this conclusion based on my initial observations of him shouting obscenities in a manner unlike a typical fan watching a live basketball game, as described above, and his increasingly belligerent behavior after that, as described below.

7. I saw Mr. Keaton walk over to speak with Mr. Oakley at one point early in the first quarter. Mr. Oakley continued to shout and curse even after his conversation with Mr. Keaton—in fact, he began to curse more loudly and aggressively, directing his attention and words specifically at Mr. Keaton. I specifically remember hearing Mr. Oakley say to Mr. Keaton words to the effect of: "You're a f*ggot p*ssy rat, are you going to do something?"

8. Mr. Keaton then walked toward Mr. Oakley again to have another conversation and I, as well as other security officers in my vicinity (including a uniformed NYPD Police Officer) accompanied him. I followed directly behind Mr. Keaton and was the second security officer to arrive at Mr. Oakley's seat.

9. Mr. Keaton told Mr. Oakley words to the effect of: "This is over. You need to come with us to the back and talk." Mr. Keaton's tone was direct and calm, not antagonistic. Mr. Oakley responded in an antagonistic tone with words to the effect of: "I'm not f*cking going anywhere."

10. Mr. Keaton then asked for the NYPD Police Officer, who was positioned directly behind me, to step forward and talk to Mr. Oakley.

11. Suddenly, in response to Mr. Keaton's repeated requests to come to the back and talk, Mr. Oakley stood up and aggressively extended his arm and hand toward Mr. Keaton's face. I recall that Mr. Keaton stepped backwards with his hands up in a defensive posture to avoid Mr. Oakley's outstretched arm, almost losing his footing on the Arena risers, and then stepped forward with one arm out to regain his balance.

12. I was positioned directly in between Mr. Oakley and Mr. Keaton for this entire interaction, and I had a very close view point of Mr. Oakley, likely one of the closest in the entire Arena. I did not see Mr. Keaton touch Mr. Oakley at any point during this interaction, with his hand, arm, or otherwise. In fact, I did not observe Mr. Keaton make physical contact with Mr. Oakley at any point during the entire evening.

13. As noted above, though, I did observe Mr. Oakley attempt to make physical contact with Mr. Keaton when he thrust his arm forward toward Mr. Keaton. (A minute or so later, as discussed below, Mr. Oakley appeared to do something similar to then-Director of Arena Operations Thomas Redmond—although there, he actually made contact—by thrusting his fingers in Mr. Redmond's face and shoving Mr. Redmond's head backwards.) Fortunately, I and the NYPD Police Officer present were able to position ourselves in front of and near Mr. Oakley in an attempt to defuse the situation.

3

14. I thought that my presence would help de-escalate the situation because Mr. Oakley might recognize me from our previous meetings. I kept saying to him: "Come on, Oak. Come on," in an attempt to get him to calm down and comply with security directives.

15. Oakley did not calm down, however, stating words to the effect of: "I'm not f*cking leaving," "f*ck you," and "I'm staying right here," as he attempted to go back to his seat.

16. At this point, members of the MSG security team had their open palms on Mr. Oakley's back and arm, trying to gently guide him toward the exit of the Arena Bowl. Mr. Oakley raised his hands into the air in what I viewed to be an attempt to say: "Don't touch me." I did not view Mr. Oakley's gesture—his hands in the air—as a willingness to cooperate in any manner, especially because he was continuing to curse and attempting to return to his seat.

17. While Mr. Oakley was walking back towards his seat, I saw him fall to the ground directly in front of me. Again, I had a very close view point of Mr. Oakley's fall, likely one of the closest in the entire Arena. Mr. Oakley was not pushed. It appeared to me that Mr. Oakley missed a step on the Arena risers and fell to the ground. Given Mr. Oakley's combative nature both before and after the fall, and his extensive use of profanity throughout my observations of him, I believed Mr. Oakley's fall was likely due to drunkenness.

18. When Mr. Oakley rose from his fall, he was even more angry than he had been before. His tone became extraordinarily irate, and he began to repeatedly say "F*ck you!" and "Don't f*cking touch me!" to the MSG security officers present.

19. It was at this time that I observed Mr. Oakley assault Mr. Redmond by shoving a finger into Mr. Redmond's face and pushing Mr. Redmond's head backwards. Mr. Oakley then brought his hands down in a chopping motion on the arms of then-Security Supervisor Jayson Jacknow, and aggressively shoved Mr. Jacknow in the chest twice.

4

20. Following Mr. Oakley's violent assault against multiple members of MSG security, I and others (including the NYPD Police Officer) took hold of Mr. Oakley's arms to escort him toward the exit, as he presented a threat to the safety of those around him.

21. In addition, at this point, the basketball game had completely stopped due to the commotion involving Mr. Oakley, as Mr. Oakley was sitting close to the court and the players stopped playing to watch what was going on. We wanted to get Mr. Oakley out of the Arena, to the back of house, so the game could safely resume.

22. Despite our efforts, Mr. Oakley continued to resist any attempt to escort him out of the Arena, refusing to move his feet and allowing his body weight to carry himself and several security officers to the floor near the entrance of the "Zamboni Gate," which was the closest Arena exit to where Mr. Oakley had been seated.

23. Neither I nor any other member of the security team pushed Mr. Oakley to the ground near the Zamboni Gate, or at any other point during the incident. And it would make no sense to put Mr. Oakley on the ground when our goal was to get Mr. Oakley out of the Arena, defuse the situation, and allow the game to resume.

24. While Mr. Oakley was on the ground near the Zamboni gate, I observed multiple members of MSG security and the NYPD ask Mr. Oakley to get up, but Mr. Oakley made no efforts to get up and actively resisted our attempts, and the NYPD's attempts, to help him up.

25. While Mr. Oakley was still on the ground by the Zamboni Gate, I saw that an NYPD Police Officer was in the process of handcuffing him, and so I returned to my post by the Knicks bench. I later came to understand that Mr. Oakley continued to resist his ejection from the Arena by grabbing onto a railing and injuring another MSG security guard, but he was eventually taken

to the back-of-house area, loaded onto a police van, and taken to the local NYPD precinct, where he was charged with multiple crimes for his conduct that evening.

    I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May, 2025.

                                                                _____
                                                                 todd jackson (May 22, 2025 02:56 EDT)

                                                                             Todd Jackson