**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES OAKLEY,<br><br>                    Plaintiff,<br><br>v.<br><br>MSG NETWORKS, INC., *et al.*,<br><br>                    Defendants. | Case No. 17-cv-6903 (RJS) |

**DEFENDANTS' NOTICE OF MOTION FOR RULE 11 SANCTIONS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 30, 2025, and all prior pleadings and proceedings had herein, Defendants MSG Networks Inc., Madison Square Garden Sports Corp. (f/k/a The Madison Square Garden Company), and Sphere Entertainment Group, LLC (f/k/a MSG Sports & Entertainment, LLC) (collectively, "Defendants" or "MSG") through their undersigned attorneys, will move this Court, before the Honorable Richard J. Sullivan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Rule 11 of the Federal Rules of Civil Procedure granting sanctions against Plaintiff Charles Oakley's counsel at Wigdor LLP and Petrillo Klein & Boxer LLP, and granting such other and further relief as the Court deems appropriate.

Dated: May 30, 2025
    New York, New York

Respectfully submitted,

*/s/ Damien Marshall*
Damien Marshall
Jessica Benvenisty
John Goodwin
Lauren Myers
KING & SPALDING LLP
1185 Avenue of the Americas,
34th Floor
New York, NY 10036
Tel. (212) 556-2100
Fax (212) 556-2222
DMarshall@kslaw.com
JBenvenisty@kslaw.com
JGoodwin@kslaw.com
LMyers@kslaw.com


*/s/ Randy M. Mastro*
Randy M. Mastro, Esq.
21 East 83rd Street
New York, N. Y. 10028
rndmastro@gmail.com
(212) 671-0029


*Counsel for Defendants*