UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                          Plaintiff,

    -v-                                                    No. 17-cv-6903 (RJS)
                                                           ORDER
MSG NETWORKS, INC., *et al.*,

                          Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

        The Court is in receipt of (1) a letter from Plaintiff requesting a pre-motion conference regarding his contemplated motion for sanctions under Federal Rule of Civil Procedure 11 against Defendants (*see* Doc. No. 414), and (2) a response letter from Defendants arguing that such a motion would be meritless (*see* Doc. No. 416).  To promote the speedy and efficient resolution of this litigation, the Court will forego a pre-motion conference and proceed directly to briefing on Plaintiff's Rule 11 motion.  Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall submit his motion for Rule 11 sanctions and any associated briefing by July 8, 2025; Defendants shall submit their response by July 22, 2025; and Plaintiff shall submit his reply, if any, by July 29, 2025.  The Clerk of Court is respectfully directed to terminate the request pending at Doc. No. 414.

SO ORDERED.

Dated:        June 12, 2025
              New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation