IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MSG NETWORKS, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 17-cv-6903 (RJS) |

**DEFENDANTS' NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 30, 2025, the accompanying declaration of Damien Marshall, dated July 30, 2025, together with the exhibits attached thereto, and all prior pleadings and proceedings had herein, Defendants MSG Networks Inc., Madison Square Garden Sports Corp. (f/k/a The Madison Square Garden Company), and Sphere Entertainment Group, LLC (f/k/a MSG Sports & Entertainment, LLC) (collectively, "MSG") through its undersigned attorneys, will move this Court, before the Honorable Richard J. Sullivan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Court's Opinion and Order dated July 23, 2025, *see* ECF 439, granting MSG its attorneys' fees and costs in connection with pursuing its spoliation motion and such other and further relief as the Court deems appropriate.

|  |  |
|---|---|
| Dated: July 30, 2025<br>      New York, New York | Respectfully submitted,<br><br>*/s/ Damien Marshall*<br>Damien Marshall<br>Jessica Benvenisty<br>John Goodwin<br>Lauren Myers<br>KING & SPALDING LLP<br>1185 Avenue of the Americas,<br>34th Floor<br>New York, NY 10036<br>Tel. (212) 556-2100<br>Fax (212) 556-2222<br>DMarshall@kslaw.com<br>JBenvenisty@kslaw.com<br>JGoodwin@kslaw.com<br>LMyers@kslaw.com |