UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                      Plaintiff,

   -v-

MSG NETWORKS, INC., *et al.*,

                      Defendants.

No. 17-cv-6903 (RJS)
AMENDED ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The above-entitled action is referred to Magistrate Judge Tarnofsky for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Disputes

    Purpose: Motion for attorneys' fees and costs in connection with Defendants' motion for spoliation sanctions (*see* Doc. Nos. 444, 445)

**X** Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motions (i.e., motion requiring Report and Recommendation)

SO ORDERED.

Dated:     August 7, 2025
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation