UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>    Plaintiff,<br><br> -against-<br>MSG NETWORKS INC., et al.,<br><br>    Defendants. | 17-CV-06903 (RJS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference is scheduled for **Thursday, September 4, 2025 at 10:00 a.m.** in Courtroom 9A at 500 Pearl Street, New York, NY.

  The parties are instructed to submit updated Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **August 28, 2025**, **at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  August 20, 2025             SO ORDERED.
      New York, NY

                           **ROBYN F. TARNOFSKY**
                           United States Magistrate Judge