IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MSG NETWORKS, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 17-cv-6903 (RJS) |

### DECLARATION OF DAMIEN MARSHALL

　　　　I, DAMIEN MARSHALL, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

　　　　1.　　I am a member of the bar of this Court and a partner at the law firm of King & Spalding LLP, counsel for MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC ("MSG") in this action.

　　　　2.　　I submit this declaration in further support of MSG's Motion for Attorneys' Fees and Costs (ECF 445) and in response to the Court's order (ECF 453) directing MSG to submit the "biographical information and evidence of qualifications for each of the timekeepers for whom it seeks fees." ECF 453 at 2.

　　　　3.　　Attached hereto as **Exhibit 4** is a true and correct copy of the biographical information and evidence of qualifications for each of the timekeepers for whom MSG is seeking fees.

　　　　4.　　All the timekeepers in **Exhibit 4** are current employees of King & Spalding except for Randy Mastro (former Partner) and Maria Henain (former Associate). As of April 1, 2025, Mastro serves as First Deputy Mayor of New York City. Although the New York City Conflicts

of Interest Board determined that "Mastro may continue to represent MSG" on this case, the Motion does not seek fees for any work performed by Mastro after March 31, 2025.  *See* ECF 360.

Dated: October 17, 2025

*/s/ Damien Marshall*
Damien Marshall
