# EXHIBIT 4

# Randy M. Mastro

Partner (Former)
Biography as of March 2025

*Trial and Global Disputes / International Arbitration and Litigation*



Randy M. Mastro is a preeminent trial lawyer who represents a wide array of high-profile clients in complex civil cases, securities litigation and white collar matters. He has tried dozens of cases in private practice and as a federal prosecutor, and he has argued more than 100 federal and state court appeals throughout the country.

Randy routinely ranks among the nation's leading litigators and trial lawyers in peer-review publications, including *Chambers, The Legal 500, Benchmark*, *Lawdragon* and *The National Law Journal*, among others. He was named "Trial Lawyer of the Year" by both *Chambers USA* and *Benchmark*, a "Litigation Trailblazer" by *The National Law Journal*, and a "Trial Lawyer MVP" by *Law360*. *The National Law Journal* named him among the "100 Most Influential Lawyers in America," recognizing him as one of the "100 lawyers in the United States who have shaped the legal world through their work," and noting that "his ease in the courtroom, delivery of arguments and command of the law have made Randy one of the most in-demand attorneys in the country by big-name clients." *The American Lawyer* has named him "Litigator of the Week" six times and described him as among "the best known, most-respected litigators in the country." *City & State* has repeatedly honored him as among the "most influential" and "powerful leaders in New York's legal community." In *Chambers USA*, he is ranked among the nation's top trial lawyers, described as "a world-renowned litigator," and praised for his "exceptional public reputation," who "just owns the courtroom," is "in a class by himself," "masters the facts of a case quicker than anyone," "shows grace and style under pressure," "can take on anyone," and is "so persuasive," "smart," "a force of nature," "really fearsome advocate," and "tremendous gentleman." In *The Legal 500*, he has been named to the "Hall of Fame" and featured among the country's "Leading Trial Lawyers," with corporate counsel saying he is "immensely impressive," "simply excellent," "flawless," "captivating," and "deserves an Academy Award" for "bringing a sense of drama and theater to his courtroom appearances." *Benchmark* ranks him a "Litigation Star" among the "Top 100 Trial Lawyers in America," describing him as a "brilliant and effective litigator" who is "perennially revered," with peers noting, "You do not want to meet Randy down a dark alley, but you REALLY don't want to meet him in a lighted courtroom," and "going against him" is "like wrestling an alligator." *Lawdragon* also just named him to its "Hall of Fame." *The New York Times* has called him "the go-to lawyer for companies" suing the government, a "household name," and a "fierce and combative litigator;" and *The New Yorker* has described him as a "merciless litigator" who "is transfixing" in "the courtroom."

Among many high-profile matters, Randy won a two-month RICO trial barring the enforcement of a $9 billion fraudulent Ecuadorian judgment against Chevron that *The American Lawyer* called "The Case of the Century" and *The Wall Street Journal* labeled "The Legal Fraud of the Century." Moreover, he won a month-long trial against the SEC, obtaining the dismissal of all charges against high-profile entrepreneur Lynn Tilton, and thereby defeating the largest individual enforcement action the SEC ever brought before its in-house tribunal, where the SEC typically wins 90 percent of the time. Randy also led the successful effort to defeat New York City's controversial West Side Stadium project, and he represented the New Jersey Governor's Office in the high-profile "Bridgegate" investigation. And he won breakthrough Supreme Court victories during COVID, including overturning New York's fixed-capacity restrictions on "houses of worship."

Randy has represented such diverse clients as AIG, Chevron, Madison Square Garden, Dow Jones, Verizon, Dart, DraftKings, Home Depot, Daimler, JPMorgan, GE Capital, Marsh McLennan, Vale, Estee Lauder, Medallion Financial, Office of New Jersey Governor in both the Christie and Murphy administrations, Fareva, Unilever, Quest Diagnostics, IAC, Bear Stearns, Bank of New York Mellon, Lynn Tilton, Peter Kalikow, Related, Vornado, The LeFrak Organization, The Durst Organization, Saks, UBS Financial Services, Octagon, Martina Hingis, Anna Kournikova, and Steffi Graf.

Randy has also litigated many high-profile public issues on a *pro bono* basis, including representing peaceful racial justice demonstrators assaulted by federal authorities to clear Lafayette Park so President Trump could do a photo-op in mid-2020; winning federal constitutional litigation striking a State law proposed by Governor Cuomo imposing onerous donor disclosure requirements on New York's "good government" groups; challenging term limits extension legislation and campaign finance law violations on behalf of diverse political coalitions; defending a Long Island public school teacher fired from her job for giving her middle school class an assignment on racism and winning her reinstatement; and successfully advocating for the families of fallen 9/11 firefighter heroes entitled to millions in donations raised by the NYC UFA widows and orphans fund.

Before returning to private practice, Randy served as the Mayor's Chief of Staff and then as New York City's Deputy Mayor for Operations from 1994 to 1998. In that capacity, he was responsible for overseeing the City's operating agencies and budget, served as the Giuliani administration's chief liaison with elected officials, and was the Acting Mayor in the Mayor's absence. Randy spearheaded the City's crackdown on organized crime, for which he received La Cosa Nostra death threats, and shepherded through sweeping domestic partnership protections that *The New York Times* called "historic." His departure from City Hall prompted accolades from the press. The *New York Post* lauded Randy's "tireless and dynamic" service, "energy and enthusiasm," and "general good sense." The *Daily News* praised him for doing "the seemingly impossible," noting "his contributions to the city he served so well will last a lifetime." And *The New York Times* quoted a colleague describing him as "the administration's conscience." For two consecutive years, NY1-TV named Randy one of City government's "Winners of the Year," and *Manhattan File* featured him among the "45 Most Powerful New Yorkers 45 and Under." Moreover, after leaving City Hall, he chaired two Charter Revision Commissions.

From 1985 to 1989, Randy served as Assistant United States Attorney and Deputy Chief of the Civil Division in the U.S. Attorney's Office for the Southern District of New York, where he specialized in organized crime cases and led the federal government's landmark racketeering suit against the International Brotherhood of Teamsters. During his tenure, Randy received the Attorney General's Distinguished Service Award, the John Marshall Award for Outstanding Legal Achievement, and the Director's Award for Superior Performance.

Since then, Randy has been honored many times, receiving, for example, the Simon Rifkind Award from the Jewish Theological Seminary; the Lumbard Bowl, awarded annually by the U.S. Attorney for the Southern District of New York (in consultation with predecessor U.S. Attorneys) to distinguished alumni of that office; and most recently, the University of Pennsylvania Carey Law School's Alumni Award of Merit. For the past eight years, he has chaired Citizens Union, New York City's revered "good government" group, steering it

through staff crises and COVID, advocating for electoral reforms, and leading the organization in 2020 to endorse a Presidential candidate for the first time in its 125-year history.

