

**Valdi Licul**
vlicul@wigdorlaw.com

October 29, 2025

The Honorable Robyn F. Tarnofsky
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 9B
New York, NY 10007

      Re:    Oakley v. MSG Networks, *et al.*; Civil Case No. 17-cv-06903 (RJS)

Dear Judge Tarnofsky:

We write in connection with the Declaration of Damien Marshall (the "Declaration") filed by Defendants on October 17, 2025, Dkt. 454. Plaintiff respectfully requests leave to file a brief response to the Declaration and the documents submitted therein, of no more than two pages single-spaced. Plaintiff's counsel has additional objections which we have not yet had the opportunity to brief.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Valdi Licul

cc: All Counsel of Record (*via* ECF)