# KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

October 30, 2025

**VIA ECF**

Damien Marshall
Partner
Direct Dial: +1 212 790 5357
DMarshall@kslaw.com

Hon. Robyn F. Tarnofsky, U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, NY 10007

Re:     *Oakley v. MSG Networks, et al.*, No. 17-cv-6903 (RJS) (S.D.N.Y.)

Dear Judge Tarnofsky:

We write briefly on behalf of MSG in response to the Court's order of this morning granting Oakley's request to respond, in "two single-spaced" pages, to MSG's biographical information submitted pursuant to the Court's October 10, 2025 order. MSG respectfully requests the opportunity to respond in two single-spaced pages of its own to what will be Oakley's second consecutive submission in opposition to MSG's fee application.

As Your Honor is aware, MSG's fee application was submitted more than three months ago, on July 30, 2025, and, pursuant to Judge Sullivan's order, Oakley was given the opportunity to submit an opposition "limited to the amount of MSG's recoverable fees and costs." *See* ECF 439 at 15. Oakley submitted his opposition in the form of a 25-page brief and attorney declaration on August 6, 2025.  *See* ECF 448, 449, 449-1. The Court did not contemplate that MSG would reply, *see* ECF 439, meaning Oakley had the last word on the substance of MSG's application.

On October 10, 2025, Your Honor ordered MSG to make a supplemental submission of "biographical information and evidence of qualifications" for its timekeepers. ECF 453. MSG's submission—made nearly two weeks ago—hewed to that order and consisted largely of publicly-available biographical information for K&S attorneys, with no argumentation or rebuttal of the many misstatements contained in Oakley's opposition. *See* ECF 454. Accordingly, Oakley's latest contemplated submission will either address issues *other* than "the amount of MSG's recoverable fees and costs," *see* ECF 439 at 15, or it will assert objections that were equally available to Oakley in August but have since been waived, and MSG should have the opportunity to respond in either case.

Respectfully submitted,

*/s/ Damien Marshall*

Damien Marshall