IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES OAKLEY,<br><br>                Plaintiff,<br><br>v.<br><br>MSG NETWORKS, INC., MADISON SQUARE GARDEN SPORTS CORP., and SPHERE ENTERTAINMENT GROUP, LLC,<br><br>                Defendants. | Case No. 17-cv-6903 (RJS)<br><br>**[PROPOSED] JUDGMENT** |

      **WHEREAS**, on July 23, 2025, this Court granted Defendants' spoliation motion in part, and ordered Plaintiff to pay Defendants' "attorneys' fees and costs expended in prosecuting this spoliation motion and pursuing discovery related to Oakley's loss of text messages," ECF 439 at 11;

      **WHEREAS**, on July 30, 2025, Defendants filed their motion for attorneys' fees and costs (the "Fees Motion"), requesting $1,541,238.00 in attorneys' fees and costs, ECF 445, 446;

      **WHEREAS**, on August 6, 2025, Plaintiff opposed Defendants' Motion and requested that the Court deny the Motion in its entirety, or in the alternative, reduce Defendants' requested award, ECF 448;

      **WHEREAS**, on August 7, 2025, this Court referred to Magistrate Judge Tarnofsky the decision on the Fees Motion, ECF 450;

      **WHEREAS**, on October 10, 2025, Magistrate Judge Tarnofsky requested that Defendants make a supplemental submission in further support of their Fees Motion, ECF 453;

      **WHEREAS**, on October 17, 2025, Defendants filed the supplemental submission, ECF 454;

1

**WHEREAS**, on October 29, 2025, Plaintiff filed a letter motion requesting leave to respond to Defendants' supplemental submission and then did so on October 30, ECF 455, 458;

**WHEREAS**, on October 31, 2025, Defendants filed a letter in response to Plaintiff's response, ECF 460;

**WHEREAS**, on October 31, 2025, Magistrate Judge Tarnofsky granted Defendants' Motion in part, stating "that Plaintiff is ORDERED to pay $642,337.65 in attorneys' fees and costs to Defendant, consisting of $604,315.15 in attorneys' fees and $38,022.50 in costs, within 21 days of the date of this order" (the "Opinion and Order"), ECF 461;

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in the Opinion and Order, judgment is hereby entered in favor of Defendants in the amount of $642,337.65, and Plaintiff is hereby directed to pay this amount to Defendants by November 21, 2025 in accordance with the deadline set forth in the Opinion and Order.

Dated: New York, New York
      November __, 2025

                                                                                    _____
                                                                                    RICHARD J. SULLIVAN
                                                                                    UNITED STATES CIRCUIT JUDGE
                                                                                    Sitting by Designation