

**Valdi Licul**
vlicul@wigdorlaw.com

November 7, 2025

**VIA ECF**

The Honorable Richard J. Sullivan
U.S. Court of Appeals for the Second Circuit
500 Pearl Street
New York, New York 10007

      Re:    Oakley v. MSG Networks, *et al.*; Civil Case No. 17-cv-06903 (RJS)

Dear Judge Sullivan,

We represent the Plaintiff Charles Oakley in this case. We write in response to Defendants' request that the Court reduce Magistrate Judge Tarnofsky's October 31, 2025 Opinion and Order (the "Order") to a judgment. The request is, at best, premature. Oakley intends to exercise his right pursuant to Fed. R. Civ. P. 72(a) to serve and file objections to the Order by November 14, 2025. In conjunction with that appeal, he further intends to seek a stay of the Order pending resolution of his objections. Accordingly, a judgment, if any, should not be entered until after the appeal is decided.

Respectfully submitted,

Valdi Licul

cc:  All Counsel of Record (*via* ECF)