UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

Plaintiff,

-v-

No. 17-cv-6903 (RJS)
ORDER

MSG NETWORKS, INC. *et al.*,

Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Plaintiff's letter, dated December 22, 2025, requesting a pre-motion conference to discuss his intention to file a motion for disqualification (Doc. No. 478), as well as Defendants' response, dated December 29, 2025 (Doc. No. 480), and Attorney Randy M. Mastro's individual response from the same day (Doc. No. 481).  IT IS HEREBY ORDERED that the parties shall address this contemplated motion at the conference already scheduled for January 13, 2026, in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 (*see* Doc. No. 479).

SO ORDERED.

Dated:        December 30, 2025
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation