UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES OAKLEY,

                    Plaintiff,

     -v-

MSG NETWORKS, INC., *et al.*,

                   Defendants.

No. 17-cv-6903 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Before the Court is a letter from defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC (collectively, "MSG") seeking leave to file a motion for contempt against plaintiff Charles Oakley – and for the imposition of case-terminating sanctions – in light of Oakley's failure to comply with Magistrate Judge Tarnofsky's order directing him to pay attorneys' fees and costs associated with his spoliation of evidence in the course of this litigation. (*See* Doc. No. 473.) The Court is also in receipt of a letter from Oakley opposing contempt sanctions on the grounds that (i) Oakley is insolvent and completely unable to comply with the terms of Judge Tarnofsky's order and (ii) in any event, case-terminating sanctions are inappropriate. (*See* Doc. No. 476.)

In the interest of efficiency, and with the consent of the parties, the Court deems MSG's motion to have been made and will regard its December 15, 2025 letter as its opening brief. IT IS

HEREBY ORDERED that Oakley shall file his opposition to MSG's motion by February 3, 2026,

and that MSG will file its reply brief by February 10, 2026.

SO ORDERED.

Dated:        January 14, 2026
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2