UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES OAKLEY,                                    :
                                                   :
                                                   :   Civil Action No. 17 Civ. 6903 (RJS)
                                                   :   (RFT)
                      Plaintiff,                   :
                                                   :
        v.                                         :
                                                   :
MSG NETWORKS, INC., *et al.*                       :
                                                   :
                      Defendants.                  :
------------------------------------------------------------X

## DECLARATION OF CHARLES OAKLEY

I, Charles Oakley, being duly sworn, deposes and states as follows:

1. I am the Plaintiff in the above-captioned matter and have knowledge of the facts set forth herein.

2. I submit this affidavit reserving all rights to challenge the fee award in this case at the appropriate time.

3. However, I understand the binding nature of the Court's order awarding fees and I have complied with that order to the best of my ability, including paying $40,000.

4. Attached hereto as **Exhibit A** is a true and correct copy of my tax return for 2021.

5. Attached hereto as **Exhibit B** is a true and correct copy of my tax return for 2022.

6. Attached hereto as **Exhibit C** is a true and correct copy of my tax return for 2023.

7. Attached hereto as **Exhibit D** is a true and correct copy of my IRS Wage and Income Transcript for the period ending December 31, 2024.

8. Attached hereto as **Exhibit E** is a true and correct copy of my IRS Wage and Income Transcript for the period ending December 31, 2025.

9.  Attached hereto as **Exhibit F** is a true and correct copy of a form documenting that ███████████████████████████████

10. Attached hereto as **Exhibit G** is a true and correct copy of my Chase Bank Checking Account Transaction Summary for the period October 8, 2025 through November 7, 2025.

11. Attached hereto as **Exhibit H** is a true and correct copy of my Chase Bank Checking Account Transaction Summary for the period November 8, 2025 through December 5, 2025.

12. Attached hereto as **Exhibit I** is a true and correct copy of my Chase Bank Checking Account Transaction Summary for the period December 6, 2025 through January 6, 2026.

13. Attached hereto as **Exhibit J** is a true and correct copy of my Bank of America Checking Account Transaction Summary for the period November 5, 2025 to December 8, 2025.

14. Attached hereto as **Exhibit K** is a true and correct copy of my Bank of America Checking Account Transaction Summary for the period December 9, 2025 to January 7, 2026.

15. Attached hereto as **Exhibit L** is a true and correct copy of a Cashier's Check to MSG Sports LLC in the amount of $40,000.00.

16. Attached hereto as **Exhibit M** is a true and correct copy of my mortgage statement dated July 13, 2023.

17. Attached hereto as **Exhibit N** is a true and correct copy of a document from the Treasury of Cuyahoga County documenting the real estate taxes owed on my Cleveland, Ohio property for the second half of 2023.

18. On January 16, 2026, I sent a cashier's check for $40,000.00 to MSG, and the check was subsequently delivered to MSG's counsel by my counsel. Ex. L.

2

19.     Several years ago, I became aware that ███████████████████ ███████████████████████ Last year, I began ███████████████████ █████████ E.g., Ex. J at 3 (12.03.25 Purchase). I now ███████████████ ██████

20.     I am listed as a participant in ███████████████████████ ████████████ Ex. D at 2-3. I do not have any means of accessing funds held by this trust.

21.     ████████████████████████████████████████████████████████ ██████████████████

22.     ████████████████████████████████████████████████████████ ████████

23.     I have limited assets and my bank accounts currently contain around █████ after my payment of $40,000.00 to MSG. See Exs. G-L.

24.     ████████████████████████████████████████████████████████ ████████████████████████ See Ex. F; Ex. J at 3. (12.03.25 Purchase).

25.     I have a primary residence in Atlanta, Georgia, which I purchased for █████ On this property, I have a mortgage with approximately ████████████████████ See Ex. M at 2.

26.     I own a house in Cleveland, Ohio ████████████████ Ex. N. However, my mother, who is 90 years old, resides there. This property does not generate any income to me.

27.     [This item left purposely blank].

28.     I have approximately ████████████████████

29.     ████████████████████████████████████████████████████████ ████████████████

3

30. In 2025, I made around ████████████████████████████████

31. I anticipate some future income from celebrity appearances; however, the timing and amount of any such income are uncertain and depend on factors outside my control.

32. I continued to receive my pension in 2025 and will receive it in 2026 as well.

33. ████████████████████████████████████████

34. I have small remaining interests in two car washes that generate limited income.

35. ████████████████████████████████████████

36. I previously ████████████████████████████████████████

37. I have two watches worth around ██████ in total.

38. Given my current finances, I am able and prepared to make payments of $5,000 per month beginning in 2027.

39. I declare that the foregoing is true and accurate to the best of my knowledge under the penalty of perjury.

Dated: 2/3/2026

DocuSigned by:

*Charles Oakley*
—92348C414E8747F...
Charles Oakley

4