**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

CHARLES OAKLEY,                                             :

                                :      Civil Action No. 17 Civ. 6903 (RJS)

              Plaintiff,                           :

                                  :

            v.                                         :

                                  :

MSG NETWORKS, INC., *et al.*                          :

                                  :

              Defendants.                       :

--------------------------------------------------------------X

## DECLARATION OF VALDI LICUL

I, Valdi Licul, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a Partner at the law firm Wigdor LLP, counsel for Plaintiff Charles Oakley ("Oakley") in the above-captioned action. I respectfully submit this Declaration in support of Oakley's Motion for Rule 11 Sanctions against Defendants MSG Networks, Inc., Madison Square Garden Sports Corp., and Sphere Entertainment Group, LLC (collectively "Defendants" or "MSG") and their counsel of record, King & Spalding LLP and Randy Mastro, and in support of Oakley's Memorandum of Law in opposition to Defendants' Motion for Rule 11 Sanctions.

2.      Attached as **Exhibit A** is a true and correct copy of Oakley's Second Amended Complaint filed on April 18, 2024, Dkt. 164.

3.      Attached as **Exhibit C** is a true and correct copy a document titled "After Action Report," dated February 8, 2017 and Bates-Stamped NBA_00024-27

4.      Attached as **Exhibit I** are true and correct excerpts of the January 28, 2025 deposition of James Dolan.

5.      Attached as **Exhibit J** are true and correct excerpts of the October 23, 2024 deposition of Charles Oakley.

1

6.      Attached as **Exhibit L** are true and correct excerpts of the January 27, 2025 deposition of Frank Isola.

7.      Attached as **Exhibit S** are true and correct excerpts from the April 17, 2023 Oral Argument held before the United States Court of Appeals for the Second Circuit.

8.      Attached as **Exhibit T** is a true and correct copy of the documentary promotional video produced by third-party SpringHill.

Dated:  July 7, 2025
        New York, New York

_____
                Valdi Licul

2