Prior to joining King & Spalding in 2022, Randy was a partner at Gibson, Dunn & Crutcher for three decades, interrupted only by his service in City government. At Gibson Dunn, he co-chaired the Firm's Global Litigation Group, served on its Executive and Management Committees, and also co-headed its New York office, which he helped grow to more than 400 lawyers, making it by far the Firm's largest office. In the early 1980s, Randy was also a litigation associate at Cravath, Swaine & Moore, where he was part of the trial team that successfully defended CBS in a high-profile defamation suit brought by General William Westmoreland.

Randy has also taught as an Adjunct Professor at the University of Pennsylvania Law School and Fordham Law School, where he taught complex civil litigation and legal writing. He has authored and co-authored articles in the *Fordham Law Review, Federal Communications Law Journal*, *University of Michigan Journal of Law Reform* and *Seton Hall Law Review*, among others. His op-ed pieces have appeared in *The New York Times*, *Daily News*, and *New York Post*, and he wrote for *The Washington Post* and *Time*.

## Credentials

### EDUCATION
J.D., University of Pennsylvania, Moot Court Champion, 1981
B.A., Yale University, cum laude

### ADMISSIONS
New Jersey
New York

### CLERKSHIPS
Law Clerk, Justice Alan B. Handler, New Jersey Supreme Court

## Recognition

Band 1 in Litigation: General Commercial, New York – described as a "really fearsome advocate" and "a real talent in the courtroom." "One of the top litigators in the country."
CHAMBERS USA, 2004-2024

Band 1 in Litigation: Trial Lawyers Nationwide – described as "one of the premier litigators in the country," who enjoys an "exceptional public reputation" and is "one of the most effective courtroom lawyers I've seen."
CHAMBERS USA AND CHAMBERS GLOBAL, 2014-2024

Named to the 2024 Class of The Lawdragon "Hall of Fame"
LAWDRAGON, 2024

Named to The Lawdragon "500 Leading Litigators in America"
LAWDRAGON, 2023-2025

Named among "Top 100 Trial Lawyers in America" and a "Litigation Star"
BENCHMARK LITIGATION US, 2015, 2017, 2018, 2020-2024

Named to Leading Commercial Litigators List

DAILY JOURNAL, JANUARY 2024

Ranked "Hall of Fame" in Disputes Resolution – International Litigation, General Commercial Disputes; "Leading Trial Lawyers" in the US; and "Leading Lawyers" in Corporate Investigations and White Collar

LEGAL 500 US, 2022-2024

Named "Litigator of the Week" six times, runner-up six more times, and described as among "the best known, most-respected litigators in the country"

THE AM LAW LITIGATION DAILY, 2012-2023

Honored on the Law Power list as one of the "most influential" and "powerful leaders in New York's legal community"

CITY & STATE, 2021-2023

Received the University of Pennsylvania Carey Law School Alumni Society's Alumni Award of Merit

UNIVERSITY OF PENNSYLVANIA LAW SCHOOL, MAY 2023

Named a "Trial Lawyer MVP"

LAW360, 2017

Named "Business Trial Lawyer of the Year"

CHAMBERS USA, 2017

Named "Trial Lawyer of the Year"

BENCHMARK, 2015

Named "Litigation Trailblazer"

THE NATIONAL LAW JOURNAL, 2014

Named among the "100 Most Influential Lawyers in America," noting that "his ease in the courtroom, delivery of arguments and command of the law have made Randy one of the most in-demand attorneys in the country"

THE NATIONAL LAW JOURNAL, 2013

## Insights

ARTICLE

*March 31, 2023 • Source: The AmLaw Litigation Daily*

Litigator of the Week: King & Spalding's Randy Mastro Revives 'Lawyer Ban' for MSG

*February 17, 2023 • Source: American Lawyer*
Talk of The Talent: Big Law's Top Lateral Hires of 2022

# News

IN THE NEWS

*January 21, 2025 • Source: Law360*
K&S advises New Jersey on its plan to amend its complaint challenging the Central Business District Tolling Program, the proposed congestion toll pricing plan in New York City

*January 3, 2025 • Source: Fox5 Good Day New York*
Fox5 Good Day New York interviews Randy Mastro, who discusses his representation of New Jersey and its ongoing dispute with the U.S. Department of Transportation over New York City's congestion pricing program

*December 19, 2024 • Source: Law360 and Sportico*
Randy Mastro, Jessica Benvenisty and Lauren Myers advise Madison Square Garden and its chairman James Dolan before a New York federal court in a dispute with former Knicks player Charles Oakley

*June 27, 2024 • Source: Law360 and Bloomberg Law*
Randy Mastro and Lauren Myers represent Roche Freedman LLP in a settlement with an ex-partner

*May 16, 2024 • Source: Law360*
Randy Mastro and Lauren Myers counsel Roche Freedman LLP, Kyle Roche, Devin Freedman, Amos Friedland and Edward Normand before a New York federal court, which issued a split decision on witness testimony in a dispute over the litigation boutique

*April 8, 2024 • Source: Good Day New York and NJBIZ*
Randy Mastro discusses his representation of New Jersey and its dispute with the U.S. Department of Transportation over New York City's congestion pricing program

*January 23, 2024 • Source: The New York Times and Crain's New York Business*
Randy Mastro advises Douglas and Jonathan Durst, chairman and president of the Durst Organization, in a breach of contract and unjust enrichment dispute against No Labels before the New York State Supreme Court

*October 3, 2023 • Source: New York Law Journal*
The New York Law Journal names K&S a Litigation Department of the Year Finalist and profiles the firm with an interview of Randy Mastro and Laura Harris

*July 21, 2023 • Source: The New York Times, New Jersey Law Journal, CBS New York, ABC 7 NY, North Jersey, New York Post and Reuters*
Randy Mastro files a lawsuit on behalf of New Jersey Governor Phil Murphy and the state of New Jersey to halt New York City's congestion pricing program

*November 2, 2022 • Source: Law360, WNYC, New York Law Journal, Reuters, Australasian Lawyer and ABA Journal*
K&S, represented by Randy Mastro, supports the launch of the New York City Legal Fellows Program welcoming junior law firm lawyers for one-year Legal Fellowships at CITY agencies

## RECOGNITION

*February 13, 2025*

Chambers Global 2025 Recognizes King & Spalding as a Leading International Law Firm

*October 9, 2024*

Benchmark Litigation Recognizes King & Spalding as a Leading Litigation Firm

*June 12, 2024*

King & Spalding Earns Top-Tier Rankings in Legal 500 United States 2024 Guide

*June 6, 2024*

King & Spalding Earns 198 Lawyer Rankings, 90 Practice Group Rankings in Chambers USA Guide

*March 22, 2024*

King & Spalding Ranked Number One in International Arbitration For Fourth Year

*November 17, 2023*

King & Spalding Earns Three Top Honors at American Lawyer Industry Awards, Including Best Law Firm of the Year

# Damien Marshall

Partner

*Trial and Global Disputes*

New York: +1 212 790 5357
Miami: +1 212 790 5357
dmarshall@kslaw.com



Damien Marshall is a partner in the Trial and Global Disputes Practice Group and Co-Head of the Firm's Business Litigation Practice. His practice focuses on the resolution of complex business disputes over a broad range of substantive areas, including corporate governance and shareholder disputes, antitrust, securities, consumer protection and general commercial disputes. Damien has extensive experience representing clients on a broad range of litigation and regulatory matters with particular emphasis on defending financial institutions and technology companies in class action and MDL proceedings.

Damien has successfully represented clients in significant matters for more than 20 years, including: American Express in antitrust litigation against Visa and MasterCard, in which American Express recovered a record breaking $4 billion; BNY Mellon in a RICO suit brought by the Russian Federal Tax Authority and venued in the Russian Arbitrage Court where BNY Mellon resolved the matter for less than 1 percent of claimed damages; DraftKings in a class action lawsuit challenging the use of college athlete statistics in daily fantasy sports contests, where DraftKings obtained summary judgment; DraftKings in MDL proceedings challenging the legality of daily fantasy sports, where the matter was resolved for play credits; Ripple Labs in a federal securities class action alleging the sale of an unregistered security where Ripple obtained summary judgment; HSBC in all civil litigation related to its RMBS issuance business; and Goldman Sachs in a partnership dispute in which Goldman Sachs obtained a complete defense victory after an arbitration hearing.

Currently, Damien's disclosable work includes representation of: Madison Square Garden in litigation and administrative matters; EarthLink LLC in a partnership dispute with Charter Communications; a group of 14 hospital systems in antitrust litigation against Blue Cross Blue Shield; and Ripple Labs in numerous matters.

Damien regularly practices before federal and state courts throughout the nation. His clients include large global financial institutions, as well as companies in the media and entertainment space, technology companies, Fintech companies, hedge funds and private equity funds.

Regardless of the client or forum, Damien focuses on achieving his client's legal and business goals in an efficient and effective manner. Damien is recognized by *The Legal500* for his general litigation practice and GAR for his antitrust practice. In addition to his dispute resolution practice, Damien provides risk analysis and advice to clients regarding potential exposures and risk mitigation strategies.

## Matters

Defense of HSBC in a series of civil litigations and government investigations relating to its RMBS issuance business

The successful representation of American Express in its antitrust case against Visa and MasterCard, in which American Express recovered a record-breaking $4 billion

Successful defense of DraftKings in a class action challenging the use of the college athlete statistics in daily fantasy sports contests

Leading defense of DraftKings in MDL proceedings challenging the legality of daily fantasy sports

Leading defense of HSBC in MDL proceedings alleging antitrust and Commodity Exchange Act violations involving the precious metals markets

Leading defense of Ripple Labs in a federal securities class action alleging sale of an unregistered security

# Credentials

### EDUCATION
J.D., Georgetown University, Magna Cum Laude, Order of the Coif, 1999
B.A., University of California-Los Angeles, Magna Cum Laude

### ADMISSIONS
Florida

New York

### CLERKSHIPS
Law Clerk, Hon. Rosemary Barkett, U.S. Court of Appeals for the Eleventh Circuit
Law Clerk, Hon. Donald M. Middlebrooks, U.S. District Court for the Southern District of Florida

### ASSOCIATIONS
Member, Georgetown University Law Alumni Board
Member, UCLA New York Regional Alumni Committee
Trustee, The Fredrick Gunn School

# Recognition

Ranked Individual for Litigation: General Commercial
CHAMBERS & PARTNERS, 2025

———

Recognized in Commercial Litigation by The Legal 500

———

Named to New York Metro Super Lawyers

———

Client Service All Star
BTI, 2020

# Insights

ARTICLE

*January 25, 2024 • Source: International Comparative Legal Guide*

Data Analytics: The New Frontier of DOJ Investigations

*January 16, 2023*

ICLG's 2023 Corporate Investigations Laws and Regulations Report

CLIENT ALERT

*June 9, 2025*

MultiPlan Algorithmic Pricing Antitrust Claims Survive Motion to Dismiss

*March 14, 2023*

STOLI Policy? Don't Count on the Return of Premiums

*January 30, 2023*

Delaware Chancery Court Holds Corporate Officers Owe Duty of Oversight

FEATURE

*December 13, 2023*

General Counsel's Decision Tree for Internal Investigations for the Financial Services Industry

NEWSLETTER

*December 20, 2023*

Financial Service Focus - December 2023

*September 20, 2023*

Financial Service Focus - September 2023

*April 25, 2023*

Financial Services Focus - April 2023

*December 20, 2022*

Financial Services Focus - December 2022

*September 15, 2022*

Financial Services Focus - September 2022

# Events

SPEAKING ENGAGEMENT

*February 27, 2023*

Lana Varney, John Hooper, Damien Marshall, Julia Zousmer to Speak at Mass and Class Summit

# News

## CASES & DEALS

*June 20, 2024*

King & Spalding Secures Significant Summary Judgment for Ripple

*May 22, 2023*

HSBC, Scotiabank Win Silver Price Manipulation Suit

## IN THE NEWS

*August 27, 2025 • Source: New York Law Journal*

New York Law Journal interviews Damien Marshall and Leigh Nathanson, who discuss the firm being a finalist for the Litigation Department of the Year (General) award

*April 21, 2025 • Source: Law360*

Jessica Benvenisty, Lauren Myers, Damien Marshall and John Goodwin advise Madison Square Garden and its chairman James Dolan before a New York federal court in a dispute with former Knicks player Charles Oakley

*December 3, 2024 • Source: Law360*

Damien Marshall and Leigh Nathanson advise HSBC in a class action settlement

*June 21, 2024 • Source: Law360*

K&S secures a summary judgment on behalf of Ripple Labs, XRP and its CEO Brad Garlinghouse in a class action crypto dispute before a California federal court

*April 29, 2024 • Source: New Jersey Law Journal, Law.com Radar and Law360*

Craig Carpenito, Damien Marshall, Jessica Benvenisty and T.J. Scrivo obtain a favorable dismissal on behalf of Netflix in a copyright infringement dispute before a New Jersey federal court

*January 26, 2024 • Source: Global Legal Chronicle and Law.com*

K&S advises Earthlink, obtaining three significant victories against Charter Communications before the New York State Supreme Court

*April 26, 2023 • Source: Law360, The Crypto Basic and Bloomberg Law*

Damien Marshall, Andrew Michaelson and Meghan Strong counsel Ripple Labs, XRP and Ripple CEO Bradley Garlinghouse in a class action with investors

## RECOGNITION

*June 11, 2025*

King & Spalding Earns Top-Tier Rankings in Legal 500 United States 2025 Guide

*June 5, 2025*

King & Spalding Earns 209 Lawyer Rankings, 100 Practice Group Rankings in Chambers USA Guide

*December 11, 2024*

King & Spalding Again Recognized on Global Competition Review's GCR 100 List

# Jessica Benvenisty

Partner

*Trial and Global Disputes*

New York: +1 212 790 5328
jbenvenisty@kslaw.com



Jessica Benvenisty is a nationally-recognized trial and appellate litigator who practices in the areas of high-stakes complex commercial litigation, intellectual property, constitutional (including First Amendment), and securities cases. She also has significant experience challenging government actions in state and federal courts.

Jessica is an experienced crisis management specialist and has had numerous first chair roles at trial. She has been recognized by Law360® as a "Rising Star" in Trials and as "One to Watch" in Commercial Litigation by *The Best Lawyers in America*®. She received her Juris Doctor in 2012 from Columbia Law School, where she was a Harlan Fiske Stone Scholar. Jessica also received her Bachelor of Arts in History from Columbia College in 2009.

Jessica is admitted to practice in the State of New York.

## Matters

Representing Madison Square Garden ("MSG") in multiple matters, including in its defense of a widely-covered lawsuit filed by the former Knicks player Charles Oakley in connection with his ejection from the MSG Arena in 2017.

Won a $42.9 million jury verdict in favor of the mobile gaming company Skillz Platform, Inc. against competitor AviaGames, Inc. in a widely-covered patent trial relating to one of Skillz's foundational patents. Currently representing Skillz in actions against other competitors asserting false advertising under the Lanham Act and unfair business practices relating to their use of bots or algorithms.

Secured dismissal, on behalf of unscripted television producer Wheelhouse Entertainment and Netflix, Inc., of a copyright action relating to the reality show "King of Collectibles."

Won an extraordinary emergency injunction pending appeal in the United States Supreme Court on behalf of small New York residential property owners who challenged New York State's COVID-19 eviction moratorium. In that case, Ms. Benvenisty presented a landlord's testimony to the federal district court.

Represented CNN and Jim Acosta against Donald J. Trump and other White House officials after the White House revoked Mr. Acosta's credentials. CNN and Mr. Acosta pursued First Amendment and Due Process claims, and in a high-profile victory, the White House was compelled to restore Mr. Acosta's press credentials.

Secured an approximate $2.4 billion judgment for Nike, Inc. and Converse, Inc. against hundreds of defendants who engaged in trademark counterfeiting of Nike and Converse products.

Represented Jacobs Engineering Group in mass personal injury litigation stemming from a 2008 spill of coal ash at a Tennessee Valley Authority power plant in Kingston, Tennessee.

Won dismissal of a defamation and wrongful termination case brought by an Orthodox Jewish religious studies teacher who was accused of improper conduct based on First Amendment law.

Won a New York State court ruling overturning the New York City's ban on expanded polystyrene foodware (commonly known as Styrofoam® products). Represented an alliance of plastics manufacturers, including Plastics Recycling, Inc. and Reynolds, and small restaurant owners who relied on the low cost of expanded polystyrene to support their businesses.

Represented a U.A.E. based distributor of food products (Al Maya) in an arbitration against its American supplier, in which the distributor won a multimillion-dollar award. Presented the testimony of a key fact witness at trial.

## Credentials

### EDUCATION

Juris Doctor, Columbia University, Harlan Fiske Stone Scholar, 2012
B.A. History, Columbia College

### ADMISSIONS

U.S. Court of Appeals for the Second Circuit
U.S. District Court for the Eastern District of New York
U.S. District Court for the Southern District of New York
New York

## Recognition

Best Lawyers' Ones to Watch
COMMERCIAL LITIGATION, 2021, 2022, 2024

## Events

### SPEAKING ENGAGEMENT

*April 29, 2024*
Jessica Benvenisty to Speak at Practicing Law Institute (PLI)'s Twenty-Fifth Annual Private Equity Forum

## News

### CASES & DEALS

*July 26, 2024*
King & Spalding Obtains Complete Dismissal of Securities Class Action in S.D.N.Y. for Terran Orbital Corp. and its Directors

*February 9, 2024*

King & Spalding Secures Victory for Skillz in California Patent Infringement Suit

## IN THE NEWS

*April 21, 2025 • Source: Law360*

Jessica Benvenisty, Lauren Myers, Damien Marshall and John Goodwin advise Madison Square Garden and its chairman James Dolan before a New York federal court in a dispute with former Knicks player Charles Oakley

*January 21, 2025 • Source: Law360*

K&S advises New Jersey on its plan to amend its complaint challenging the Central Business District Tolling Program, the proposed congestion toll pricing plan in New York City

*December 19, 2024 • Source: Law360 and Sportico*

Randy Mastro, Jessica Benvenisty and Lauren Myers advise Madison Square Garden and its chairman James Dolan before a New York federal court in a dispute with former Knicks player Charles Oakley

*July 30, 2024 • Source: Law360*

Law360 profiles Rising Star Jessica Benvenisty

*June 27, 2024 • Source: Private Equity Law Report*

Jessica Benvenisty discusses the recent litigation affecting private equity sponsors

*April 29, 2024 • Source: New Jersey Law Journal, Law.com Radar and Law360*

Craig Carpenito, Damien Marshall, Jessica Benvenisty and T.J. Scrivo obtain a favorable dismissal on behalf of Netflix in a copyright infringement dispute before a New Jersey federal court

*February 9, 2024 • Source: Law360, Bloomberg Law, Reuters, Global Legal Chronicle, VentureBeat and Law.com*

Lazar Raynal, Christopher Campbell, Brit Davis, Brian Eutermoser, Jessica Benvenisty, Mike Lombardo, Matt Wood, Rahul Sarkar, Yushan Luo and Roy Falik represent Skillz Platform, which secured a $42.9M unanimous jury verdict in a case against AviaGames

*December 6, 2023 • Source: Daily Report, Commercial Dispute Resolution, Le Monde du Droit, CFNEWS, Texas Lawyer and The Deal*

K&S elects 28 new partners and promotes 14 counsel across 14 cities

*October 11, 2023 • Source: Law360, New Jersey Law Journal and NJBIZ*

Craig Carpenito, Jessica Benvenisty, Lauren Myers, Peter Hsiao and Cynthia Stroman counsel New Jersey in a dispute with the U.S. Department of Transportation over New York City's congestion pricing program

*February 7, 2023 • Source: Law360*

Randy Mastro and Jessica Benvenisty represent NextMed in a trade secrets case before a New York federal court

## PRESS RELEASE

*December 6, 2023*

King & Spalding Promotes 28 New Partners and 14 Counsel Across 14 Cities

## RECOGNITION

*July 15, 2024*
Six King & Spalding Lawyers Named Law360 Rising Stars

# John Thomas Goodwin



Counsel

*Trial and Global Disputes*

New York: +1 212 556 2369
Mobile: +1 571 431 8178
jgoodwin@kslaw.com

John is a trial lawyer with extensive experience representing and defending financial institutions in all phases of complex commercial litigation, arbitration, and appeals. He also routinely counsels clients through pre-litigation disputes and government investigations.

John received his J.D. in 2015 from Columbia Law School, where he was a James Kent and Harlan Fiske Stone Scholar. He was also a Managing Editor of the *Columbia Human Rights Law Review* and a recipient of the Simon H. Rifkind Prize for best overall moot court performance. He received his B.A. from Columbia University in 2012.

Prior to joining King & Spalding, John worked in the New York offices of two other global law firms and clerked for the Hon. William F. Kuntz, II, in the U.S. District Court for the Eastern District of New York.

## Matters

Represents **Madison Square Garden** in its defense of a widely-covered lawsuit filed by former Knicks player Charles Oakley in connection with his ejection from the Garden in 2017.

Successfully defended **Capital One** from a putative class action concerning the transfer of Capital One's individual retirement account portfolio to Inspira Financial.

Represented a **major financial institution** in arbitration proceedings, including a five-day trial, seeking more than $500 million of damages against a contractual counterparty

Represented **two hedge funds** in an expedited nine-witness trial in Delaware Court of Chancery over a disputed multi-billion dollar stock authorization by a public company

Represented a **depositary institution** in winning an eight-figure judgement in New York state court against a group of defaulted borrowers; obtained preliminary and permanent injunctions prohibiting the borrowers from transferring collateral intended to secure the disputed loans

Represented a **medical technology company** in a successful petition for pre-action discovery in New York state court into the identity of individuals waging an anonymous campaign of online defamation

Represented an **investment bank** in a Third Circuit appeal of a closely watched indemnification lawsuit; obtained affirmance of lower court victory

Represented a **national insurance provider** in federal litigation against the California Department of Insurance contesting a conservation order

Represented a **major financial institution** in a set of antitrust class actions alleging manipulation of the price of precious metals

Represented **a hedge fund** in a Delaware adversary bankruptcy proceeding and trial against a media company debtor

Represented a **group of market insurers** in New York state court litigation stemming from the bankruptcy of a foreign oil refinery

Represented **an investment bank and several of its former employees** in litigation and arbitration involving equity swap transactions

Advised **corporate boards and activist shareholders** on litigation strategy in connection with governance disputes and activism campaigns

Represented **various clients** in external investigations by the New York Attorney General, DOJ, FINRA, and other government agencies

## Credentials

### EDUCATION
J.D., Columbia University, Harlan Fiske Stone Scholar, James Kent Scholar, 2015
B.A., Columbia University

### ADMISSIONS
U.S. Court of Appeals for the Seventh Circuit
U.S. District Court for the Eastern District of New York
U.S. District Court for the Southern District of New York
New York

### CLERKSHIPS
Judicial Clerk, Hon. William F. Kuntz, II, U.S. District Court for the Eastern District of New York

## Recognition

"Ones To Watch"
BEST LAWYERS, 2023-2025

## News

### IN THE NEWS
*April 21, 2025 • Source: Law360*

Jessica Benvenisty, Lauren Myers, Damien Marshall and John Goodwin advise Madison Square Garden and its chairman James Dolan before a New York federal court in a dispute with former Knicks player Charles Oakley

RECOGNITION

*April 11, 2025*

King & Spalding Once Again Earns Top Spot on Global Arbitration Review's GAR 30 Ranking

# Lauren Myers

Senior Associate

*Trial and Global Disputes*

New York: +1 212 790 5379
lmyers@kslaw.com



Lauren Myers is a trial and appellate litigator who practices in the areas of high-stakes complex commercial litigation, and also has significant experience with white-collar investigations. She has litigated on behalf of both plaintiffs and defendants across a broad range of industries - including financial services, media and entertainment, real estate, and technology - in complex contract matters, First Amendment cases, and employment disputes, as well as in sensitive government investigations. She also has significant experience challenging government action in state and federal courts.

Ms. Myers received her Juris Doctor, *magna cum laude,* in 2017 from Benjamin N. Cardozo School of Law at Yeshiva University, where she was elected Order of the Coif and a Notes Editors on the *Cardozo Law Review*. She received her Bachelor of Arts in Public Policy from the Gerald R. Ford School of Public Policy at the University of Michigan in 2014.

## Credentials

### EDUCATION
J.D., Yeshiva University, magna cum laude, Order of the Coif, 2017
B.A., University of Michigan-Ann Arbor

### ADMISSIONS
U.S. Court of Appeals for the Second Circuit
U.S. District Court for the Eastern District of New York
U.S. District Court for the Southern District of New York
New York

## News

### IN THE NEWS
*April 21, 2025 • Source: Law360*
Jessica Benvenisty, Lauren Myers, Damien Marshall and John Goodwin advise Madison Square Garden and its chairman James Dolan before a New York federal court in a dispute with former Knicks player Charles Oakley

*January 21, 2025 • Source: Law360*
K&S advises New Jersey on its plan to amend its complaint challenging the Central Business District Tolling Program, the proposed congestion toll pricing plan in New York City

*December 19, 2024 • Source: Law360 and Sportico*
Randy Mastro, Jessica Benvenisty and Lauren Myers advise Madison Square Garden and its chairman James Dolan before a New York federal court in a dispute with former Knicks player Charles Oakley

*June 27, 2024 • Source: Law360 and Bloomberg Law*
Randy Mastro and Lauren Myers represent Roche Freedman LLP in a settlement with an ex-partner

*May 16, 2024 • Source: Law360*
Randy Mastro and Lauren Myers counsel Roche Freedman LLP, Kyle Roche, Devin Freedman, Amos Friedland and Edward Normand before a New York federal court, which issued a split decision on witness testimony in a dispute over the litigation boutique

*January 26, 2024 • Source: Global Legal Chronicle and Law.com*
K&S advises Earthlink, obtaining three significant victories against Charter Communications before the New York State Supreme Court

*October 11, 2023 • Source: Law360, New Jersey Law Journal and NJBIZ*
Craig Carpenito, Jessica Benvenisty, Lauren Myers, Peter Hsiao and Cynthia Stroman counsel New Jersey in a dispute with the U.S. Department of Transportation over New York City's congestion pricing program

*April 17, 2023 • Source: Law360, Global Investigations Review, Crypto Globe, Coinpedia and Bloomberg Law*
Andrew Michaelson, Eric Hirsch, Leigh Nathanson and Lauren Myers advise Bittrex Global before a Washington federal court in a conflict with the SEC

# Sarah Moseley

Associate



*Trial and Global Disputes*

New York: +1 212 556 2363
smoseley@kslaw.com

Sarah Moseley is a litigator with a wide-ranging civil litigation practice.  She has substantial experience representing and advising clients in high-stakes commercial and tort disputes in state and federal court.  Sarah has represented clients across a variety of industries, including finance, technology, and energy.

## Credentials

**EDUCATION**
J.D., The University of Texas at Austin, with honors, 2019
B.A., Vassar College

**ADMISSIONS**
New York

# Maria Henain

Associate (Former)

*Trial and Global Disputes*



Maria Henain is a former King & Spalding associate. Her practice focuses on consumer litigation, consumer class actions, complex commercial litigation, and securities and derivative actions. She also advises clients on compliance with both state and federal regulatory regimes.

Maria received her law degree from Emory University School of Law, where she graduated at the top of her class and served as the President of the nationally-recognized Emory Law Mock Trial Society. She received the Judson Graves Award in recognition of her excellence in trial practice, and was recognized as a top 10% appellate oralist for Emory's Legal Writing and Research program.

Prior to attending law school, Maria graduated *summa cum laude* from The College of Saint Rose, with a B.A. in Political Science. At Saint Rose, she was the captain of the Honorable Loretta A. Preska national mock trial team. She received four outstanding attorney awards from various institutions, including the American Mock Trial Association. Her detailed policy analysis and research was published by the New York State Assembly.

## Credentials

### EDUCATION
J.D., Emory University, Dean's List, general honors, Order of Barristers, 2021
B.A. Political Science, The College of Saint Rose, summa cum laude

### ADMISSIONS
U.S. District Court for the District of Maryland
U.S. District Court for the Middle District of Florida
U.S. District Court for the Southern District of Florida
U.S. District Court for the Northern District of Georgia
Florida
Georgia

### CLERKSHIPS
Intern, Steven D. Grimberg, U.S. District Court for the Northern District of Georgia

### LANGUAGES
Arabic

# Lilian Klatskin



Associate

*Trial and Global Disputes*

New York: +1 212 556 2313
lklatskin@kslaw.com

Lilian Klatskin practices in the areas of complex commercial litigation, intellectual property law, and government investigations. She has represented and advised clients in both federal and state courts and across a wide range of industries, including financial services, technology, media, and entertainment.

Lilian received her Juris Doctor in 2022 from Columbia Law School, where she was a Harlan Fiske Stone Scholar. She received her Bachelor of Arts, *summa cum laude*, in American Studies from Cornell University in 2019.

Lilian is admitted to practice in the State of New York.

## Credentials

### EDUCATION
J.D., Columbia University, Harlan Fiske Stone Scholar, 2022
B.A., Cornell University, summa cum laude, Phi Beta Kappa

### ADMISSIONS
New York

## News

### CASES & DEALS
*September 25, 2025*
King & Spalding Secures Victory for NatWest in Multidistrict LIBOR Litigation

*June 7, 2024*
King & Spalding Secures TRO for Leadenhall

### IN THE NEWS
*October 3, 2025 • Source: The AmLaw Litigation Daily*
K&S is recognized in this week's Law.com Litigator of the Week Runners Up for their summary judgment win on behalf of NatWest in a long-running multidistrict litigation relating to LIBOR

*July 19, 2024 • Source: Law.com*
K&S is recognized in this week's Law.com Litigator of the Week Runner's Up and Shout Outs for their win on behalf of Leadenhall Capital Partners

*July 3, 2024 • Source: Global Legal Chronicle*
K&S successfully obtains a motion for a temporary restraining order on behalf of Leadenhall Capital Partners in a fraud dispute with 777 Partners

# Martha Strautman

Law Clerk

*Trial and Global Disputes*

New York: +1 212 556 2257
mstrautman@kslaw.com

Martha Strautman is a law clerk in the New York office of King & Spalding and a member of the firm's Trial and Global Disputes group. She practices mainly in the area of complex commercial litigation. Ms. Strautman earned her law degree from New York University in 2024. She received her Bachelor of Arts, *cum laude*, from Georgetown University in 2018.

## Credentials

EDUCATION

J.D., New York University, 2024
B.A., Georgetown University

# Scott M. Lucas



Senior Attorney

―――

*Trial and Global Disputes*

Atlanta: +1 404 215 5797
slucas@kslaw.com

Scott Lucas is an attorney in King & Spalding's E-Discovery Center. His practice focuses primarily on the defense of high-exposure product liability litigation and government investigations by the United States Department of Justice (US DOJ), the Food and Drug Administration (FDA), the Securities and Exchange Commission (SEC), the National Highway Traffic Safety Administration (NHTSA), and various state Attorneys General and Congressional Committees.

## Matters

Supervised and managed the review and production of more than 9.0 million documents in connection with multidistrict litigation for a Fortune 50 manufacturing client.

Served as the day-to-day on-site client contact and interacted with client personnel for a Fortune 50 manufacturing client including: in-house counsel, Litigation Management, and Information Technology to coordinate ongoing discovery projects.

Supervised a team of 15 attorneys responsible for reviewing 6 million-pages for a Fortune 50 pharmaceutical client. Managed the electronic production of millions of documents.

Coordinated document collections, reviews, and productions in response to requests for production in consumer products liability actions, economic loss class actions, securities litigation, as well as national and international government and regulatory investigations.

Developed client interview, protocol and document collection procedures, for large-scale collection involving processing of 1,000 boxes of paper documents from individual sales force employees for a pharmaceutical client.

## Credentials

**EDUCATION**

J.D., Faulkner University, Thomas Goode Jones School of Law, 2011
LL.M., University of Denver
B.A., University of Alabama

ADMISSIONS
Alabama
Georgia



# Thomas McCall, Jr. (Michael)

Attorney

*Trial and Global Disputes*

Atlanta: +1 404 215 3668
mmccall@kslaw.com



Thomas McCall is an attorney in King & Spalding's E-Discovery Center. His practice primarily focuses on commercial litigation, mass tort litigation, and government investigations. He works on complex discovery issues, including the discovery process, analyzing document productions, preparing document productions, reviewing and drafting ESI protocols, and consulting on complex privilege issues. Thomas has worked in King & Spalding's E-Discovery Center for over 8 years.

## Matters

Supervised and managed a team of 75+ attorneys in a review of documents for a DOJ second request for information.

Supervised and managed a team of 100+ attorneys in a review of documents for a data security incident at a financial institution in connection with a complex federal and state governmental investigation and multi-district litigation.

Supervised and managed a team of 150+ attorneys in a review of documents for a data security provider in connection with a complex federal and state governmental investigation and multi-district litigation.

## Credentials

### EDUCATION
J.D., Atlanta's John Marshall Law School, honors program
B.S., Middle Tennessee State University

### ADMISSIONS
Georgia
Court of Appeals of Georgia
Supreme Court of Georgia

# Ronni D. Solomon

Partner

*Trial and Global Disputes*

Atlanta: +1 404 572 3547
rsolomon@kslaw.com



Ronni Solomon co-leads our E-Discovery practice and focuses exclusively on e-discovery issues. She has been ranked in *Chambers USA* and *Chambers Global* for over 10 years as one of the nation's top lawyers in e-discovery litigation practice. According to *Chambers*, Ronni "is a subject matter expert that knows how to put the complexities of e-discovery into really practical terms for her clients." Chambers stated that "She is very responsive and very well known in the field." Further, Ronni "maintains longstanding relationships as e-discovery counsel to a number of major clients across several industry sectors, and is frequently sought out to advise on significant litigation, including large class actions."

*Legal 500* indicates that "Ronni is a leading light in the e-discovery space since the sector was in its nonage, and continues to maintain long-term relationships with companies" and designated Ronni as a Leading Lawyer. She was also recognized as a "Thought Leader Global Elite" in the e-discovery section of *Who's Who Legal: Litigation*, one of only three lawyers to receive that distinction. *Who's Who Legal* noted that Ronni is "held in high esteem by sources, who consider her a top name for handling e-discovery proceedings . . . " Ronni is also an adjunct professor on e-discovery at the University of Georgia School of Law.

Ronni has significant experience managing e-discovery in crisis litigation that spans multiple regulatory, investigatory and civil matters and helping clients ensure that e-discovery does not become a costly sideshow. A certified Project Management Professional (PMP), Ronni uses her experience and skills to ensure that e-discovery activities are run cost-efficiently, defensibly and consistently. Ronni also serves as National E-Discovery Counsel for large corporations and works with clients on information governance and defensible deletion issues.

Ronni is actively engaged in e-discovery thought leadership. She was a member of the Steering Committee of Working Group 1 of The Sedona Conference on Best Practices for Electronic Discovery and Records Management. She sits on the Advisory Board of the Georgetown Law Advanced E-Discovery Institute. She also is Editor-in-Chief of *International Legal Holds* published in August 2022 by Working Group 6 of the Sedona Conference, International Electronic Information Management, Discovery and Disclosure, which focuses on international issues relating to disclosure, cross-border discovery, and privacy.

Ronni co-authored a chapter, "Predictive Coding from the Defense Perspective: Issues and Challenges," for a 2016 ABA book titled Perspectives on Predictive Coding and Other Advanced Search Methods for the Legal Practitioner. She also co-authored a chapter of the Federal Judges' Guide to Discovery titled "The Roles of

Rules 26(f) and 16(b) in Active Judicial Management of Discovery Challenges," published by the Electronic Discovery Institute (EDI).  She was Co-Senior Editor of The Sedona Conference's Social Media Primer; the Steering Committee Liaison of the Sedona Conference's Commentary on BYOD: Principles and Guidance for Developing Policies and Meeting Discovery Obligations paper; and she assisted in drafting a model Rule 502(d) order that appeared in the Fordham Law Journal.

She was appointed by U.S. District Court Judge Timothy Batten to be on a committee to provide recommendations regarding amending local rules to address e-discovery issues, was co-chair of the Electronic Discovery Subcommittee of the Pretrial Practice and Discovery Committee of the Litigation Section of the American Bar Association and is the former Director of the Atlanta Chapter of Women in E-Discovery.

Previously, Ronni was a corporate discovery specialist for one of the largest e-discovery companies in the industry. In that role, she advised in-house counsel of large corporations on electronic discovery strategies. She applies the knowledge she gained on the vendor side to help clients select the most efficient e-discovery tools and strategies, significantly reducing their total vendor and review costs.

## Matters

Co-Lead E-Discovery Partner defending **Equifax** in the 2017 data breach matters

Lead E-Discovery Partner defending **General Motors** in the Ignition Switch matters

National E-Discovery Counsel for **Progressive Insurance**

Has served as National E-Discovery Counsel to **UPS** since April 2009. Has saved UPS over 50% on its document review fees and over $750,000 by negotiating e discovery vendor contracts and reviewing vendor invoices. The cost-savings UPS achieved as a result of its partnership with King & Spalding was featured in Corporate Counsel magazine

## Credentials

### EDUCATION

J.D., Yeshiva University, 1994
B.A., SUNY at Binghamton

### ADMISSIONS

Florida

Georgia

## Recognition

Among the foremost [US] e-discovery lawyers, with formidable experience handling a range of litigation proceedings."
WHO'S WHO LEGAL: GLOBAL ELITE THOUGHT LEADER, COMMERCIAL LITIGATION – E-DISCOVERY (2023)

"A subject matter expert that put[s] the complexities of e-discovery into really practical terms for her clients."
CHAMBERS GLOBAL

Leading Individual
LEGAL 500

## Insights

ARTICLE

*January 6, 2017*

Ronni Solomon, Rose Jones, Jennifer Mencken, Ed Logan Author Chapter in ABA Book on Advanced E-Discovery Techniques

THOUGHT LEADERSHIP

*July 1, 2015*

Frankfurt Office to Host Lunch Series Event on Document Retention Policy

## Events

CONFERENCE

*March 6, 2019*

E-Discovery Roundtable

*June 12, 2018*

E-Discovery Roundtable

SPEAKING ENGAGEMENT

*January 10, 2024*

Ronni Solomon to Speak at Sedona Conference Working Group 6 2024 Annual Meeting

*January 11, 2023*

Ronni Solomon to Speak at Sedona Conference Working Group 6 2023 Annual Meeting

*November 3, 2022*

Ronni Solomon to Speak at The Masters Conference

*October 14, 2022*

Ronni Solomon to Speak at the Electronic Discovery Institute's (EDI) 12th Annual Leadership Summit

## News

CASES & DEALS

*June 7, 2022*

Acuity Brands Secures Favorable Settlement of Securities Class Action and Dismissal of Derivative Litigation

Case Study: E-Discovery Counsel for a Large International Manufacturer

IN THE NEWS

*January 26, 2024 • Source: Global Legal Chronicle and Law.com*

K&S advises Earthlink, obtaining three significant victories against Charter Communications before the New York State Supreme Court

*July 13, 2023 • Source: Law360*
Jessica Corley, Ronni Solomon, Brandon Keel, Logan Hobson and Lisa Bugni represent U.S. Xpress in a class action settlement

*April 10, 2023 • Source: Law360*
Jessica Corley, Lisa Bugni, Ronni Solomon, Brandon Keel and Logan Hobson represent Tivity Health in an investor class action over its merger with Nutrisystem

*March 28, 2023 • Source: Law360*
Jessica Corley, Ronni Solomon, Brandon Keel, Logan Hobson and Lisa Bugni represent U.S. Xpress in a class action settlement

## RECOGNITION

*June 11, 2025*
King & Spalding Earns Top-Tier Rankings in Legal 500 United States 2025 Guide

*June 5, 2025*
King & Spalding Earns 209 Lawyer Rankings, 100 Practice Group Rankings in Chambers USA Guide

*February 13, 2025*
Chambers Global 2025 Recognizes King & Spalding as a Leading International Law Firm

*June 12, 2024*
King & Spalding Earns Top-Tier Rankings in Legal 500 United States 2024 Guide

*June 6, 2024*
King & Spalding Earns 198 Lawyer Rankings, 90 Practice Group Rankings in Chambers USA Guide

*February 16, 2024*
King & Spalding Earns Strong Rankings in Chambers Global 2024 Guide

*June 8, 2023*
King & Spalding Earns Top-Tier Rankings in Legal 500 United States 2023 Guide

*June 1, 2023*
Chambers USA 2023 Recognizes 186 K&S Lawyers and 84 K&S Practice Groups as Leaders in Their Fields

*February 16, 2023*
King & Spalding Earns Strong Rankings in Chambers Global 2023 Results

*May 31, 2017*
Chambers USA 2017 Recognizes King & Spalding as a Leading U.S. Law Firm

*March 24, 2016*
King & Spalding's Growing Global Profile on Display in Chambers Global 2016 Results

*March 25, 2015*

Chambers Global 2015 Results Confirm King & Spalding's Standing as One of World's Top International Law Firms

*June 13, 2014*

King & Spalding Earns 34 Practice Rankings and 125 Individual Rankings in Chambers USA 2014 Guide

*March 20, 2014*

Latest Chambers Global Results Reinforce King & Spalding's Status as a Leading International Firm

*May 28, 2013*

King & Spalding Earns 35 Practice and 119 Lawyer Rankings in 2013 Chambers USA Guide

# Kathleen Noebel

Senior Paralegal



New York: +1 212 556 2283
knoebel@kslaw.com

Kathleen Noebel is a Senior Litigation Paralegal in King & Spalding's Trial and Global Disputes group. Kathleen has over 34 years of experience managing high volume litigation across a broad range of substantive areas, including general commercial disputes, intellectual property, products liability, bankruptcy, torts, special matters, and international arbitration. Kathleen is a proven project and case manager with the knowledge and experience to plan and implement sophisticated projects on behalf of clients. Kathleen works closely with attorneys across all phases of litigation, including on research, document preparation, and reporting. She is a subject matter expert in litigation preparation, risk management, and regulatory compliance.

## Credentials

### EDUCATION
B.S. Legal Studies, cum laude, with honors, St. John's University (1991)

# Aldo M. Paredes

Managing Attorney



New York: +1 631 559 3575
aparedes@kslaw.com

Aldo Paredes is the Managing Attorney in King & Spalding's New York Office and a member of the firm's Business Litigation Practice Group. Aldo has over 20 years of experience with advising on civil rules and local, state, and federal court procedures. Prior to joining King & Spalding, Aldo was the Docketing Litigation Manager at Nixon Peabody LLP, the Litigation Services Senior Coordinator at Latham and Watkins LLP, and the Assistant Managing Clerk at Hogan Lovell US LLP.

## Credentials

### EDUCATION

J.D., St. John's University School of Law (2019)
B.S., CUNY John Jay College of Criminal Justice, Legal Studies, cum laude (2012)

### ADMISSIONS

New York

# Yancy Fleetwood

Managing Clerk

---

New York: +1 212 556 2320
yfleetwood@kslaw.com

Yancy Fleetwood is the Managing Clerk in King & Spalding's New York Office and a member of the firm's Business Litigation Practice Group. Yancy has over 20 years of experience with local, state, and federal court procedures. Yancy works closely with attorneys on case management, including civil procedure issues and electronic filing protocols.

## Credentials

**EDUCATION**

B.S. Criminal Justice/Police Science, John Jay College (CUNY)

# Bill Dukes

Litigation Technology Specialist

———

Atlanta: +1 404 572 2426
bdukes@kslaw.com

Bill Dukes is a Litigation Technology Specialist with King & Spalding's Trial and Global Disputes practice group. Bill has over 25 years of experience providing litigation support services. He works closely with attorneys on a range of discovery matters, including productions, data analytics, and quality control.

## Credentials

### EDUCATION

M.I.T., American Intercontinental University (2000)
B. Com, University of West Georgia (1986)

# Jeanine Schroer

Litigation Technology Specialist

———

Atlanta: +1 404 572 5176
jschroer@kslaw.com

Jeanine Schroer is a Litigation Technology Specialist with King & Spalding's Trial and Global Disputes practice group. Jeanine has over 25 years of experience in King & Spalding's E-Discovery practice. She works closely with attorneys on a range of discovery matters (involving DOJ, SEC, and EPA investigations and class actions). Her areas of expertise include privilege logs, productions, data analytics, and quality control.

# Jeremy Taylor

Senior Research Specialist

Atlanta: +1 404 572 3379
jjtaylor@kslaw.com

Jeremy Taylor is a Senior Research Specialist in King & Spalding's Atlanta Office and a member of the firm's Library Department. Jeremy has more than 25 years of experience with legal research on behalf of the firm's clients across the globe. Jeremy works closely with attorneys on complex legal research, due diligence, and business development.

## Credentials

### EDUCATION

M.I.T., Clayton State University (2000)

# Christie Acciarri

Digital Trial Graphics Specialist

Houston: +1 713 495 8851
cacciarri@kslaw.com

Christie Acciarri is a Digital Trial Graphics Specialist with King & Spalding's Trial and Global Disputes practice group. She has 24 years of experience with trial graphics in cases ranging from one-day trials to multi-billion-dollar cases. Christie works closely with attorneys to ensure that evidence is presented smoothly and accurately during hearings, trials, and other proceedings. Prior to joining King & Spalding, Christie was a Senior Trial Graphic Specialist at Baker Botts, where she worked on a case that was argued at the Supreme Court of the United States.

## Credentials

### EDUCATION

B.A., Journalism and Communication, Texas State University (1989)

# Daniel Handley

Senior Paralegal



Trial and Global Disputes
Atlanta: +1 404 572 4630
dhandley@kslaw.com

Dan Handley is a senior paralegal with King & Spalding's Trial and Global Disputes practice group. Mr. Handley has over 22 years of experience with King & Spalding's Discovery Center. He works closely with attorneys on coordinating and assisting with large-scale document reviews, productions, and privilege logs.

## Practice Areas

- E-Discovery
- Trial and Global Disputes

## Representative Experience

Mr. Handley's experience includes:

- Assisting with the collection and organization of documents used in various litigation for the Automotive and Petroleum, Pharmaceutical, and Medical Device Industries
- Organizing collections of hard copy and electronic documents for review and analysis
- Assisting with the organization, review, redaction, and preparation of document production
- Processing and preparing document sets, including quality control analysis, for production to government agencies and in litigation
- Provides litigation support to attorneys and clients
- Provides research and litigation support to facilitate the preparation of privilege logs
- Extensive knowledge and experience of document review and litigation support systems including IPro, Ringtail, Relativity, Microsoft Access, and Microsoft Excel

## Credentials

### EDUCATION

B.A., University of Central Florida (1992)
Lawyer's Assistant Program of The National Center for Paralegal Training, Atlanta, Georgia (1993)